IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| H. LUNDBECK A/S, et al. | ) <br> ) <br> )  Civil Action No. <br> ) <br> ) <br> ) |
| APOTEX INC., et al. | |

**SUPPLEMENTAL INFORMATION FOR PATENT CASES
INVOLVING AN ABBREVIATED NEW DRUG APPLICATION (ANDA)**

Plaintiff(s) hereby provide(s) the information below with respect to the deadlines set forth in 21 U.S.C. 355(j):

Date Patentee(s) Received Notice: Not earlier than December 1, 2017

Date of Expiration of Patent:  See Below*

Thirty Month Stay Deadline:  3/30/2021**

\*    8,722,684 - June 30, 2031
     8,969,355 - June 15, 2027
     9,227,946 - June 15, 2027

\*\*   This deadline is calculated pursuant to New Chemical Entity status, which applies in this case.

| | |
|---|---|
| 1/12/2018 | /s/ Maryellen Noreika |
| Date | Attorney(s) for Plaintiff |