# MORRIS, NICHOLS, ARSHT & TUNNELL LLP

1201 NORTH MARKET STREET
P.O. BOX 1347
WILMINGTON, DELAWARE  19899-1347

———

302 658 9200
302 658 3989 FAX

MEGAN E. DELLINGER
302 351 9366
mdellinger@mnat.com

August 30, 2018

The Honorable Leonard P. Stark                                    *VIA ELECTRONIC FILING*
United States District Court
  For the District of Delaware
844 North King Street
Wilmington, DE  19801

>    Re:    *H. Lundbeck A/S v. Apotex Inc. et al.*, C.A. No. 18-088 (LPS) (consolidated)

Dear Chief Judge Stark:

The parties in the above-referenced matter write to request the scheduling of a discovery teleconference pursuant to Paragraph 8.m of the Scheduling Order to address disputes relating to a protective order.

Counsel for the parties held verbal meet-and-confers by telephone on August 13, 2018, August 22, 2018, and August 29, 2018. The following attorneys participated in the August 29, 2018 meet-and-confer:

For Plaintiffs:
    <u>Delaware Counsel:</u>  Megan Dellinger of Morris Nichols Arsht & Tunnell LLP
    <u>Lead Counsel:</u>  Einar Stole and Brianne Bharkhda of Covington & Burling LLP

For Defendants Apotex Inc., Apotex Corp., and Apotex Research Private Limited (collectively, "Apotex"):
    <u>Delaware Counsel:</u>  Kenneth Dorsey at Morris James LLP
    <u>Lead Counsel:</u>  Philip Kouyoumdjian  and Ian Scott at Taft Stettinius & Hollister LLP

For Defendant Alkem Laboratories Limited ("Alkem"):
    <u>Delaware Counsel:</u>  Adam Poff of Young Conaway Stargatt & Taylor, LLP
    <u>Lead Counsel:</u>  Daniel Ritterbeck and Stephanie Nguyen of Sterne, Kessler, Goldstein & Fox P.L.L.C.

For Defendants Lupin Limited and Lupin Pharmaceuticals, Inc. (collectively, "Lupin"):
    <u>Delaware Counsel:</u>  James Gorman of the Devlin Law Firm LLC

The Honorable Leonard P. Stark
August 30, 2018
Page 2

Lead Counsel:  Joseph Janusz of Katten Muchin Rosenman LLP

For Defendants Macleods Pharmaceuticals Limited and Macleods Pharma USA, Inc. (collectively, "Macleods"):
Lead Counsel:  Christopher Sorenson of Merchant & Gould PC

For Unichem Laboratories, Limited ("Unichem"):
Delaware Counsel:  Jack Phillips of Phillips, Goldman, McLaughlin & Hall, P.A.
Lead Counsel:  Paul Braier of Greenblum & Bernstein, P.L.C.

For Defendants MSN Laboratories Private Limited, MSN Pharmaceuticals, Inc., and MSN Pharmachem Private Limited (collectively, "MSN"):
Delaware Counsel:  Geoffrey Grivner of Buchanan Ingersoll & Rooney PC
Lead Counsel:  Matthew Fedowitz and Mythili Markowski of Buchanan Ingersoll & Rooney PC

For Defendants Cipla Limited and Cipla USA Inc. (collectively, "Cipla"):
Lead Counsel:  Aaron Eckenthal of Lerner, David, Littenberg, Krumholz & Mentlik LLP

For Defendants Prinston Pharmaceuticals Inc. and Zhejiang Huahai Pharmaceutical Co., Ltd. (collectively, "Prinston"):
Delaware Counsel:  Tyler Cragg of Richards, Layton & Finger, P.A.
Lead Counsel:  Gary Coad of Arent Fox LLP

For Defendants Torrent Pharmaceuticals Limited and Torrent Pharma Inc. (collectively, "Torrent"):
Lead Counsel:  Alton Hare of Pillsbury Winthrop Shaw Pittman LLP

For Defendants Zydus Pharmaceuticals (USA) Inc. and Cadila Healthcare Limited (collectively, "Zydus"):
Delaware Counsel:  Jack Phillips of Phillips, Goldman, McLaughlin & Hall, P.A.
Lead Counsel:  David Abramowitz and Timothy Peterson of Locke Lord LLP

For Defendants Amneal Pharmaceuticals LLC, Amneal Pharmaceuticals Pvt. Ltd., Amneal Pharmaceuticals Company GmbH, and Amneal Pharmaceuticals of New York, LLC (collectively, "Amneal");
Delaware Counsel:  Samantha Wilson and Anne Gaza of Young Conaway Stargatt & Taylor, LLP
Lead Counsel:  Michael Dzwonczyk of Sughrue Mion, PLLC

For Defendants Hetero USA Inc., Hetero Labs Limited, and Hetero Labs Limited Unit-V (collectively, "Hetero");
Delaware Counsel:  April Kirby of Abrams & Bayliss LLP
Lead Counsel:  Alexander Owczarczak of Wiley Rein LLP

The Honorable Leonard P. Stark
August 30, 2018
Page 3

        For Defendants Sandoz Inc., Sandoz AG, and Lek Pharmaceuticals d.d. (collectively, "Sandoz"):
                Delaware Counsel:  Aaron Nelson of Heyman Enerio Gattuso & Hirzel LLP
                Lead Counsel:  Laura Lydigsen, Joshua Ney, and Judy He of Brinks Gilson & Lione

        For Defendant Sigmapharm Laboratories, LLC ("Sigmapharm"):
                Delaware Counsel:  Jack Phillips of Phillips, Goldman, McLaughlin & Hall, P.A.
                Lead Counsel:  Marc Wezowski of Husch Blackwell LLP

        Counsel for Defendants Alembic Pharmaceuticals Limited, Alembic Global Holding S/A, and Alembic Pharmaceuticals, Inc. (collectively, "Alembic") was unable to attend the joint telephonic meet-and-confer held on August 29, 2018 but Jesse Salen for Alembic and Brianne Bharkhda for Plaintiffs had a separate teleconference on August 29, 2018.

The disputes requiring judicial attention concern:

      1.  Whether the proposed Protective Order should prohibit Plaintiffs' disclosure of information designated as "CONFIDENTIAL" by one Defendant to another Defendant absent that Defendant's consent or if the Protective Order should allow Plaintiffs to disclose information designated as "CONFIDENTIAL" by one Defendant to outside counsel of another Defendant; and outside experts designated under the proposed Protective Order by another Defendant (¶13);

      2.  Whether the proposed Protective Order should include provisions for clawing back purportedly irrelevant inadvertently produced documents (¶¶29-33); and

      3.  Whether Lupin should be included in Paragraph 5(e) of the proposed Protective Order, providing for a non-attorney in-house designee in lieu of in-house attorney designees.

                Respectfully,

                */s/ Megan E. Dellinger*

                Megan E. Dellinger (#5739)

MED/bac

cc:     Clerk of the Court (via hand delivery)
        All Counsel of Record (via electronic mail)