# MORRIS, NICHOLS, ARSHT & TUNNELL LLP

1201 NORTH MARKET STREET
P.O. BOX 1347
WILMINGTON, DELAWARE 19899-1347

———

(302) 658-9200
(302) 658-3989 FAX

MEGAN E. DELLINGER
(302) 351-9366
(302) 425-3012 FAX
mdellinger@mnat.com

November 15, 2018

The Honorable Leonard P. Stark                           *VIA ELECTRONIC FILING*
United States District Court                                        *& HAND DELIVERY*
  For the District of Delaware
844 North King Street
Wilmington, DE 19801

Re:     *H. Lundbeck A/S v. Apotex Inc. et al.,* C.A. No. 18-88 (Consol.) (LPS)

Dear Chief Judge Stark:

Plaintiffs and Defendant Sigmapharm Laboratories, LLC ("Sigmapharm") write to request the scheduling of a discovery teleconference pursuant to Paragraph 8.m of the Scheduling Order.

Counsel for the parties held a verbal meet-and-confer by telephone on October 31, 2018. The following attorneys participated in that meet-and-confer:

For Plaintiffs:
    Delaware Counsel: Megan Dellinger of Morris, Nichols, Arsht & Tunnell LLP
    Lead Counsel:  Brianne Bharkhda and Allison Schmitt of Covington & Burling LLP

For Sigmapharm:
    Delaware Counsel:  Jack Phillips of Phillips, Goldman, McLaughlin & Hall, P.A.
    Lead Counsel:  Marc Wezowski of Husch Blackwell LLP

Further, the parties exchanged written correspondence regarding this dispute on at least September 17, September 25, October 3, and November 8.

The dispute requiring judicial attention concerns:

1.     Whether Sigmapharm is required to produce an unredacted copy of its Drug Master File to Plaintiffs.

The Honorable Leonard P. Stark
November 15, 2018
Page 2

Respectfully,

*/s/ Megan E. Dellinger*

Megan E. Dellinger (#5739)


cc:     Clerk of Court (via hand delivery)
        All Counsel of Record (via electronic mail)