# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| H. LUNDBECK A/S, TAKEDA PHARMACEUTICAL COMPANY LTD., TAKEDA PHARMACEUTICALS U.S.A., INC., TAKEDA PHARMACEUTICALS INTERNATIONAL AG and TAKEDA PHARMACEUTICALS AMERICA, INC.,<br><br>  Plaintiffs,<br><br>  v.<br><br>HETERO LABS LTD. et al,<br><br>  Defendants. | Civil Action No. 18-88-LPS<br>CONSOLIDATED |

## NOTICE OF SERVICE

I hereby certify that on December 10, 2018, my firm caused to be served *Hetero's Objections and Responses to Plaintiffs' First Set of Requests for Production of Documents and Things (Nos. 1-75)* upon the following counsel of record via email:

Jack B. Blumenfeld, Esq.
Megan E. Dellinger, Esq.
MORRIS, NICHOLS, ARSHT & TUNNELL LLP
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
jbbefiling@mnat.com
mdellinger@mnat.com

George F. Pappas, Esq.
Einar Stole, Esq.
Christopher N. Sipes, Esq.
Brianne Bharkhda, Esq.
Priscilla G. Dodson, Esq.
Alaina Whitt, Esq.
Allison Schmitt, Esq.
COVINGTON & BURLING LLP
One CityCenter
850 Tenth Street NW
Washington, DC 20001-4956
gpappas@cov.com
estole@cov.com
csipes@cov.com
bbharkhda@cov.com
pdodson@cov.com
trintellix@cov.com
awhitt@cov.com

aschmitt@cov.com

Yiye Fu
COVINGTON & BURLING LLP
333 Twin Dolphin Drive, Suite 700
Redwood Shores, CA 94065-1418
yfu@cov.com

OF COUNSEL:

A. Neal Seth, Esq.
Rachel K. Hunnicutt, Esq.
Alexander B. Owczarczak, Esq.
WILEY REIN LLP
1776 K St., NW
Washington, D.C. 20036
Telephone: (202) 719-7000
Facsimile: (202) 719-7049
nseth@wileyrein.com
rhunnicutt@wileyrein.com
aowczarczak@wileyrein.com

Dated: December 10, 2018

 */s/ John M. Seaman*
John M. Seaman (#3868)
April M. Kirby (#6152)
ABRAMS & BAYLISS LLP
20 Montchanin Road, Suite 200
Wilmington, DE 19807
Telephone: (302) 778-1000
Facsimile: (302) 778-1001
seaman@abramsbayliss.com
kirby@abramsbayliss.com

*Attorneys for Defendants Hetero USA Inc., Hetero Labs Ltd., and Hetero Labs Ltd. Unit-V*