# Morris, Nichols, Arsht & Tunnell llp

1201 North Market Street
P.O. Box 1347
Wilmington, Delaware 19899-1347

———

302 658 9200
302 658 3989 Fax

**Megan E. Dellinger**
302 351 9366
mdellinger@mnat.com

May 22, 2019

The Honorable Leonard P. Stark                               *VIA ELECTRONIC FILING*
United States District Court
  For the District of Delaware
844 North King Street
Wilmington, DE 19801

       Re:     *H. Lundbeck A/S v. Apotex Inc. et al.*, C.A. No. 18-088 (LPS) (consolidated)

Dear Chief Judge Stark:

       The parties in the above-referenced matter write to request the scheduling of a discovery teleconference pursuant to Paragraph 8.m of the Scheduling Order to address a dispute relating to the Protective Order in this action (D.I. 132), specifically Plaintiffs' objection to MSN's In-House Designee as being proper under Paragraph 5(e) of the Protective Order.

       Counsel for the parties held a verbal meet-and-confer by telephone on May 17, 2019. The following attorneys participated in the meet-and-confer:

> For Plaintiffs:
>     <u>Delaware Counsel</u>: Megan Dellinger of Morris Nichols Arsht & Tunnell LLP
>     <u>Lead Counsel</u>: Brianne Bharkhda and Allison Schmitt of Covington & Burling LLP

For Defendants MSN Laboratories Private Limited, MSN Pharmaceuticals, Inc., and MSN Pharmachem Private Limited (collectively, "MSN"):
    <u>Delaware Counsel</u>: Geoffrey Grivner of Buchanan Ingersoll & Rooney PC
    <u>Lead Counsel</u>: Matthew Fedowitz, Philip Hirschhorn, and Jennifer Liu of Buchanan Ingersoll & Rooney PC

The dispute requiring judicial attention concerns:

1. Whether the MSN Defendants should be permitted to designate their In-House Designee, permitted to access Plaintiffs' Confidential Information in this action, pursuant to Paragraph 5(e) of the Protective Order (D.I. 132).

The Honorable Leonard P. Stark
May 22, 2019
Page 2

Respectfully,

*/s/ Megan E. Dellinger*

Megan E. Dellinger (#5739)

MED/bac

cc: Clerk of the Court (via hand delivery)
     All Counsel of Record (via electronic mail)