**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| H. LUNDBECK A/S, *et al.*,<br>Plaintiffs,<br><br>v.<br><br>HETERO LABS LTD. et al,<br>Defendants. | Civil Action No.  18-88-LPS<br><br>CONSOLIDATED |

**STIPULATION AND [PROPOSED] ORDER FOR EXTENSION**

IT IS HEREBY STIPULATED AND AGREED, subject to the approval of the Court that the deadline for defendants Hetero USA Inc., Hetero Labs Ltd., and Hetero Labs Limited Unit-V (collectively "Hetero") to respond to Plaintiffs' First Amended Complaint (D.I. 270) is extended through and including June 28, 2019.

| | |
|---|---|
| */s/ Megan E. Dellinger* | */s/ John M. Seaman* |
| Jack B. Blumenfeld (#1014) | John M. Seaman (#3868) |
| Megan E. Dellinger (#5739) | April M. Kirby (#6152) |
| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | ABRAMS BAYLISS LLP |
| 1201 North Market Street | 20 Montchanin Road, Suite 200 |
| P.O. Box 1347 | Wilmington, DE 19807 |
| Wilmington, DE 19899 | (302) 778-1000 |
| (302) 658-9200 | seaman@abramsbayliss.com |
| jblumenfeld@mnat.com | akirby@abramsbayliss.com |
| mdellinger@mnat.com | |

OF COUNSEL:

George F. Pappas
Einar Stole
Christopher N. Sipes
Brianne Bharkhda
Priscilla G. Dodson
Alaina Whitt
Allison Schmitt
COVINGTON & BURLING LLP
One CityCenter
850 Tenth Street NW
Washington, DC 20001-4956
(202) 662-6000

Yiye Fu
COVINGTON & BURLING LLP
3000 El Camino Real
5 Palo Alto Square, 10th Floor
Palo Alto, CA 94306-2112
(650) 632-4700

OF COUNSEL:

A. Neal Seth
Alexander B. Owczarczak
WILEY REIN LLP
1776 K Street, NW
Washington, DC 20006
(202) 719-7000
nseth@wileyrein.com
aowczarczak@wileyrein.com

*Counsel for Defendants Hetero USA Inc., Hetero Labs Ltd., and Hetero Labs Limited Unit-V*

Dated: June 4, 2019

SO ORDERED this _____ day of _____, 2019.

_____
Hon. Leonard P. Stark
Chief United States District Court Judge