**HEYMAN ENERIO GATTUSO & HIRZEL LLP**
PRACTICING THE ART OF LAW

300 Delaware Avenue • Suite 200 • Wilmington, Delaware 19801
Tel: (302) 472.7300 • Fax: (302) 472.7320 • www.hegh.law

Tel: (302) 472-7311
dgattuso@hegh.law

June 26, 2019

**VIA CM-ECF**
The Honorable Leonard P. Stark
United States District Court
For the District of Delaware
844 North King Street
Wilmington, DE   19801

Re:   *H. Lundbeck A/S v. Apotex Inc. et al.*, C.A. No. 18-088 (LPS) (consolidated)

Dear Chief Judge Stark:

Plaintiffs and Defendants Sandoz Inc. and Lek Pharmaceuticals d.d. ("Sandoz/Lek") write to request the scheduling of a discovery teleconference in the above-referenced matter, pursuant to Paragraph 8.m of the Scheduling Order (D.I. 31) to address a discovery dispute.

The following counsel for Plaintiffs and Sandoz/Lek met and conferred by telephone on June 24, 2019 as well as by phone and email prior to June 24:

For Plaintiffs:
  Delaware Counsel:   Megan Dellinger of Morris Nichols Arsht & Tunnell LLP
  Lead Counsel:       Brianne Bharkhda of Covington & Burling LLP

For Sandoz/Lek:
  Delaware Counsel:   Dominick Gattuso of Heyman Enerio Gattuso & Hirzel LLP
  Lead Counsel:       Laura Lydigsen and Joshua Ney of Brinks Gilson & Lione

The dispute requiring judicial attention concerns: Whether the deadline for substantial completion of document production set forth in the Scheduling Order should be extended as to Sandoz/Lek by 60 days from June 28, 2019 to August 27, 2019. (*See* D.I. 31, ¶ 8.g).

Respectfully,

*/s/ Dominick T. Gattuso*
Dominick T. Gattuso (#3630)

cc:   Clerk of the Court (via hand delivery)
      All Counsel of Record (via electronic mail)