IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| H. LUNDBECK A/S, et al., | : |
| | : |
| Plaintiffs, | : |
| vi. | : C.A. No. 18-88-LPS |
| | : |
| APOTEX INC., et al., | : |
| | : |
| Defendants. | : |

## ORDER

At Wilmington this **16th** day of **July, 2019**:

For the reasons set forth in the Memorandum Opinion issued this date,

IT IS HEREBY ORDERED that the following claim terms are construed as follows:

| Claim Term | Court's Construction |
|---|---|
| characterized by an XRPD [pattern] as shown in [any of] FIG[S]… | identifiable by reference to an x-ray powder diffraction pattern as shown in [any of] FIG[S]… |
| 1-[2[(2,4-dimethylphenylsulfanyl)-phenyl]piperazine hydrobromide salt [alpha form, beta form, gamma form] | vortioxetine hydrobromide salt crystalline form described in the specification as the [alpha / beta / gamma] form and being identifiable by reference to the [alpha / beta / gamma] form in the specification |
| 1-[2[(2,4-dimethylphenylsulfanyl)-phenyl]piperazine hydrobromide salt [hemihydrate / ethyl acetate solvate] | a [hemihydrated crystalline form / crystalline ethyl acetate solvate] of vortioxetine hydrobromide, referred to in the patent specification as ["hemihydrate" / "ethyl acetate solvate"], that can be distinguished from other forms |
| mixtures thereof | mixtures of only the foregoing listed forms |
| alleviates / alleviating | mitigates / mitigating |

_____
UNITED STATES DISTRICT JUDGE