# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| H. LUNDBECK A/S, TAKEDA PHARMACEUTICAL COMPANY LTD., TAKEDA PHARMACEUTICALS U.S.A., INC., TAKEDA PHARMACEUTICALS INTERNATIONAL AG, and TAKEDA PHARMACEUTICALS AMERICA, INC., <br><br> Plaintiffs, <br><br> v. <br><br> APOTEX INC., et al. <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) C.A. No. 18-088 (LPS) <br> CONSOLIDATED |

## NOTICE OF SERVICE

The undersigned hereby certifies that copies of the following document:

**DEFENDANT APICORE US LLC'S REVISED PARAGRAPH 3 DISCLOSURES**

were served on this 30th day of August, 2019 upon the attorneys as listed below prior to 6:00 PM EST:

VIA ELECTRONIC MAIL
Jack B. Blumenfeld
Megan Dellinger
MORRIS, NICHOLS, ARSHT & TUNNELL LLP
1201 North Market Street
Wilmington, Delaware 19899
jblumenfeld@mnat.com
mdellinger@mnat.com

*Attorneys for Plaintiffs*

VIA ELECTRONIC MAIL
Yiye Fu
COVINGTON & BURLING LLP
333 Twin Dolphin Drive, Suite 700
Redwood Shores, CA 94065
yfu@cov.com

*Attorneys for Plaintiffs*

<u>VIA ELECTRONIC MAIL</u>
George Pappas
Christopher Sipes
Brianne Bharkhda
Priscilla Dodson
Allison Schmitt
Einar Stole
Alaina Whitt
COVINGTON & BURLING LLP
One City Center
850 Tenth Street, NW
Washington, DC 20001
gpappas@cov.com
csipes@cov.com
bbharkhda@cov.com
pdodson@cov.com
aschmitt@cov.com
estole@cov.com
awhitt@cov.com
trintellix@cov.com

*Attorneys for Plaintiffs*

Dated: August 30, 2019

                                                   */s/ Kenneth L. Dorsney*
Kenneth L. Dorsney (#3726)
MORRIS JAMES LLP
500 Delaware Avenue, Suite 1500
Wilmington, DE 19801
(302) 888-6800
kdorsney@morrisjames.com

*Attorneys for Defendant
Apicore US LLC*