**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

|  |  |  |
|---|---|---|
| H. LUNDBECK A/S, TAKEDA PHARMACEUTICAL COMPANY LTD., TAKEDA PHARMACEUTICALS U.S.A., INC., TAKEDA PHARMACEUTICAL AG, and TAKEDA PHARMACEUTICALS AMERICA, INC., | ) ) ) ) ) ) ) | |
|  | ) | C.A. No. 18-0088-LPS |
| Plaintiffs, | ) ) | (CONSOLIDATED) |
| v. | ) ) | |
| APOTEX INC., *et al*., | ) ) | |
| Defendants. | ) ) ) ) ) | |

**NOTICE OF WITHDRAWAL AND SUBSTITUTION OF CO-COUNSEL**

PLEASE TAKE NOTICE that the appearance of Sterne, Kessler, Goldstein & Fox P.L.L.C on behalf of Defendant Alkem Laboratories Ltd. is hereby withdrawn.

PLEASE TAKE FURTHER NOTICE that the law firm of Lerner, David, Littenberg, Krumholz & Mentlik, LLP shall represent Defendant Alkem Laboratories Ltd. from this date forward, and Young Conaway Stargatt & Taylor, LLP shall continue as Delaware counsel for Alkem Laboratories Ltd.

| | |
|---|---|
| Dated: September 5, 2019 | YOUNG CONAWAY STARGATT & TAYLOR, LLP |
| *Of Counsel*: | */s/ Adam W. Poff*<br>Adam W. Poff (No. 3990)<br>Pilar G. Kraman (No. 5199)<br>Rodney Square<br>1000 North King Street<br>Wilmington, DE 19801<br>(302) 571-6600<br>*apoff@ycst.com*<br>*pkraman@ycst.com*<br><br>*Counsel for Defendant, Alkem Laboratories Ltd.* |
| Tedd W. Van Buskirk (admitted *pro hac vice*)<br>Aaron S. Eckenthal (admitted *pro hac vice*)<br>Russell Faegenburg<br>LERNER,DAVID,LITTENBERG, KRUMHOLZ &MENTLIK, LLP<br>600 South Avenue West<br>Westfield, NJ 07090-1497<br>(908)654-5000<br>*tvanbuskirk@lernerdavid.com*<br>*aeckenthal@lernerdavid.com*<br>*rfaegenburg@lernerdavid.com* | |

## **CERTIFICATE OF SERVICE**

I, Adam W. Poff, hereby certify that on September 5, 2019, I caused the foregoing to be electronically filed with the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that on September 5, 2019, I caused copies of the foregoing document to be served upon the following by e-mail.

> Jack B. Blumenfeld
> Megan Dellinger
> MORRIS, NICHOLS, ARSHT & TUNNELL LLP
> 1201 N. Market Street
> P.O. Box 1347
> Wilmington, DE 19899-1347
> jblumenfeld@mnat.com
> mdellinger@mnat.com
>
> George F. Pappas
> Einar Stole
> Christopher N. Sipes
> Brianne Bharkhda
> Priscilla G. Dodson
> COVINGTON & BURLING LLP
> 850 Tenth Street NW
> Washington DC 20001
> gpappas@cov.com
> estole@cov.com
> csipes@cov.com
> bbharkhda@cov.com
> pdodson@cov.com
>
> Yiye Fu
> COVINGTON & BURLING LLP
> 3000 El Camino Real
> 5 Palo Alto Square, 10th Floor
> Palo Alto, CA 94306-2112
> yfu@cov.com
>
> *Attorneys for Plaintiffs*

23045810.1

2

Dated: September 5, 2019

YOUNG CONAWAY STARGATT & TAYLOR, LLP

*/s/ Adam W. Poff*
Adam W. Poff (No. 3990)
Pilar G. Kraman (No. 5199)
Rodney Square
1000 N. King Street
Wilmington, Delaware 19801
apoff@ycst.com
pkraman@ycst.com

*Attorneys for Defendants*

23045810.1