# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| H. LUNDBECK A/S, et al.,, <br><br> Plaintiffs, <br><br> v. <br><br> APOTEX INC., et al., <br><br> Defendants. | C.A. No. 18-88-LPS <br> (Consolidated) |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that, on September 26, 2019, copies of (1) Defendants' Rule 30(b)(6) Notice of Deposition to Lundbeck; and (2) Defendants' Rule 30(b)(6) Notice of Deposition to Takeda were served on the following counsel by electronic mail:

Jack B. Blumenfeld
Megan Dellinger
Morris, Nichols, Arsht & Tunnell LLP
1201 N. Market Street
Wilmington, DE 19801
jblumenfeld@mnat.com
mdellinger@mnat.com

George F. Pappas
Einar Stole
Brianne Bharkhda
Pricilla G. Dodson
Alaina Whitt
Allison Schmitt
Covington & Burling LLP
One City Center
850 Tenth Street NW
Washington, DC 20001
gpappas@cov.com
estole@cov.com
bbharkhda@cov.com
pdodson@cov.com
awhitt@cov.com

aschmitt@cov.com

Yiye Fu
Covington & Burling LLP
333 Twin Dolphin Drive, Suite 700
Redwood Shores, CA 94065
yfu@cov.com

Philip L. Hirschhorn
Buchanan Ingersoll & Rooney PC
640 5th Avenue, 9th Floor
New York, NY 10019-6102
Philip.hirschhorn@bipc.com

|  |  |
|---|---|
| Dated: September 26, 2019 | PHILLIPS, GOLDMAN MCLAUGHLIN & HALL, P.A. |
| | */s/ Megan C. Haney* |
| | John C. Phillips, Jr. (#110) |
| | Megan C. Haney (#5016) |
| | 1200 North Broom Street |
| | Wilmington, DE 19806 |
| | (302) 655-4200 |
| | jcp@pgmhlaw.com |
| | mch@pgmhlaw.com |