# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| H. LUNDBECK A/S, TAKEDA PHARMACEUTICAL COMPANY LTD., TAKEDA PHARMACEUTICALS U.S.A., INC., TAKEDA PHARMACEUTICALS INTERNATIONAL AG and TAKEDA PHARMACEUTICALS AMERICA, INC., <br><br> Plaintiffs, <br> v. <br><br> APOTEX INC., et al., <br><br> Defendants. | C.A. No., 18-88-LPS <br> CONSOLIDATED |

## NOTICE OF SERVICE

I hereby certify that on October 24, 2019, my firm caused to be served *Defendant Hetero USA Inc., Hetero Labs Limited, and Hetero Labs Limited Unit-V's Responses and Objections to Plaintiffs' First Set of Interrogatories (Nos. 1-8)* upon the following counsel of record via email:

Jack B. Blumenfeld, Esq.
Megan E. Dellinger, Esq.
MORRIS, NICHOLS, ARSHT & TUNNELL LLP
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
jbbefiling@mnat.com
mdellinger@mnat.com

George F. Pappas, Esq.
Einar Stole, Esq.
Christopher N. Sipes, Esq.
Brianne Bharkhda, Esq.
Priscilla G. Dodson, Esq.
Alaina Whitt, Esq.
Allison Schmitt, Esq.
COVINGTON & BURLING LLP
One CityCenter
850 Tenth Street NW
Washington, DC 20001-4956
gpappas@cov.com
estole@cov.com
csipes@cov.com
bbharkhda@cov.com
pdodson@cov.com
awhitt@cov.com
aschmitt@cov.com

{A&B-00631523-}

                                                    Yiye Fu
                                                   COVINGTON & BURLING LLP
                                                   333 Twin Dolphin Drive, Suite 700
                                                   Redwood Shores, CA 94065-1418
                                                   yfu@cov.com

| OF COUNSEL: | */s/ John M. Seaman* |
|---|---|
|  | John M. Seaman (#3868) |
| A. Neal Seth | April M. Kirby (#6152) |
| Alexander B. Owczarczak | ABRAMS BAYLISS LLP |
| WILEY REIN LLP | 20 Montchanin Road, Suite 200 |
| 1776 K Street, NW | Wilmington, DE 19807 |
| Washington, DC 20006 | Telephone: (302) 778-1000 |
| (202) 719-7000 | Facsimile: (302) 778-1001 |
| nseth@wileyrein.com | seaman@abramsbayliss.com |
| aowczarczak@wileyrein.com | akirby@abramsbayliss.com |
|  |  |
| Dated:  October 24, 2019 | *Counsel for Defendants Hetero USA Inc., Hetero Labs Limited, and Hetero Labs Limited Unit-V* |