

# HEYMAN ENERIO GATTUSO & HIRZEL LLP

PRACTICING THE ART OF LAW

300 DELAWARE AVENUE • SUITE 200 • WILMINGTON, DELAWARE 19801
TEL: (302) 472.7300 • FAX: (302) 472.7320 • WWW.HEGH.LAW

Tel: (302) 472-7311
dgattuso@hegh.law

October 25, 2019

**VIA CM-ECF**
The Honorable Leonard P. Stark
United States District Court
For the District of Delaware
844 North King Street
Wilmington, DE 19801

    Re:    *H. Lundbeck A/S v. Apotex Inc. et al.*, C.A. No. 18-088 (LPS) (consolidated)

Dear Chief Judge Stark:

    The parties in the above-referenced matter write to request the scheduling of a discovery teleconference, pursuant to Paragraph 8.m of the Scheduling Order (D.I. 31), to address a discovery dispute.

    The following counsel for Plaintiffs and Defendants met and conferred by telephone on May 15 and July 19, 2019, and by email prior to and after those dates:

    For Plaintiffs:
        Delaware Counsel:   Megan Dellinger of Morris Nichols Arsht & Tunnell LLP
        Lead Counsel:   Einar Stole and Han Park of Covington & Burling LLP

    For Defendants Alembic Pharmaceuticals Limited, Alembic Global Holding S/A, and Alembic Pharmaceuticals, Inc. (collectively, "Alembic"):
        Delaware Counsel:   Kelly Farnan of Richards, Layton & Finger, P.A.
        Lead Counsel:   Bradley Graveline and Jesse Salen of Sheppard Mullin Richter & Hampton LLP

    For Defendant Alkem Laboratories Limited ("Alkem"):
        Delaware Counsel:   Pilar Kraman of Young Conaway Stargatt & Taylor, LLP
        Lead Counsel:   Charles Wysocki of Sterne Kessler Goldstein & Fox PLLC

    For Defendant Apicore US LLC ("Apicore"):
        Lead Counsel:   Howard Suh of Holland & Knight LLP



Th Honorable Leonard P. Stark
October 25, 2019
Page 2

For Defendants Apotex Inc., Apotex Corp., and Apotex Research Private Limited (collectively, "Apotex"):
    <u>Lead Counsel</u>: Ian Scott of Taft Stettinius & Hollister LLP

For Defendants Cipla Limited and Cipla USA Inc. (collectively, "Cipla"):
    <u>Lead Counsel</u>: Aaron Eckenthal of Lerner, David, Littenberg, Krumholz & Mentlik LLP

For Defendants Hetero USA Inc., Hetero Labs Limited, and Hetero Labs Limited Unit-V (collectively, "Hetero");
    <u>Lead Counsel</u>: Alexander Owczarczak of Wiley Rein LLP

For Defendants Lupin Limited and Lupin Pharmaceuticals, Inc. (collectively, "Lupin"):
    <u>Delaware Counsel</u>: Jim Lennon of the Devlin Law Firm LLC
    <u>Lead Counsel</u>: Joseph Janusz of Katten Muchin Rosenman LLP

For Defendants Macleods Pharmaceuticals Limited and Macleods Pharma USA, Inc. (collectively, "Macleods"):
    <u>Delaware Counsel</u>: Kelly Farnan of Richards, Layton & Finger, PA
    <u>Lead Counsel</u>: Karen Beckman of Merchant & Gould PC

For Defendants MSN Laboratories Private Limited, MSN Pharmaceuticals, Inc., and MSN Pharmachem Private Limited (collectively, "MSN"):
    <u>Delaware Counsel</u>: Geoffrey Grivner of Buchanan Ingersoll & Rooney PC
    <u>Lead Counsel</u>: Matthew Fedowitz of Buchanan Ingersoll & Rooney PC

For Defendants Prinston Pharmaceuticals Inc. and Zhejiang Huahai Pharmaceutical Co., Ltd. (collectively, "Prinston"):
    <u>Delaware Counsel</u>: Tyler Cragg of Richards, Layton & Finger, P.A.
    <u>Lead Counsel</u>: Gary Coad of Arent Fox LLP

For Defendants Sandoz Inc. and Lek Pharmaceuticals d.d. (collectively, "Sandoz"):
    <u>Delaware Counsel</u>: Dominick Gattuso of Heyman Enerio Gattuso & Hirzel LLP
    <u>Lead Counsel</u>: Laura Lydigsen and Joshua Ney of Brinks Gilson & Lione

For Defendant Sigmapharm Laboratories, LLC ("Sigmapharm"):
    <u>Delaware Counsel</u>: Jack Phillips of Phillips, Goldman, McLaughlin & Hall, P.A.
    <u>Lead Counsel</u>: Tom Heneghan of Husch Blackwell LLP

For Defendants Torrent Pharmaceuticals Limited and Torrent Pharma Inc. (collectively, "Torrent"):
    <u>Lead Counsel</u>: Yun Wei of Pillsbury Winthrop Shaw Pittman LLP



Th Honorable Leonard P. Stark
October 25, 2019
Page 3

For Defendant Unichem Laboratories, Limited ("Unichem"):
    Delaware Counsel:  Jack Phillips of Phillips, Goldman, McLaughlin & Hall, P.A.
    Lead Counsel:  Paul Braier of Greenblum & Bernstein, P.L.C.

For Defendants Zydus Pharmaceuticals (USA) Inc. and Cadila Healthcare Limited (collectively, "Zydus"):
    Delaware Counsel: Jack Phillips of Phillips, Goldman, McLaughlin & Hall, P.A.
    Lead Counsel: Timothy Peterson of Locke Lord LLP

The dispute requiring judicial attention concerns: Whether Plaintiffs shall supplement their responses to Request Nos. 55, 57, 62, 67, 69, 74, and 75 of Defendants' First Set of Requests for Production to Plaintiffs (Nos. 1-94).

Respectfully,

*/s/ Dominick T. Gattuso*

Dominick T. Gattuso (#3630)

cc:    Clerk of the Court (via CM/ECF)
       All Counsel of Record (via electronic mail)