IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| H. LUNDBECK A/S, TAKEDA PHARMACEUTICAL COMPANY LTD., TAKEDA PHARMACEUTICALS U.S.A., INC., TAKEDA PHARMACEUTICALS INTERNATIONAL AG and TAKEDA PHARMACEUTICALS AMERICA, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>APOTEX INC., et al.,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) C.A. No. 18-88 (LPS)<br>) CONSOLIDATED<br>)<br>)<br>)<br>) |

**PLAINTIFFS' NOTICE OF DEPOSITION OF MAKRAND AVACHAT (LUPIN LIMITED AND LUPIN PHARMACEUTICALS, INC.)**

**PLEASE TAKE NOTICE** that, pursuant to Rule 30(b)(1) of the Federal Rules of Civil Procedure and the applicable Local Rules of the District Court for the District of Delaware, Plaintiffs H. Lundbeck A/S ("Lundbeck"), Takeda Pharmaceutical Company Ltd. ("Takeda Japan"), Takeda Pharmaceuticals U.S.A., Inc. ("Takeda USA"), Takeda Pharmaceuticals International AG ("Takeda International"), and Takeda Pharmaceuticals America, Inc. ("Takeda America") (collectively, "Lundbeck and Takeda" or "Plaintiffs"), by their undersigned attorneys, will take the deposition upon oral examination of Makrand Avachat. Counsel should inform Plaintiffs if the witness will give testimony in a foreign language and if an interpreter/translator is needed for all or portions of the deposition.

The deposition will begin on December 6, 2019, at 9:00 a.m. at the offices of Covington & Burling LLP, 850 Tenth Street NW, Washington, D.C. 20001, or at such date, time, and location agreed by the parties, and will continue from day to day until completed, with such adjournments as may be necessary. The examination will be taken before a Notary Public or

other person authorized to administer oaths pursuant to Rule 28 of the Federal Rules of Civil Procedure. The testimony at the deposition will be recorded by sound/audio, video, stenographic means and/or by real time display of testimony. The testimony taken pursuant to this Notice of Deposition may be used for any and all appropriate purposes as provided by the Federal Rules of Civil Procedure and the Federal Rules of Evidence.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Megan E. Dellinger*

_____
Jack B. Blumenfeld (#1014)
Megan E. Dellinger (#5739)
1201 North Market Street
P.O. Box 1347
Wilmington, DE  19899
(302) 658-9200
jblumenfeld@mnat.com
mdellinger@mnat.com

*Attorneys for Plaintiffs*

OF COUNSEL:

George F. Pappas
Einar Stole
Christopher N. Sipes
Brianne Bharkhda
Priscilla G. Dodson
Alaina Whitt
Allison Schmitt
COVINGTON & BURLING LLP
One CityCenter
850 Tenth Street NW
Washington, DC  20001-4956
(202) 662-6000

Yiye Fu
COVINGTON & BURLING LLP
3000 El Camino Real
5 Palo Alto Square, 10th Floor
Palo Alto, CA 94306-2112
(650) 632-4700

November 8, 2019

**CERTIFICATE OF SERVICE**

I hereby certify that on November 8, 2019, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on November 8, 2019, upon the following in the manner indicated:

| | |
|---|---|
| James M. Lennon, Esquire<br>DEVLIN LAW FIRM LLC<br>1306 North Broom Street, Suite 1<br>Wilmington, DE  19806<br>*Attorneys for Defendants Lupin Limited and Lupin Pharmaceuticals, Inc.* | *VIA ELECTRONIC MAIL* |
| Deepro R. Mukerjee, Esquire<br>Lance Soderstrom, Esquire<br>KATTEN MUCHIN ROSENMAN LLP<br>575 Madison Avenue<br>New York, NY  10022-2585<br>*Attorneys for Defendants Lupin Limited and Lupin Pharmaceuticals, Inc.* | *VIA ELECTRONIC MAIL* |
| Joseph M. Janusz, Esquire<br>Jitendra Malik, Esquire<br>Alissa M. Pacchioli, Esquire<br>KATTEN MUCHIN ROSENMAN LLP<br>550 South Tryon Street, Suite 2900<br>Charlotte, NC  28202-4213<br>*Attorneys for Defendants Lupin Limited and Lupin Pharmaceuticals, Inc.* | *VIA ELECTRONIC MAIL* |

/s/ *Megan E. Dellinger*

Megan E. Dellinger (#5739)