IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| H. LUNDBECK A/S, TAKEDA PHARMACEUTICAL COMPANY LTD., TAKEDA PHARMACEUTICALS U.S.A., INC., TAKEDA PHARMACEUTICALS INTERNATIONAL AG and TAKEDA PHARMACEUTICALS AMERICA, INC., | ) ) ) ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | C.A. No. 18-88 (LPS) CONSOLIDATED |
| APOTEX INC., et al., | ) ) | |
| Defendants. | ) | |

**PLAINTIFFS' NOTICE OF DEPOSITION OF SHITAL PATHAK (APOTEX INC., APOTEX CORP., AND APOTEX RESEARCH PRIVATE LIMITED)**

PLEASE TAKE NOTICE that, pursuant to Rule 30(b)(1) of the Federal Rules of Civil Procedure and the applicable Local Rules of the District Court for the District of Delaware, Plaintiffs H. Lundbeck A/S ("Lundbeck"), Takeda Pharmaceutical Company Ltd. ("Takeda Japan"), Takeda Pharmaceuticals U.S.A., Inc. ("Takeda USA"), Takeda Pharmaceuticals International AG ("Takeda International"), and Takeda Pharmaceuticals America, Inc. ("Takeda America") (collectively, "Lundbeck and Takeda" or "Plaintiffs"), by their undersigned attorneys, will take the deposition upon oral examination of Shital Pathak. Counsel should inform Plaintiffs if the witness will give testimony in a foreign language and if an interpreter/translator is needed for all or portions of the deposition.

The deposition will begin on December 20, 2019, at 9:00 a.m. at the offices of Covington & Burling LLP, 850 Tenth Street NW, Washington, D.C. 20001, or at such date, time, and location agreed by the parties, and will continue from day to day until completed, with such adjournments as may be necessary. The examination will be taken before a Notary Public or

other person authorized to administer oaths pursuant to Rule 28 of the Federal Rules of Civil

Procedure. The testimony at the deposition will be recorded by sound/audio, video, stenographic

means and/or by real time display of testimony. The testimony taken pursuant to this Notice of

Deposition may be used for any and all appropriate purposes as provided by the Federal Rules of

Civil Procedure and the Federal Rules of Evidence.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Megan E. Dellinger*

_____

OF COUNSEL:

George F. Pappas
Einar Stole
Christopher N. Sipes
Brianne Bharkhda
Priscilla G. Dodson
Alaina Whitt
Allison Schmitt
Han Park
COVINGTON & BURLING LLP
One CityCenter
850 Tenth Street NW
Washington, DC  20001-4956
(202) 662-6000

Megan L. Hare
COVINGTON & BURLING LLP
The New York Times Building
620 Eighth Avenue
New York, NY 10018
(212) 841-1000

Yiye Fu
COVINGTON & BURLING LLP
3000 El Camino Real
5 Palo Alto Square, 10th Floor
Palo Alto, CA 94306-2112
(650) 632-4700

December 9, 2019

Jack B. Blumenfeld (#1014)
Megan E. Dellinger (#5739)
1201 North Market Street
P.O. Box 1347
Wilmington, DE  19899
(302) 658-9200
jblumenfeld@mnat.com
mdellinger@mnat.com

*Attorneys for Plaintiffs*

2

## CERTIFICATE OF SERVICE

I hereby certify that on December 9, 2019, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on December 9, 2019, upon the following in the manner indicated:

Kenneth L. Dorsney, Esquire                               *VIA ELECTRONIC MAIL*
MORRIS JAMES LLP
500 Delaware Avenue, Suite 1500
Wilmington, DE 19801-1494
*Attorneys for Defendants Apotex Inc., Apotex Corp. and Apotex*
*Research Private Limited*

Stephen R. Auten, Esquire                                  *VIA ELECTRONIC MAIL*
Richard T. Ruzich, Esquire
Ian Scott, Esquire
Philip Y. Kouyoudjain, Esquire
TAFT STETTINIUS & HOLLISTER LLP
111 East Wacker, Suite 2800
Chicago, IL  60601
*Attorneys for Defendants Apotex Inc., Apotex Corp. and Apotex*
*Research Private Limited*

*/s/ Megan E. Dellinger*
_____
Megan E. Dellinger (#5739)