# MORRIS, NICHOLS, ARSHT & TUNNELL LLP

1201 NORTH MARKET STREET
P.O. BOX 1347
WILMINGTON, DELAWARE 19899-1347

(302) 658-9200
(302) 658-3989 FAX

**MEGAN E. DELLINGER**
302 351 9366
mdellinger@mnat.com

January 6, 2020

**VIA E-FILING AND HAND DELIVERY**

The Honorable Leonard P. Stark
United States District Court
  for the District of Delaware
844 North King Street
Wilmington, DE 19801

      Re:    <u>H. Lundbeck A/S v. Apotex Inc. et al.</u>, C.A. No. 18-088 (Consol.) (LPS)

Dear Chief Judge Stark:

      Plaintiffs write regarding Defendants Sandoz Inc. and Lek Pharmaceuticals d.d's (collectively, "Defendants") letter of January 3, 2020 (D.I. 648) providing additional information and argument with respect to Defendants' Motion for Partial Judgment on the Pleadings under Fed. R. Civ. P. 12(c) and to Dismiss for Lack of Subject Matter Jurisdiction under Fed. R. Civ. P. 12(b)(1) (D.I. 415). Plaintiffs plan to respond to Defendants' letter by Thursday, January 9, 2020.

                        Respectfully,

                        */s/ Megan E. Dellinger*

                        Megan E. Dellinger (#5739)

MED/lo
cc:    Clerk of the Court (via hand delivery)
        Counsel of Record (via CM/ECF and e-mail)