IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| H. LUNDBECK A/S, TAKEDA PHARMACEUTICAL COMPANY LTD., TAKEDA PHARMACEUTICALS U.S.A., INC., TAKEDA PHARMACEUTICALS INTERNATIONAL AG and TAKEDA PHARMACEUTICALS AMERICA, INC., <br><br> Plaintiffs, <br><br> v. <br><br> APOTEX INC., et al., <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) C.A. No. 18-88 (LPS) ) CONSOLIDATED ) ) ) ) ) |

**JOINT STIPULATION AND [PROPOSED] ORDER
CONCERNING AUTHENTICITY OF EVIDENCE**

WHEREAS Plaintiffs H. Lundbeck A/S, Takeda Pharmaceutical Company Ltd., Takeda Pharmaceuticals U.S.A., Inc., Takeda Pharmaceuticals International AG, and Takeda Pharmaceuticals America, Inc. (collectively, "Plaintiffs") filed a Notice of Deposition Pursuant to Fed. R. Civ. P. 30(b)(6) ("30(b)(6) Notice") (D.I. 449) directing Defendants Prinston Pharmaceutical Inc. ("Prinston") and Zhejiang Huahai Pharmaceutical Co., Ltd., Inc. ("Huahai") (collectively, "Prinston Defendants") to designate a witness on each of 50 topics;

WHEREAS Plaintiffs agreed to forego a 30(b)(6) deposition on the noticed topics, if the Prinston Defendants agreed to stipulate to the authenticity of the documents listed below;

IT IS HEREBY STIPULATED AND AGREED by the undersigned counsel for Plaintiffs and the Prinston Defendants, subject to the approval of the Court, that the following documents are authenticated under Fed. R. Evid. 901(a), (b)(1) and that no additional foundation need be laid for the following documents to be authentic:

a) any document produced by any Prinston Defendant that bears any Prinston Defendant's letterhead, copyright with the producing party's name, and/or corporate logo;

b) any document or file produced by any Prinston Defendant that lists a current or former employee of any Prinston Defendant as an author or custodian;

c) any legible U.S. or foreign patent, patent application, patent office publication, or file history produced by any Prinston Defendant;

d) any document produced by any Prinston Defendant that is part of a New Drug Application, Abbreviated New Drug Application, or Drug Master File;

e) any correspondence with FDA produced by any Prinston Defendant;

f) any patent license or assignment agreement involving any Prinston Defendant produced by any Prinston Defendant;

g) any email produced by any Prinston Defendant that on its face lists an employee, officer, or agent of any Prinston Defendant as a sender of the email.

IT IS FURTHER STIPULATED AND AGREED that the following documents are business records under Fed. R. Evid. 803(6) and that no additional foundation need be laid so that the following documents fall under this exception to the rule against hearsay:

a) any document produced by any Prinston Defendant that is part of a New Drug Application, Abbreviated New Drug Application, or Drug Master File;

b) any correspondence with FDA produced by any Prinston Defendant;

c) any patent license or assignment agreement involving any Prinston Defendant produced by any Prinston Defendant.

IT IS FURTHER AGREED that these Stipulations regarding the above-referenced documents are only applicable to this proceeding, and may not be used in any other litigation against any party.

| | |
|---|---|
| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | RICHARDS, LAYTON & FINGER, P.A. |
| */s/ Megan E. Dellinger* | */s/ Katharine L. Mowery* |
| Jack B. Blumenfeld (#1014)<br>Megan E. Dellinger (#5739)<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899<br>(302) 658-9200<br>jblumenfeld@mnat.com<br>mdellinger@mnat.com | Steven J. Fineman (#4025)<br>Katharine L. Mowery (#5629)<br>Tyler E. Cragg (#6398)<br>One Rodney Square<br>920 North King Street<br>Wilmington, DE 19801<br>(302) 651–7592<br>fineman@rlf.com<br>mowery@rlf.com<br>cragg@rlf.com |
| *Attorneys for Plaintiffs* | *Attorneys for Defendants Prinston Pharmaceutical Inc. and Zhejiang Huahai Pharmaceutical Co., Ltd.* |
| OF COUNSEL:<br><br>George F. Pappas<br>Einar Stole<br>Christopher N. Sipes<br>Brianne Bharkhda<br>Priscilla G. Dodson<br>Alaina Whitt<br>Allison Schmitt<br>Han Park<br>COVINGTON & BURLING LLP<br>One CityCenter<br>850 Tenth Street NW<br>Washington, DC 20001-4956<br>(202) 662-6000<br><br>Megan L. Hare<br>Taylor J. Kelson<br>COVINGTON & BURLING LLP<br>The New York Times Building<br>620 Eighth Avenue<br>New York, NY 10018<br>(212) 841-1000 | OF COUNSEL:<br><br>Shashank Upadhye<br>Yixin H. Tang<br>Brent Batzer<br>UPADHYE CWIK LLP<br>135 S. LaSalle Street, Suite 1930<br>Chicago, Illinois 60603-4207<br>(312) 327-3326 |

Yiye Fu
COVINGTON & BURLING LLP
3000 El Camino Real
5 Palo Alto Square, 10th Floor
Palo Alto, CA 94306-2112
(650) 632-4700

February 11, 2020

       SO ORDERED this _____ day of February, 2020.

                                            CHIEF JUDGE LEONARD P. STARK