IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| H. LUNDBECK A/S, TAKEDA PHARMACEUTICAL COMPANY LTD., TAKEDA PHARMACEUTICALS U.S.A., INC., TAKEDA PHARMACEUTICALS INTERNATIONAL AG and TAKEDA PHARMACEUTICALS AMERICA, INC., <br><br> Plaintiffs, <br><br> v. <br><br> APOTEX INC., APOTEX CORP., and APOTEX RESEARCH PRIVATE LIMITED, <br><br> Defendants. | C.A. No. 18-88-LPS <br> CONSOLIDATED |

## NOTICE OF WITHDRAWAL OF COUNSEL

PLEASE TAKE NOTICE that the appearance of April E. Weisbruch as counsel of record to represent Defendants Alembic Pharmaceuticals Limited, Alembic Global Holdings S/A and Alembic Pharmaceuticals, Inc. is hereby withdrawn. Richards, Layton & Finger, P.A. and Sheppard Mullin Richter & Hampton LLP continue to represent the Defendants.

*Of Counsel:*

Bradley C. Graveline
Sheppard Mullin Richter & Hampton LLP
70 West Madison Street, 48th Floor
Chicago, IL 60602-4492
Email: bgraveline@sheppardmullin.com

Jesse A. Salen
Sheppard Mullin Richter & Hampton LLP
12275 El Camino Real, Suite 200
San Diego, CA 92130-2006
Email: jsalen@sheppardmullin.com

Dated: February 20, 2020

/s/ Nicole K. Pedi
Kelly E. Farnan (#4395)
Nicole K. Pedi (#6236)
Richards, Layton & Finger, P.A.
One Rodney Square
920 North King Street
Wilmington, DE 19801
Tel: (302) 651-7700
farnan@rlf.com
pedi@rlf.com

*Attorneys for Defendants Alembic Pharmaceuticals Limited, Alembic Global Holdings S/A and Alembic Pharmaceuticals, Inc.*