# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| H. LUNDBECK A/S, et al., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) C.A. No. 18-88-LPS |
| | ) (Consolidated) |
| APOTEX INC., et al., | ) |
| | ) |
| Defendants. | ) |
| | ) |

## [PROPOSED] ORDER

WHEREAS, Defendants Prinston Pharmaceutical Inc. and Zhejiang Huahai Pharmaceutical Co., Ltd. (together, "Defendants") having moved to dismiss their Seventh, Eighth, Ninth, Tenth, Thirteenth, and Fourteenth Counterclaim Counts in Prinston's Answer, Separate Defenses, and Counterclaims to the Second Amended Complaint (D.I. 310) without prejudice (the "Motion"); and

WHEREAS, the Court having considered the Motion and any opposition thereto;

IT IS HEREBY ORDERED this _____ day of _____, 2020, that the Motion is GRANTED and Defendants' Seventh, Eighth, Ninth, Tenth, Thirteenth, and Fourteenth Counterclaim Counts in Prinston's Answer, Separate Defenses, and Counterclaims to the Second Amended Complaint (D.I. 310) are DISMISSED WITHOUT PREJUDICE.

_____
Chief United States District Judge