IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| H. LUNDBECK A/S, et al., </br></br>  Plaintiffs, </br></br> v. </br></br> APOTEX INC., et al., </br></br> Defendants. | ) </br> ) </br> ) </br> ) </br> ) </br> ) </br> ) C.A. No. 18-88-LPS </br> ) (Consolidated) </br> ) </br> ) </br> ) </br> ) |

**DECLARATION OF BRENT BATZER**

I, Brent A. Batzer, declare as follows:

1.  I am a partner with the firm of Upadhye Cwik LLP and am counsel of record for Prinston Pharmaceutical Inc. and Zhejiang Huahai Pharmaceutical Co., Ltd. (collectively, "Prinston"). I have personal knowledge of the facts set forth in this declaration and, if called as a witness, could and would competently testify thereto.

2.  **Exhibit 1** is a true and correct copy of excerpts of the Rebuttal Expert Report of Dr. Roger S. McIntyre, M.D. Regarding Validity of U.S. Patent No. 9,125,910.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 9th day of June, 2020.

/s/ Brent A Batzer

Brent A. Batzer
Upadhye Cwik LLP
135 South LaSalle Street, Suite 1930
Chicago, IL 60603

1