# Morris, Nichols, Arsht & Tunnell LLP

1201 North Market Street
P.O. Box 1347
Wilmington, Delaware 19899-1347

(302) 658-9200
(302) 658-3989 FAX

**Jack B. Blumenfeld**
(302) 351-9291
(302) 425-3012 FAX
jblumenfeld@mnat.com

July 20, 2020

The Honorable Leonard P. Stark   *VIA ELECTRONIC FILING*
U.S. District Court for the
 District of Delaware
844 North King Street
Wilmington, DE 19801

Re:   *H. Lundbeck A/S v. Apotex Inc. et al.*
      C.A. No. 18-088 (LPS) (consolidated)

Dear Chief Judge Stark:

Plaintiffs submit this brief response to Defendants' July 17 letter asking the Court to reconsider the deposition hours the Court ordered for Drs. Myerson, Morin and Gozzo on infringement on July 6. We believe those 39 total hours for these experts are fair and sufficient.[1]  Indeed, Defendants do not argue that those hours are not fair or that they need more hours –just that they would like more. Plaintiffs oppose their request.

Respectfully,

*/s/ Jack B. Blumenfeld*

Jack B. Blumenfeld (#1014)

JBB/bac

cc:   All Counsel of Record (via electronic mail)

---

[1]   In light of the Court's ruling on Sandoz's motion to dismiss (D.I. 813-814), there are now only eight Defendants who will be involved in these depositions.