EXHIBIT A

```
 1                    - TRANSCRIPT UNDER SEAL -

 2              IN THE UNITED STATES DISTRICT COURT

 3              IN AND FOR THE DISTRICT OF DELAWARE

 4                            - - -

 5
        H. LUNDBECK, A/S TAKEDA      :   CIVIL ACTION
 6      PHARMACEUTICAL COMPNAY       :
        LTD., TAKEDA                 :
 7      PHARMACEUTICALS U.S.A.,      :
        INC., TAKEDA                 :
 8      PHARMACEUTICALS              :
        INTERNATIONAL AL and TAKEDA  :
 9      PHARMACEUTICALS AMERICA,     :
        INC.,                        :
10                                   :
                     Plaintiffs,     :
11                                   :
            vs.                      :
12                                   :
        ALKEM LABORAROTIES LTD., et  :
13      al.,                         :
                                     :
14                   Defendant.      :   NO. 18-88 (LPS)

15
                              - - -
16
                             Wilmington, Delaware
17                           Friday, September 25, 2020
                             2:00 o'clock, p.m.
18                           ***Telephone conference

19
                              - - -
20
        BEFORE:  HONORABLE JENNIFER L. HALL, U.S. MAGISTRATE JUDGE,
21
                              - - -
22

23

24
                             Valerie J. Gunning
25                           Official Court Reporter
```

1    **APPEARANCES:**

2
                MORRIS, NICHOLS, ARSHT & TUNNELL LLP
3               BY:  MEGAN E. DELLINGER, ESQ.

4
                            -and-
5

6               COVINGTON & BURLING
                BY:  BRIANNE BHARKHDA, ESQ. and
7                    THOMAS J. SULLIVAN, ESQ.
                     (Washington, D.C.)
8

9                    Counsel for Plaintiffs

10

11              HEYMAN ENERIO GATTUSO & HIRZEL LLP
                BY:  DOMINICK T. GATTUSO, ESQ.
12

13
                        -and-
14
                BRINKS GILSON & LIONE
15              BY:  MARK H. REMUS, ESQ.
                     LAURA A. LYDIGSEN, ESQ. and
16                   JASON W. SCHIGELONE, ESQ.
                     (Chicago, Illinois)
17

18                   Counsel for Defendant

19
                         -  -  -
20

21

22

23

24

25

```
 1                    P R O C E E D I N G S

 2

 3     ████████████████████████████████████████████

 4

 5              (The following telephone conference was held

 6     beginning at 2:00 p.m.)

 7

 8              THE COURT:  Good afternoon, everyone.  This is

 9     Jennifer Hall.  We are here today for a discovery dispute

10     teleconference in Civil Action No. 18-88.

11              Let's have appearances for the record, starting

12     with plaintiff.

13              MS. DELLINGER:  Good afternoon, Your Honor.

14     This is Megan Dellinger from Morris Nichols on behalf of the

15     plaintiff, and with me on the line is my co-counsel from

16     Covington & Burling, Brianne Bharkhda and Tom Sullivan, and

17     Ms. Bharkhda will be handling the argument on behalf of

18     plaintiff today.

19              THE COURT:  Very good.  Good afternoon to all of

20     you.

21              MR. GATTUSO:  Good afternoon, Your Honor.  I

22     apologize.  Good afternoon, Your Honor.  It's Dominick

23     Gattuso from Heyman Enerio.

24              I have with me on the line Mark Remus, Laura

25     Lydigsen and Jason Schigelone from the Brinks Gilson & Lione
```

1    firm.

2              I also have with me on the line, Your Honor,

3    Maggie Spencer, who is in-house counsel with Sandoz.

4              Mr. Remus is going to argue on behalf of Sandoz

5    today, Your Honor.

6              THE COURT:  Of course.  Good afternoon to all of

7    you.

8              I understand that this dispute is between

9    plaintiff and Sandoz.  Is there anyone else on the line that

10   wishes to make an appearance for the record?

11             Okay.  Hearing no response, I will also say for

12   the record today that our court reporter is Val Gunning.  We

13   are still in the midst of the Covid 19 pandemic.  I'm at the

14   courthouse.  My courtroom deputy and clerk are also dialed

15   in on separate lines.  We are not currently with the court

16   reporter, but she has dialed in as well.

17             Okay.  Let's have the movant begin.  I was

18   hoping we could limit our comments to around five minutes if

19   that works.  This seems to be a pretty straightforward

20   dispute, and I will let everyone know that I've already

21   reviewed the letters in detail as well as the attachments

22   and the relevant portions of the docket.  So go ahead.

23             MS. BHARKHDA:  Your Honor, this is Brianne

24   Bharkhda for plaintiff, and I'm happy to answer any specific

25   questions Your Honor may have since you have reviewed the

1    letters and the briefing.   If there's anything in particular

2    you would like me to answer, I'm happy to do so.

3              We have a dispute here relating to two dependent

4    claims of the '096 patent, claims 4 and 5.   We indicated to

5    Sandoz in July after some other patents dropped out of the

6    case that we were no longer planning on asserting claims 4

7    and 5 of the '096 patent and therefore we do not think

8    expert discovery relating to those patents would not

9    necessary.   Even though Sandoz had on a number of occasions

10   told plaintiff and the Court that they didn't believe any of

11   the claims of the '096 patent were properly in the case,

12   Sandoz took the position that it was not sufficient for

13   plaintiffs to indicate that it was no longer asserting those

14   claims, that in order to remove the dispute and the expert

15   discovery, we needed to do something more.   They

16   specifically suggested

17

18

19

20

21

22

23             Now, Dr. -- the parties in this case, this is a

24   large Hatch-Waxman matter, are in the middle of expert

25   discovery, expert deposition for various experts in the

1    case.  Dr. Gozzo submitted an expert report that related

2    only to claims 4 and 5 of the '096 patent with respect to

3    the claims that remain in the, arguably in the case as of

4    today.  Her report also related to the crystalline form

5    patents that had been in the case, but those had been

6    dismissed by Judge Stark.  Dr. Myerson is similarly

7    situated.  The opinions that he provided with respect to

8    Sandoz relate to claim 4 and 5 of the '096 patent.

9                   In light of                      , we don't

10   think that there is a proper dispute anymore.  We have

11   indicated that we don't plan to call Dr. Gozzo or Dr.

12   Myerson at trial, but Sandoz has indicated that it wants to

13   pursue the deposition of Dr. Myerson and Dr. Gozzo

14   nonetheless, and we filed a protective order in this case as

15   a result.

16                   Now, the reason that Sandoz gave --

17                   THE COURT:  Counsel, counsel, if I could

18   interrupt you for just a minute.

19                   MS. BHARKHDA:  Yes.

20                   THE COURT:  So are you telling me that -- so

21   Sandoz's claim for a D.J. of noninfringement is still

22   pending.  Is that right?

23                   MS. BHARKHDA:  There have been -- we have not

24   filed a motion to dismiss at this point.  Frankly, just to

25   be clear, the D.J. action is for -- the D.J. claim relates

1    broadly to just as the claims of the '096 patent.  It's not

2    specifically for claims 4 and 5.

3              We have not filed a motion to dismiss those.

4    Our understanding now from Sandoz's letter is that that is

5    what it thinks is necessary to formally resolve of this

6    dispute.  We can do so.  We don't think that should be

7    necessary because I think given ███████████████████, the

8    parties should be stipulating to dismissal without prejudice

9    of those portions of the pending claims that relate to

10   claims 4 and 5, but if Sandoz will not stipulate to that,

11   then we can file a formal motion to dismiss.  But as of

12   today, those claims are still in the case.  Regardless, we

13   think given ██████████████████ even while such a motion

14   were pending, if Sandoz indicates that it will require us to

15   file such a motion, the protective order is still

16   appropriate because we don't see how their goal, how those

17   claims are going to remain in the case at the end of such a

18   motion.

19             So this issue about whether or not a motion to

20   dismiss has been filed seems like form over substance to us

21   because I don't see a real argument that claims 4 and 5 are

22   actually still in the case.

23             THE COURT:  Well, and I appreciate your argument

24   about it seeming like form over substance, but the issues

25   that I'm dealing with is that I am not the Judge who is

1    going to be deciding whether or not those claims are in the

2    case, and it seems to me that my decision is not being made

3    in a vacuum.

4            I can look at the docket and see that there was

5    some discussion about dismissing claims or counterclaims

6    relating to the '096 patent, and that Judge Stark said

7    nothing is going to happen at this time, and if you want to

8    file a motion to dismiss, you could file a motion to

9    dismiss, and that didn't happen.  So I don't know the

10   backstory.  I'm assuming it doesn't really matter because

11   I'm not the one that would be deciding that motion anyway,

12   but today as it stands before me, I've got these, the D.J.

13   counterclaims pending.

14           I've heard you say you weren't going to offer

15   the testimony of Dr. Gozzo and Myerson against Sandoz at

16   trial and I want to make sure I understand what you are

17   saying.

18           If we move to trial and Sandoz moves forward

19   requesting a D.J. of noninfringement, are you saying that in

20   response, you're not going to offer the testimony of Dr.

21   Gozzo and Myerson?

22           MS. BHARKHDA:  Well, Your Honor, if there -- if

23   by some -- if there is some decision by the Court that the

24   claims are still in the case, we would have to offer that

25   testimony at trial, but we don't think there's an actual

1    dispute here, and we -- I don't think -- the Judge said that

2    the parties may file motions to dismiss.  Sandoz has argued

3    to us that it shouldn't be necessary for the parties to do

4    that.  We should be agreeing to dismiss all.  In fact, they

5    said that to the Court when responding, when filing their

6    motion to dismiss regarding the '910 patents.  They didn't

7    give us advance notice of their motion to dismiss and then

8    we decided not to oppose it, so we just filed the response

9    not opposing it.

10            In response to that, Sandoz told the Court that

11   they believed that they should not have had to go to the

12   burden and expense of filing the motion to dismiss at all.

13   We should have just agreed to dismiss the claims, and we

14   think that that is what should be done here.  We have given

15   Sandoz advance notice of the fact that we think these claims

16   should be out of the case.  If by some measure the Court

17   were to find that there's subject matter jurisdiction here

18   supporting Sandoz's claims, then we would, we would have to

19   put on Dr. Myerson and Gozzo at trial.  We don't think

20   that's the case, and the only basis that Sandoz has given

21   for why the claims should still be in the case to us is that

22   they don't believe that ███████████████████████ is

23   sufficient.

24            Now, we were expecting in Sandoz's responsive

25   letter brief to Your Honor consistent with what they put in

1    their discovery dispute letter that they were going to

2    explain the basis, the legal basis for their contentions

3    that ███████████████████████████████████ didn't

4    extinguish the case or controversy.  So that's their basis

5    for saying they would need to go forward, would be a

6    deposition.  At least that was articulated to us prior to

7    receipt of their responsive letter.

8              And they did not do so, which I think reinforces

9    our point that we think it is legally sufficient and there's

10   no basis for (inaudible) the claims in the case.  But if the

11   real concern is that there's no actual motion to dismiss on

12   file, we'll file one immediately, but we don't think that

13   should be necessary and Sandoz we don't think has a legal

14   position to oppose it.

15             So there still isn't a basis to go forward with

16   these depositions in the meantime if the likely outcome of a

17   motion to dismiss even if Sandoz isn't going to oppose it or

18   that we will prevail with Judge Stark.

19             THE COURT:  All right.  One question I had about

20   that is, we're in September, we're in late September, and so

21   this is two months after I see a docket entry saying that if

22   anyone wants to file any motions to dismiss, they should

23   file it.  So I'm trying to understand how what happened in

24   the meantime in terms of why is there so much delay in the

25   motion to dismiss.

1          MS. BHARKHDA:  Sure.  I'm happy to explain the

2    timeline.

3          So on July 7th, Sandoz told plaintiffs that they

4    believed that the claims relating to the '096 patent should

5    be dismissed without prejudice.  On July 8th, Sandoz told

6    the Court the same thing.  They -- and that was in docket

7    entry 39.

8          Plaintiffs' counsel was considering that

9    position, and on July 22nd, we informed Sandoz that and

10   Judge Stark that we were no longer asserting claims 4 and 5

11   of the '096 patent against Sandoz.  We made that very clear

12   in July, as soon as plaintiff, our clients were onboard that

13   we were no longer pursuing those claims.  And we thought

14   that frankly would resolve the issue because Sandoz had

15   repeatedly been on record with both plaintiff and the Court

16   indicating that they didn't believe there was subject matter

17   jurisdiction over any of the claims of the '096 patent.  But

18   on that same date, Sandoz made an about face and stated that

19   they would, that they didn't agree that claims 4 and 5 of

20   the '096 patent were out of the case, and instead Sandoz

21   demanded ███████████████████████████████ and indicated

22   that they would insist on deposing Dr. Myerson and Dr. Gozzo

23   unless ████████████████████████

24          Now, that was -- and that happened on July 28th.

25   ██████████████████████████████████████████████



10   the claims are no longer in the case, and Drs. Myerson and

11   Gozzo didn't need to be deposed.

12           And in their previous position, Sandoz indicated

13   they did not agree to that, that they didn't think

14   ▮▮▮▮▮▮▮ was sufficient, and they were going to proceed with

15   the depositions of Dr. Myerson sand Dr. Gozzo, hence our

16   filing of the, of our motion for a protective order.

17           And the first tame that we -- and we are clear

18   that we think Sandoz should be stipulating to dismissal

19   without prejudice of the claims because we don't think

20   they're in the case, and this is the -- the first time that

21   we heard Sandoz's argument that the real problem here is

22   that we have not filed a formal motion to dismiss within the

23   letter briefs to the Court on this Tuesday.

24           So we can file a formal motion to dismiss to

25   resolve the dispute, but all of the facts are going to be

1   the same and there's no cause for deposing these witnesses

2   at this point in time.

3              THE COURT:  All right.  I gave you some extra

4   time and I will give the other side some equal time, but I

5   have one more question.  Assuming that I do permit the

6   deposition of Dr. Gozzo and Myerson to go forward, there's

7   this other issue about whether or not you're barred from

8   conferring with Dr. Gozzo in preparation of her deposition.

9              Can you just tell me what has happened with Dr.

10  Gozzo so far?  Was there a portion of her deposition that

11  was joint and then portions that were specific to individual

12  defendants or have all of the depositions of Dr. Gozzo been

13  individual issue depositions?

14             MS. BHARKHDA:  There were two prior individual

15  issue depositions of Dr. Gozzo.  There was no joint

16  questioning and no joint deposition.  There was a deposition

17  by MSN and a deposition by Torrent, and they were separate

18  self-contained depositions.

19             If Your Honor would like to see, for example,

20  the transcript of those indicating that they -- showing that

21  they went only lawyers for MSN were at the MSN deposition.

22  They went on the record and began as the normal deposition

23  and they closed the deposition at the end.  The Torrent

24  deposition was only attended by Torrent's lawyers, and

25  obviously, lawyers for plaintiffs were on both.  They opened

1    the deposition as a separate deposition and closed it as a

2    separate deposition.

3                So I'm happy to provide.  And there were only

4    questions about -- they pertained to the individual

5    infringement issues for MSN and Torrent each respectively.

6    And if Your Honor would like to see the transcript of those,

7    we're happy to provide them.

8                THE COURT:  No, I don't, I don't need to see it.

9    But just to be clear, those were also marked confidential

10   under the protective order as well?

11               MS. BHARKHDA:  Yes.

12               THE COURT:  Okay.  Very good.

13               All right.  Let me hear from Sandoz regarding

14   the issues in dispute.  Go ahead, counsel.

15               MR. REMUS:  Thank you, Your Honor.  This is Mark

16   Remus.  I will be speaking on behalf of Sandoz and Lex.

17               This is not a matter of form over substance.  I

18   think it's very important to resolving this issue to keep

19   our eyes focused on what specifically the Court has been

20   asked to decide, and that is should plaintiff get a

21   protective order preventing further discovery of their

22   experts by Sandoz?  What is not before the Court is whether

23   or not there's a case or controversy or continuing subject

24   matter jurisdiction.

25               Plaintiffs have not filed that motion.  Judge

1   Stark told them that if they wanted to challenge

2   jurisdiction, they need to file a motion and they have not

3   done that.  So the only issue that we're here to discuss

4   today is whether or not their application for protective

5   order is proper and Sandoz strongly believes it is not

6   proper.

7           Plaintiffs' request is contrary to both the

8   letter and the spirit of local Rule 30.2.  Local Rule 30.2

9   allows somebody to challenge further deposition testimony to

10  get a protective order under Rule 26 or Rule.  Protective

11  orders for those rules are granted to prevent annoyance,

12  embarrassment, oppression.  None of that is present here.

13          The only basis for plaintiffs' request is that

14  they think there's no longer subject matter jurisdiction.

15  The only challenge for that is to file a Rule 12 motion, and

16  Rule 12 is not mentioned anywhere in local Rule 30.2 as a

17  basis for terminating a deposition.

18          Plaintiff took it upon themselves for self-help

19  to give themselves a stay of discovery and filed its motion

20  for a protective order on an improper basis knowing full

21  well that Judge Stark told them if they want to get rid of

22  the claim, they have to file a motion to dismiss.

23          Now, all of this gamesmanship by plaintiffs has

24  worked a great prejudice on Sandoz.  Sandoz coordinated with

25  MSN and Torrent in an extent to streamline the deposition of

1    Dr. Gozzo.

2                    Plaintiff sat on this issue for many weeks as

3    you just heard and then ripped the rug out underneath from

4    defendants just days before the Gozzo deposition, which

5    frustrated preparation for all parties on the Gozzo

6    deposition, and now plaintiffs seek to exacerbate that

7    prejudice by asking this Court to forego local Rule 30.6 and

8    allow them to speak to Dr. Gozzo before Sandoz takes Dr.

9    Gozzo's deposition.  And that is wholly improper.

10                   Local Rule 30.6 is designed for exactly where --

11   the situation where counsel should not be allowed to talk to

12   their witness about the substance of their testimony based

13   on questions that have already been asked.  This notion that

14   each defendant constitutes a separate deposition is a legal

15   fiction that was created by Covington in these letters and

16   has no basis in all of the history of this case up until

17   this particular dispute, and we cited that in our letter

18   brief where both Judge Stark and plaintiffs themselves

19   referred to a deposition of Dr. Myerson and Dr. Gozzo in the

20   singular, and this case has been consolidated for all

21   purposes.

22                   So this deposition of Dr. Gozzo is a single

23   deposition and plaintiffs should not be allowed to review

24   that transcript from the MSN and Torrent depositions and

25   then coach Dr. Gozzo what to say for the Sandoz depositions

1    based on what they've already learned.

2            This is no different than if Dr. Gozzo were

3    testifying on the stand at trial.  If MSN and Torrent finish

4    their questioning of Dr. Gozzo, I would be shocked if Judge

5    Stark allowed plaintiffs to then talk to Dr. Gozzo about the

6    substance of her testimony before Sandoz questioned Dr.

7    Gozzo.  The same should apply to the depositions here.

8            As Your Honor noted, we don't have much time.

9    Trial is set for January of 2021.  We need to schedule these

10   depositions of Dr. Gozzo and Dr. Myerson so that we can be

11   trial ready by the time set by Judge Stark.

12           There is no basis for a protective order here.

13   If plaintiffs want to challenge subject matter jurisdiction,

14   Judge stark told them how to do that, and that is filing a

15   Rule 12 motion.

16           THE COURT:  Counsel, let me ask you.  The way I

17   understood how Dr. Gozzo's deposition or depositions have

18   been proceeding is that they've been completely separate

19   among defendants.  You're suggesting something different.

20   Can you straighten me out here?

21           MR. REMUS:  I can't speak to how the MSN and

22   Torrent depositions specifically were handled because we

23   were not present at that deposition, so we can't say what

24   was or was not on the transcript.  What I can say is that

25   every discussion the parties have had about these

1   depositions refer to the depositions in the singular, a

2   deposition of Dr. Myerson, and just because one defendant

3   finishes their questioning and another begins does not mean

4   that a new deposition has begun.

5           THE COURT:  Okay.  I understand your position.

6   Anything else you wanted to add?

7           MR. REMUS:  No.  Thank you, Your Honor.

8           THE COURT:  All right.  We'll turn it back over

9   to the plaintiff for the last word.  Just a minute, please.

10  Go ahead.

11          MS. BHARKHDA:  Your Honor, I did want to address

12  the issue of the legal standard for a protective order for

13  absent burden, annoyance, and there is a reason here

14  particularly why going forward with depositions that are not

15  actually going to be at issue in the case totally meets that

16  standard.

17          First of all, Dr. Myerson is scheduled to sit

18  for more than 40 hours of depositions in this case, and so

19  to ask him if Sandoz, if Sandoz matters are not really

20  particularly in this case, to sit for more time is a burden

21  both to the witness and to plaintiffs.

22          Dr. Gozzo, similarly.  We would have to take

23  additional time out of the deposition she has already given

24  to do so.  And as a general matter, there are 29 different

25  experts in this case.  There are at least two to three

1    depositions that happen in a week.  Some of these are

2    multi-day accept depositions in this case, so there is a lot

3    happening to add on two depositions here where the actual

4    issues are not in dispute.

5              And the other issue is that right now Dr.

6    Myerson is scheduled to be deposed, I believe it's the

7    second week of November, and so even if plaintiff filed

8    their motion and (inaudible) and was going to dismiss, I

9    think issue is, the question of whether or not it's

10   appropriate for Sandoz to participate in that deposition is

11   still going to be an issue and we don't think it's

12   appropriate or proper.

13             So it's not just a matter of file a motion to

14   dismiss and wait to see what Dr., excuse me, what Judge

15   Stark does with it.  I mean, one question is, if we file a

16   motion to dismiss, is Sandoz going to oppose it, because

17   right now we don't have a clear answer on that one way or

18   the other or what the basis for doing so would be, and

19   absent that, this bogeyman of the fact that a formal motion

20   to dismiss hasn't been filed yet I don't think resolves the

21   issue.

22             THE COURT:  All right.  I appreciate your

23   position and I understand your position.  Counsel, I'm ready

24   to rule on this dispute and my ruling is as follows.

25             Plaintiffs' request for a protective order to

1    prevent Sandoz from deposing Dr. Gozzo and Myerson is

2    denied.  The Court can issue a protective order for good

3    cause to protect a person or party from annoyance,

4    embarrassment, oppression, or undue burden or excess.  The

5    burden of persuasion is on the party seeking the protective

6    order.

7              Here, plaintiff contends that good cause exists

8    because the deposition testimony is not relevant.  I have

9    reviewed the letters and attachments.  I've reviewed the

10   cited portions of the docket.  I have an understanding of

11   what's likely going on here and I'm fully aware that this

12   motion before me is only a little piece of a much larger

13   dispute, but I've only been referred this piece and I'm only

14   going to decide this piece.  And in my mind, the operative

15   facts to me in deciding my piece are these.

16             One, Sandoz has a live counterclaim for a

17   declaratory judgment of noninfringement.  Not only is it

18   live, it is not currently subject to a motion to dismiss.

19             Two, plaintiff intends to offer the testimony of

20   Dr. Gozzo and Myerson in defense of that counterclaim it has

21   tried.

22             My decision is also informed by the context

23   here, which is that we're talking about a video deposition

24   regarding infringement opinions that have already been set

25   forth in expert reports.  The only question is whether

1    Sandoz can depose these experts on those opinions.   On those

2    facts, plaintiffs' request is denied.

3           There is also an issue about plaintiffs, whether

4    plaintiffs are currently barred under Delaware local Rule

5    30.6 from conferring with Dr. Gozzo in preparation of her

6    deposition.   Essentially, as I understand it, Sandoz seeks

7    to prevent plaintiff from prepping Dr. Gozzo for her

8    deposition.

9           Under the particular circumstances here, I'm

10   unpersuaded by Sandoz's argument.   Again, I've read the

11   submissions and I've looked at the relevant portions of the

12   docket and we're not operating in a vacuum here.   Chief

13   Judge Stark has already ruled on what depositions can be

14   taken of Dr. Gozzo.   I understand that Dr. Gozzo's

15   deposition taken by the other two defendants have been

16   completely separate.   There is no common portion of that

17   deposition.   However, notwithstanding the fact that

18   plaintiff can prep Dr. Gozzo, Sandoz will be permitted to

19   conduct a short colloquy at the beginning of the deposition.

20          You can ask if plaintiff consulted with Dr.

21   Gozzo prior to the deposition.   If that answer is yes, you

22   can ask whether Dr. Gozzo consulted with counsel for

23   plaintiff regarding testimony she has already given.   You

24   can't ask what was said.   And you can ask about which areas

25   of the testimony already given was the consultation.   You

1    can't ask what was said.  And you can make a record that

2    this happened.

3              If, for whatever reason, Dr. Gozzo presents

4    diametrically opposed testimony, then you can try to make

5    some hay with Judge Stark at trial, because I understand

6    this is going to be a bench trial.  But I actually think

7    this is extremely unlikely to happen in light of the fact

8    that it seems to me this case, or these particular claims

9    won't be tried, number one, and, number two, I think it's

10   unlikely that the plaintiff would present diametrically

11   opposed testimony, but that's not for me to say.  You can

12   make this record.  I hope that was clear to everyone.

13             Counsel for plaintiff, any questions?

14             MS. BHARKHDA:  I don't believe so, Your Honor.

15             THE COURT:  Okay.  Counsel for Sandoz, any

16   questions?

17             MR. REMUS:  No questions, but one request, and

18   that is we would ask that at least temporarily that the

19   court reporter maintain this transcript under seal so that

20   we have an opportunity to review it to see if there's

21   anything confidential.  ███████████████████████████████

22   ████████████████████████████████████████████████████

23   ███████████████████████████████████████, and we would just

24   like the opportunity to review that transcript before it

25   becomes public.

1          THE COURT:  That's fine.  I understand that

2     we're proceeding under the scheduling order that Judge Stark

3     has entered in this case, and my recollection is that he has

4     a standard provision about how these things should be

5     treated, and if that's the appropriate procedure, then we'll

6     let the transcript be marked confidential and you should

7     proceed in accordance with what other followup procedures

8     are set forth in the scheduling order.

9          Anything else, counsel?

10          MR. REMUS:  No.  Thank you, Your Honor.

11          THE COURT:  All right.  Thank you to all of you.

12     I hope everyone is safe and well, and we'll be adjourned.

13          (Counsel respond, "Thank you, Your Honor.")

14          (Telephone conference concluded at 2:31 p.m.)

15                         -   -   -

16

17

18

19

20

21

22

23

24

25

**'**

**'096** [12] - 5:2, 5:5, 5:9, 5:19, 5:25, 6:6, 6:24, 8:4, 11:2, 11:9, 11:15, 11:18
**'910** [1] - 9:4

**1**

**12** [3] - 15:13, 15:14, 17:13
**17th** [1] - 12:3
**18-88** [2] - 1:14, 3:8
**19** [1] - 4:11

**2**

**2020** [1] - 1:17
**2021** [1] - 17:7
**22nd** [1] - 11:7
**25** [1] - 1:17
**26** [1] - 15:8
**26th** [2] - 5:16, 12:5
**28th** [1] - 11:22
**29** [1] - 18:22
**2:00** [2] - 1:17, 3:4
**2:31** [1] - 23:12

**3**

**30.2** [3] - 15:6, 15:14
**30.6** [2] - 16:5, 16:8, 21:3
**39** [1] - 11:5

**4**

**4** [10] - 5:2, 5:4, 5:19, 5:25, 6:6, 6:25, 7:8, 7:19, 11:8, 11:17
**40** [1] - 18:16

**5**

**5** [10] - 5:2, 5:5, 5:19, 5:25, 6:6, 6:25, 7:8, 7:19, 11:8, 11:17

**7**

**7th** [1] - 11:1

**8**

**8th** [1] - 11:3

**A**

**A/S** [1] - 1:5
**absent** [2] - 18:11,

19:17
**accept** [1] - 18:25
**accordance** [1] - 23:5
**Action** [1] - 3:8
**action** [1] - 6:23
**ACTION** [1] - 1:5
**actual** [3] - 8:23, 10:9, 19:1
**add** [2] - 18:4, 19:1
**additional** [1] - 18:21
**address** [1] - 18:9
**adjourned** [1] - 23:10
**advance** [2] - 9:5, 9:13
**afternoon** [6] - 3:6, 3:11, 3:17, 3:19, 3:20, 4:4
**agree** [2] - 11:17, 12:11
**agreed** [1] - 9:11
**agreeing** [1] - 9:2
**ahead** [3] - 4:20, 14:12, 18:8
**AL** [1] - 1:8
**al** [1] - 1:13
**ALKEM** [1] - 1:12
**allow** [1] - 16:6
**allowed** [3] - 16:9, 16:21, 17:3
**allows** [1] - 15:7
**AMERICA** [1] - 1:9
**AND** [1] - 1:3
**annoyance** [3] - 15:9, 18:11, 20:1
**answer** [4] - 4:22, 4:25, 19:15, 21:19
**anyway** [1] - 8:9
**apologize** [1] - 3:20
**appearance** [1] - 4:8
**APPEARANCES** [1] - 2:1
**appearances** [1] - 3:9
**application** [1] - 15:2
**apply** [1] - 17:5
**appreciate** [2] - 7:21, 19:20
**appropriate** [4] - 7:14, 19:8, 19:10, 23:3
**areas** [1] - 21:22
**arguably** [1] - 6:1
**argue** [1] - 4:2
**argued** [1] - 8:25
**argument** [5] - 3:15, 7:19, 7:21, 12:19, 21:8
**ARSHT** [1] - 2:2
**articulated** [1] - 10:4
**asserting** [3] - 5:4, 5:11, 11:8
**assuming** [2] - 8:8,

13:3
**attachments** [2] - 4:19, 20:7
**attended** [1] - 13:22
**August** [4] - 5:16, 12:1, 12:3, 12:5
**aware** [1] - 20:9

**B**

**backstory** [1] - 8:8
**barred** [2] - 13:5, 21:2
**based** [2] - 16:10, 16:24
**basis** [12] - 9:18, 9:25, 10:2, 10:8, 10:13, 15:11, 15:15, 15:18, 16:14, 17:10, 19:16
**becomes** [1] - 22:23
**BEFORE** [1] - 1:20
**began** [1] - 13:20
**begin** [1] - 4:15
**beginning** [2] - 3:4, 21:17
**begins** [1] - 18:1
**begun** [1] - 18:2
**behalf** [4] - 3:12, 3:15, 4:2, 14:14
**believes** [1] - 15:3
**bench** [1] - 22:4
**between** [2] - 4:6, 22:21
**BHARKHDA** [10] - 2:6, 4:21, 6:17, 6:21, 8:20, 10:24, 13:12, 14:9, 18:9, 22:12
**Bharkhda** [3] - 3:14, 3:15, 4:22
**bogeyman** [1] - 19:17
**BRIANNE** [1] - 2:6
**Brianne** [2] - 3:14, 4:21
**brief** [2] - 9:23, 16:16
**briefing** [1] - 4:24
**briefs** [1] - 12:21
**BRINKS** [1] - 2:14
**Brinks** [1] - 3:23
**broadly** [1] - 6:24
**burden** [5] - 9:10, 18:11, 18:18, 20:2, 20:3
**BURLING** [1] - 2:6
**Burling** [1] - 3:14
**BY** [4] - 2:3, 2:6, 2:11, 2:14

**C**

**case** [30] - 5:4, 5:9, 5:21, 5:24, 6:1, 6:3,

6:12, 7:10, 7:15, 7:20, 7:25, 8:22, 9:14, 9:18, 9:19, 10:2, 10:8, 11:18, 12:8, 12:18, 14:21, 16:14, 16:18, 18:13, 18:16, 18:18, 18:23, 18:25, 22:6, 23:1
**challenge** [4] - 14:24, 15:7, 15:13, 17:11
**chicago** [1] - 2:16
**Chief** [1] - 21:10
**circumstances** [1] - 21:7
**cited** [2] - 16:15, 20:8
**CIVIL** [1] - 1:5
**Civil** [1] - 3:8
**claim** [4] - 6:6, 6:19, 6:23, 15:20
**claims** [32] - 5:2, 5:4, 5:9, 5:12, 5:19, 5:25, 6:1, 6:24, 6:25, 7:7, 7:8, 7:10, 7:15, 7:19, 7:24, 8:3, 8:22, 9:11, 9:13, 9:16, 9:19, 10:8, 11:2, 11:8, 11:11, 11:15, 11:17, 11:19, 12:8, 12:17, 22:6
**clear** [6] - 6:23, 11:9, 12:15, 14:7, 19:15, 22:10
**clerk** [1] - 4:12
**clients** [2] - 5:16, 11:10
**closed** [2] - 13:21, 13:24
**co** [1] - 3:13
**co-counsel** [1] - 3:13
**coach** [1] - 16:23
**colloquy** [1] - 21:17
**comments** [1] - 4:16
**common** [1] - 21:14
**completely** [2] - 17:16, 21:14
**COMPNAY** [1] - 1:6
**concern** [1] - 10:9
**concluded** [1] - 23:12
**conduct** [1] - 21:17
**conference** [3] - 1:18, 3:3, 23:12
**conferring** [2] - 13:6, 21:3
**confidential** [3] - 14:7, 22:19, 23:4
**considering** [1] - 11:6
**consistent** [1] - 9:23
**consolidated** [1] - 16:18
**constitutes** [1] - 16:12

**consultation** [1] - 21:23
**consulted** [2] - 21:18, 21:20
**contained** [1] - 13:16
**contends** [1] - 20:5
**contentions** [1] - 9:25
**context** [1] - 20:20
**continuing** [1] - 14:21
**contrary** [1] - 15:5
**controversy** [2] - 10:2, 14:21
**coordinated** [1] - 15:22
**Counsel** [2] - 2:8, 2:17
**counsel** [14] - 3:13, 4:1, 6:15, 11:6, 14:12, 16:9, 17:14, 19:21, 21:20, 22:11, 22:13, 23:7, 23:11
**counterclaim** [2] - 20:14, 20:18
**counterclaims** [2] - 8:3, 8:11
**course** [1] - 4:4
**COURT** [18] - 1:2, 3:6, 3:17, 4:4, 6:15, 6:18, 7:21, 10:17, 13:1, 14:6, 14:10, 17:14, 18:3, 18:6, 19:20, 22:13, 22:24, 23:9
**court** [3] - 4:10, 4:13, 22:17
**Court** [13] - 1:25, 5:8, 8:21, 9:3, 9:8, 9:14, 11:4, 11:13, 12:21, 14:17, 14:20, 16:5, 19:25
**courthouse** [1] - 4:12
**courtroom** [1] - 4:12

**Covid** [1] - 4:11
**COVINGTON** [1] - 2:6
**Covington** [2] - 3:14, 16:13
**created** [1] - 16:13
**crystalline** [1] - 6:2

**D**

**D.C** [1] - 2:7
**D.J** [5] - 6:19, 6:23, 8:10, 8:17
**date** [1] - 11:16
**days** [1] - 16:2
**dealing** [1] - 7:23

**decide** [2] - 14:18, 20:12
**decided** [1] - 9:6
**deciding** [3] - 7:24, 8:9, 20:13
**decision** [3] - 7:25, 8:21, 20:20
**declaratory** [1] - 20:15
**Defendant** [2] - 1:14, 2:17
**defendant** [2] - 16:12, 17:25
**defendants** [4] - 13:10, 16:2, 17:17, 21:13
**defense** [1] - 20:18
**DELAWARE** [1] - 1:3
**Delaware** [2] - 1:16, 21:2
**delay** [1] - 10:22
**DELLINGER** [2] - 2:3, 3:11
**Dellinger** [1] - 3:12
**demanded** [1] - 11:19
**denied** [2] - 19:25, 20:25
**dependent** [1] - 5:1
**depose** [1] - 20:24
**deposed** [2] - 12:9, 19:4
**deposing** [3] - 11:20, 12:24, 19:24
**deposition** [40] - 5:23, 6:11, 10:4, 13:4, 13:6, 13:8, 13:14, 13:15, 13:19, 13:20, 13:21, 13:22, 13:24, 13:25, 15:7, 15:15, 15:23, 16:2, 16:4, 16:7, 16:12, 16:17, 16:20, 16:21, 17:15, 17:21, 17:25, 18:2, 18:21, 19:8, 20:6, 20:21, 21:4, 21:6, 21:13, 21:15, 21:17, 21:19
**depositions** [20] - 10:14, 12:13, 13:10, 13:11, 13:13, 13:16, 16:22, 16:23, 17:5, 17:8, 17:15, 17:20, 17:24, 18:12, 18:16, 18:24, 18:25, 19:1, 21:11
**deputy** [1] - 4:12
**designed** [1] - 16:8
**detail** [1] - 4:19
**dialed** [2] - 4:12, 4:14
**diametrically** [2] - 22:2, 22:8

**different** [4] - 11:25, 16:25, 17:17, 18:22
**difficult** [1] - 12:1
**discovery** [7] - 3:7, 5:6, 5:13, 5:23, 9:24, 14:19, 15:17
**discuss** [1] - 15:1
**discussion** [3] - 8:3, 17:23, 22:19
**discussions** [2] - 22:20, 22:21
**dismiss** [24] - 6:22, 7:1, 7:9, 7:18, 8:6, 8:7, 8:25, 9:2, 9:4, 9:5, 9:10, 9:11, 10:9, 10:15, 10:20, 10:23, 12:20, 12:22, 15:20, 19:6, 19:12, 19:14, 19:18, 20:16
**dismissal** [2] - 7:6, 12:16
**dismissed** [2] - 6:4, 11:3
**dismissing** [1] - 8:3
**dispute** [16] - 3:7, 4:6, 4:18, 5:1, 5:12, 5:18, 6:8, 7:4, 8:24, 9:24, 12:23, 14:12, 16:15, 19:2, 19:22, 20:11
**DISTRICT** [2] - 1:2, 1:3
**docket** [6] - 4:20, 8:2, 10:19, 11:4, 20:8, 21:10
**DOMINICK** [1] - 2:11
**Dominick** [1] - 3:20
**done** [2] - 9:12, 15:1
**Dr** [48] - 5:21, 5:24, 6:4, 6:9, 6:11, 8:13, 8:18, 9:17, 11:20, 12:13, 13:4, 13:6, 13:7, 13:10, 13:13, 15:24, 16:6, 16:17, 16:20, 16:23, 16:25, 17:2, 17:3, 17:4, 17:8, 17:15, 17:25, 18:15, 18:20, 19:3, 19:12, 19:24, 20:18, 21:3, 21:5, 21:12, 21:16, 21:18, 21:20, 22:1
**dropped** [1] - 5:3
**Drs** [1] - 12:8
**during** [2] - 12:1, 12:2

**E**

**eliminates** [1] - 5:18
**embarrassment** [2] - 15:10, 20:2
**end** [2] - 7:15, 13:21

**Enerio** [1] - 3:21
**ENERIO** [1] - 2:10
**entered** [1] - 23:1
**entities** [1] - 12:1
**entry** [2] - 10:19, 11:5
**equal** [1] - 13:2
**especially** [1] - 12:2
**ESQ** [6] - 2:3, 2:6, 2:11, 2:14, 2:15, 2:15
**essentially** [1] - 21:4
**et** [1] - 1:12
**Europe** [1] - 12:2
**exacerbate** [1] - 16:4
**exactly** [1] - 16:8
**example** [1] - 13:17
**excess** [1] - 20:2
**excuse** [2] - 12:5, 19:12
**exists** [1] - 20:5
**expecting** [1] - 9:22
**expense** [1] - 9:10
**expert** [6] - 5:6, 5:12, 5:22, 5:23, 5:24, 20:23
**experts** [4] - 5:23, 14:20, 18:23, 20:24
**explain** [2] - 9:25, 10:24
**extent** [1] - 15:23
**extinguish** [1] - 10:2
**extra** [1] - 13:1
**extremely** [1] - 22:5
**eyes** [1] - 14:17

**F**

**face** [1] - 11:16
**fact** [5] - 9:2, 9:13, 9:17, 21:15, 22:5
**facts** [3] - 12:23, 20:13, 20:25
**far** [1] - 13:8
**fiction** [1] - 16:13
**file** [15] - 7:9, 7:13, 8:6, 8:25, 10:10, 10:20, 10:21, 12:22, 14:25, 15:13, 15:20, 19:11, 19:13
**filed** [10] - 6:12, 6:22, 7:1, 7:18, 9:6, 12:20, 14:23, 15:17, 19:5, 19:18
**filing** [4] - 9:3, 9:10, 12:14, 17:12
**final** [1] - 5:17
**fine** [1] - 22:24
**finish** [1] - 17:1
**finishes** [1] - 18:1
**firm** [1] - 3:24

**first** [3] - 12:15, 12:18, 18:15
**five** [2] - 4:16, 11:25
**focused** [1] - 14:17
**following** [1] - 3:3
**follows** [1] - 19:22
**followup** [1] - 23:5
**FOR** [1] - 1:3
**forego** [1] - 16:5
**form** [4] - 6:2, 7:18, 7:22, 14:15
**formal** [4] - 7:9, 12:20, 12:22, 19:17
**formally** [1] - 7:3
**forth** [2] - 20:23, 23:6
**forward** [5] - 8:16, 10:3, 10:13, 13:4, 18:12
**frankly** [2] - 6:22, 11:12
**Friday** [1] - 1:17
**frustrated** [1] - 16:3
**full** [1] - 15:18
**fully** [1] - 20:9

**G**

**gamesmanship** [1] - 15:21
**Gattuso** [1] - 3:21
**GATTUSO** [3] - 2:10, 2:11, 3:19
**general** [1] - 18:22
**Gilson** [1] - 3:23
**GILSON** [1] - 2:14
**given** [7] - 7:5, 7:11, 9:12, 9:18, 18:21, 21:21, 21:23
**globe** [1] - 12:1
**goal** [1] - 7:14
**Gozzo** [36] - 5:24, 6:9, 6:11, 8:13, 8:19, 9:17, 11:20, 12:9, 12:13, 13:4, 13:6, 13:8, 13:10, 13:13, 15:24, 16:2, 16:3, 16:6, 16:17, 16:20, 16:23, 16:25, 17:2, 17:3, 17:5, 17:8, 18:20, 19:24, 20:18, 21:3, 21:5, 21:12, 21:16, 21:19, 21:20, 22:1
**Gozzo's** [3] - 16:7, 17:15, 21:12
**granted** [1] - 15:9
**great** [1] - 15:22
**Gunning** [2] - 1:24, 4:10

**H**

**Hall** [1] - 3:7
**HALL** [1] - 1:20
**handled** [1] - 17:20
**handling** [1] - 3:15
**happy** [5] - 4:22, 4:25, 10:24, 14:1, 14:5
**Hatch** [1] - 5:22
**Hatch-Waxman** [1] - 5:22
**hay** [1] - 22:3
**hear** [1] - 14:11
**heard** [3] - 8:12, 12:19, 16:1
**hearing** [1] - 4:9
**held** [1] - 3:3
**help** [1] - 15:16
**hence** [1] - 12:13
**Heyman** [1] - 3:21
**HEYMAN** [1] - 2:10
**HIRZEL** [1] - 2:10
**history** [1] - 16:14
**Honor** [18] - 3:11, 3:19, 3:20, 3:25, 4:3, 4:21, 4:23, 8:20, 9:23, 13:17, 14:4, 14:13, 17:6, 18:5, 18:9, 22:12, 23:8, 23:11
**HONORABLE** [1] - 1:20
**hope** [2] - 22:10, 23:10
**hoping** [1] - 4:16
**hours** [1] - 18:16
**house** [1] - 4:1

**I**

**Illinois** [1] - 2:16
**immediately** [1] - 10:10
**important** [1] - 14:16
**improper** [2] - 15:18, 16:7
**IN** [2] - 1:2, 1:3
**in-house** [1] - 4:1
**inaudible** [2] - 10:8, 19:6
**INC** [2] - 1:7, 1:9
**indicate** [1] - 5:11
**indicated** [5] - 5:2, 6:9, 6:10, 11:19, 12:10
**indicates** [1] - 7:12
**indicating** [2] - 11:14, 13:18
**individual** [4] - 13:9, 13:11, 13:12, 14:2

**informed** [2] - 11:7, 20:20
**infringement** [2] - 14:3, 20:22
**insist** [1] - 11:20
**instead** [1] - 11:18
**intends** [1] - 20:17
**INTERNATIONAL** [1] - 1:8
**interrupt** [1] - 6:16
**issue** [16] - 7:17, 11:12, 13:5, 13:11, 13:13, 14:16, 15:1, 15:25, 18:10, 18:13, 19:3, 19:7, 19:9, 19:19, 19:25, 21:1
**issues** [4] - 7:22, 14:3, 14:12, 19:2
**itself** [1] - 11:25

**J**

**January** [1] - 17:7
**Jason** [1] - 3:23
**JASON** [1] - 2:15
**JENNIFER** [1] - 1:20
**Jennifer** [1] - 3:7
**joint** [3] - 13:9, 13:13, 13:14
**JUDGE** [1] - 1:20
**Judge** [16] - 6:4, 7:23, 8:4, 8:24, 10:16, 11:8, 14:23, 15:19, 16:16, 17:2, 17:9, 17:12, 19:12, 21:11, 22:3, 22:25
**judgment** [1] - 20:15
**July** [6] - 5:3, 11:1, 11:3, 11:7, 11:10, 11:22
**jurisdiction** [6] - 9:15, 11:15, 14:22, 14:25, 15:12, 17:11

**K**

**keep** [1] - 14:16
**knowing** [1] - 15:18

**L**

**LABORAROTIES** [1] - 1:12
**large** [1] - 5:22
**larger** [1] - 20:10
**last** [2] - 12:4, 18:7
**late** [1] - 10:18
**LAURA** [1] - 2:15
**Laura** [1] - 3:22
**lawyers** [1] - 13:19,

13:22, 13:23
**learned** [1] - 16:24
**least** [3] - 10:4, 18:23, 22:16
**legal** [4] - 9:25, 10:11, 16:12, 18:10
**legally** [1] - 10:7
**letter** [7] - 7:2, 9:23, 9:24, 10:5, 12:21, 15:6, 16:15
**letters** [4] - 4:19, 4:24, 16:13, 20:7
**Lex** [1] - 14:14
**light** [3] - 6:7, 12:7, 22:5
**likely** [2] - 10:14, 20:9
**limit** [1] - 4:16
**line** [4] - 3:13, 3:22, 3:25, 4:7
**lines** [1] - 4:13
**LIONE** [1] - 2:14
**Lione** [1] - 3:23
**live** [2] - 20:14, 20:16
**LLP** [2] - 2:2, 2:10
**local** [6] - 15:6, 15:14, 16:5, 16:8, 21:2
**look** [1] - 8:2
**looked** [1] - 21:9
**LPS** [1] - 1:14
**LTD** [2] - 1:6, 1:12
**LUNDBECK** [1] - 1:5
**LYDIGSEN** [1] - 2:15
**Lydigsen** [1] - 3:23

**M**

**Maggie** [1] - 4:1
**MAGISTRATE** [1] - 1:20
**maintain** [1] - 22:17
**Mark** [2] - 3:22, 14:13
**MARK** [1] - 2:14
**marked** [2] - 14:7, 23:4
**matter** [10] - 5:22, 8:8, 9:15, 11:14, 14:15, 14:22, 15:12, 17:11, 18:22, 19:11
**matters** [1] - 18:17
**mean** [2] - 18:1, 19:13
**meantime** [1] - 10:14, 10:22
**measure** [1] - 9:18
**meets** [1] - 18:13
**MEGAN** [1] - 2:3
**Megan** [1] - 3:12
**mentioned** [1] - 15:14
**middle** [1] - 5:22
**midst** [1] - 4:11
**mind** [1] - 20:12

**minute** [2] - 6:16, 18:7
**minutes** [1] - 4:16
**months** [1] - 10:19
**MORRIS** [1] - 2:2
**Morris** [1] - 3:12
**most** [1] - 12:2
**motion** [34] - 5:15, 6:22, 7:1, 7:9, 7:11, 7:13, 7:16, 7:17, 8:6, 8:9, 9:4, 9:5, 9:10, 10:9, 10:15, 10:23, 11:23, 12:5, 12:14, 12:20, 12:22, 14:23, 14:25, 15:13, 15:17, 15:20, 17:13, 19:6, 19:11, 19:14, 19:17, 20:10, 20:16
**motions** [2] - 8:25, 10:20
**movant** [1] - 4:15
**move** [1] - 8:16
**moves** [1] - 8:16
**MR** [6] - 3:19, 14:13, 17:19, 18:5, 22:15, 23:8
**MS** [10] - 3:11, 4:21, 6:17, 6:21, 8:20, 10:24, 13:12, 14:9, 18:9, 22:12
**MSN** [8] - 13:15, 13:19, 14:3, 15:23, 16:22, 17:1, 17:19
**multi** [1] - 18:25
**multi-day** [1] - 18:25
**Myerson** [17] - 6:4, 6:10, 6:11, 8:13, 8:19, 9:17, 11:20, 12:8, 12:13, 13:4, 16:17, 17:8, 17:25, 18:15, 19:4, 19:24, 20:18

**N**

**necessary** [5] - 5:7, 7:3, 7:5, 9:1, 10:11
**need** [5] - 10:3, 12:9, 14:6, 14:25, 17:7
**needed** [1] - 5:13
**new** [1] - 18:2
**NICHOLS** [1] - 2:2
**Nichols** [1] - 3:12
**NO** [1] - 1:14
**none** [1] - 15:10
**nonetheless** [1] - 6:12
**noninfringement** [3] - 6:19, 8:17, 20:15
**normal** [1] - 13:20
**noted** [1] - 17:6
**nothing** [1] - 8:5

**notice** [2] - 9:5, 9:13
**notion** [1] - 16:11
**notwithstanding** [1] - 21:15
**November** [1] - 19:5
**number** [3] - 5:7, 22:7

**O**

**o'clock** [1] - 1:17
**obtaining** [1] - 5:15
**obviously** [1] - 13:23
**occasions** [1] - 5:7
**OF** [1] - 1:3
**offer** [4] - 8:12, 8:18, 8:22, 20:17
**Official** [1] - 1:25
**onboard** [1] - 11:10
**once** [1] - 12:6
**one** [10] - 8:9, 10:10, 10:17, 13:3, 17:25, 19:13, 19:15, 20:14, 22:7, 22:15
**opened** [1] - 13:23
**operating** [1] - 21:10
**operative** [1] - 20:12
**opinions** [3] - 6:5, 20:22, 20:24
**opportunity** [2] - 22:18, 22:22
**oppose** [4] - 9:6, 10:12, 10:15, 19:14
**opposed** [2] - 22:2, 22:9
**opposing** [1] - 9:7
**oppression** [2] - 15:10, 20:2
**order** [16] - 5:12, 6:12, 7:13, 12:14, 14:8, 14:19, 15:3, 15:8, 15:18, 17:10, 18:10, 19:23, 19:25, 20:4, 22:25, 23:6
**orders** [1] - 15:9
**outcome** [1] - 10:14

**P**

**p.m** [3] - 1:17, 3:4, 23:12
**pandemic** [2] - 4:11, 12:2
**participate** [1] - 19:8
**particular** [4] - 4:24, 16:15, 21:7, 22:6
**particularly** [2] - 18:12, 18:18
**parties** [5] - 5:21, 7:6, 8:25, 9:1, 16:3, 17:23

**party** [3] - 12:4, 20:1, 20:3
**patent** [12] - 5:2, 5:5, 5:9, 5:20, 5:25, 6:6, 6:24, 8:4, 11:2, 11:9, 11:15, 11:18
**patents** [4] - 5:3, 5:6, 6:3, 9:4
**pending** [4] - 6:20, 7:7, 7:12, 8:11
**permit** [1] - 13:3
**permitted** [1] - 21:16
**person** [1] - 20:1
**persuasion** [1] - 20:3
**pertained** [1] - 14:2
**PHARMACEUTICAL** [1] - 1:6
**PHARMACEUTICALS** [3] - 1:7, 1:8, 1:9
**piece** [4] - 20:10, 20:11, 20:12, 20:13
**plaintiff** [21] - 3:10, 3:13, 3:16, 4:7, 4:22, 5:8, 11:10, 11:13, 14:18, 15:16, 15:25, 18:7, 19:5, 20:5, 20:17, 21:5, 21:16, 21:18, 21:21, 22:8, 22:11
**Plaintiffs** [2] - 1:10, 2:8
**plaintiffs** [14] - 5:11, 11:1, 13:23, 14:23, 15:21, 16:4, 16:16, 16:21, 17:3, 17:11, 18:19, 21:1, 21:2, 22:21
**plaintiffs'** [5] - 11:6, 15:5, 15:11, 19:23, 20:25
**plan** [1] - 6:9
**planning** [1] - 5:4
**point** [3] - 6:22, 10:7, 12:25
**portion** [2] - 13:8, 21:14
**portions** [5] - 4:20, 7:7, 13:9, 20:8, 21:9
**position** [7] - 5:10, 10:12, 11:7, 12:10, 18:3, 19:21
**prejudice** [5] - 7:6, 11:3, 12:17, 15:22, 16:5
**prep** [1] - 21:16
**preparation** [3] - 13:6, 16:3, 21:3
**prepping** [1] - 21:5
**present** [3] - 15:10, 17:21, 22:8

presents [1] - 22:1
pretty [1] - 4:17
prevail [1] - 10:16
prevent [3] - 15:9, 19:24, 21:5
preventing [1] - 14:19
previous [1] - 12:10
problem [1] - 12:19
procedure [1] - 23:3
procedures [1] - 23:5
proceed [2] - 12:12, 23:5
proceeding [2] - 17:16, 22:25
process [1] - 5:15
proper [4] - 6:8, 15:3, 15:4, 19:10
properly [1] - 5:9
protect [1] - 20:1
protective [14] - 6:12, 7:13, 12:14, 14:8, 14:19, 15:2, 15:8, 15:18, 17:10, 18:10, 19:23, 19:25, 20:3
provide [2] - 14:1, 14:5
provided [2] - 6:5, 10:1
providing [1] - 12:7
provision [1] - 23:2
public [1] - 22:23
purposes [1] - 16:19
pursue [1] - 6:11
pursuing [1] - 11:11
put [4] - 5:15, 9:17, 9:23, 11:23

**Q**

questioned [1] - 17:4
questioning [3] - 13:14, 17:2, 18:1
questions [6] - 4:23, 14:2, 16:11, 22:11, 22:14, 22:15

**R**

read [1] - 21:8
ready [2] - 17:9, 19:21
real [3] - 7:19, 10:9, 12:19
really [2] - 8:8, 18:17
reason [3] - 6:14, 18:11, 22:1
receipt [1] - 10:5
received [1] - 11:21
recollection [1] - 23:1
record [3] - 3:9, 4:8, 4:10, 11:13, 13:20,

21:24, 22:10
refer [1] - 17:24
referred [2] - 16:17, 20:11
regarding [5] - 9:4, 14:11, 20:22, 21:21, 22:20
regardless [1] - 7:10
reinforces [1] - 10:6
relate [2] - 6:6, 7:7
related [2] - 5:24, 6:2
relates [1] - 6:23
relating [4] - 5:1, 5:6, 8:4, 11:2
relevant [3] - 4:20, 20:6, 21:9
remain [2] - 6:1, 7:15
remove [1] - 5:12
REMUS [6] - 2:14, 14:13, 17:19, 18:5, 22:15, 23:8
Remus [3] - 3:22, 4:2, 14:14
repeatedly [1] - 11:13
report [2] - 5:24, 6:2
reporter [3] - 4:10, 4:14, 22:17
Reporter [1] - 1:25
reports [1] - 20:23
request [5] - 15:5, 15:11, 19:23, 20:25, 22:15
requested [2] - 11:24, 12:7
requesting [1] - 8:17
require [1] - 7:12
required [2] - 11:25, 12:4
resolve [3] - 7:3, 11:12, 12:23
resolves [1] - 19:18
resolving [1] - 14:16
respect [3] - 5:19, 5:25, 6:5
respectively [1] - 14:3
respond [1] - 23:11
responding [1] - 9:3
response [4] - 4:9, 8:18, 9:6, 9:8
responsive [2] - 9:22, 10:5
result [1] - 6:13
review [3] - 16:21, 22:18, 22:22
reviewed [4] - 4:19, 4:23, 20:7
rid [1] - 15:19
ripped [1] - 16:1
rug [1] - 16:1
rule [1] - 19:22

Rule [11] - 15:6, 15:8, 15:13, 15:14, 16:5, 16:8, 17:13, 21:2
ruled [1] - 21:11
rules [1] - 15:9
ruling [1] - 19:22

**S**

safe [1] - 23:10
sand [1] - 12:13
Sandoz [50] - 4:1, 4:2, 4:7, 5:3, 5:7, 5:10, 5:18, 6:6, 6:10, 6:14, 7:8, 7:12, 8:13, 8:16, 8:25, 9:8, 9:13, 9:18, 10:11, 10:15, 11:1, 11:3, 11:7, 11:9, 11:12, 11:16, 11:18, 12:6, 12:10, 12:16, 14:11, 14:14, 14:20, 15:3, 15:22, 16:6, 16:23, 17:4, 18:17, 19:8, 19:14, 19:24, 20:14, 20:24, 21:4, 21:16, 22:13, 22:21
Sandoz's [6] - 6:19, 7:2, 9:16, 9:22, 12:19, 21:8
sat [1] - 15:25
schedule [1] - 17:7
scheduled [2] - 18:15, 19:4
scheduling [2] - 22:25, 23:6
Schigelone [1] - 3:23
SCHIGELONE [1] - 2:15
SEAL [1] - 1:1
seal [1] - 22:17
second [1] - 19:5
see [10] - 7:14, 7:19, 8:2, 10:19, 11:24, 13:17, 14:4, 14:6, 19:12, 22:18
seek [1] - 16:4
seeking [1] - 20:3
seeks [1] - 21:4
seeming [1] - 7:22
self [2] - 13:16, 15:16
self-contained [1] - 13:16
self-help [1] - 15:16
separate [7] - 4:13, 13:15, 13:24, 13:25, 16:12, 17:16, 21:14
September [3] - 1:17, 10:18
served [3] - 5:17, 12:5
set [4] - 17:7, 17:9,

20:22, 23:6
████ ██ ██ - 17:2
shocked [1] - 17:2
short [1] - 21:17
showing [1] - 13:18
side [1] - 13:2
signature [2] - 5:17, 12:4
signatures [2] - 11:25, 12:3
similarly [2] - 6:4, 18:20
single [1] - 16:20
singular [2] - 16:18, 17:24
sit [2] - 18:15, 18:18
situated [1] - 6:5
situation [1] - 16:9
soon [1] - 11:10
speaking [1] - 14:14
specific [2] - 4:22, 13:9
specifically [4] - 5:14, 6:25, 14:17, 17:20
Spencer [1] - 4:1
spirit [1] - 15:6
stand [1] - 17:1
standard [3] - 18:10, 18:14, 23:2
stands [1] - 8:10
Stark [13] - 6:4, 8:4, 10:16, 11:8, 14:24, 15:19, 16:16, 17:3, 17:9, 19:13, 21:11, 22:3, 22:25
stark [1] - 17:12
started [1] - 12:3
starting [1] - 3:9
STATES [1] - 1:2
stay [1] - 15:17
still [9] - 4:11, 6:19, 7:10, 7:13, 7:20, 8:22, 9:19, 10:13, 19:9
stipulate [1] - 7:8
stipulating [2] - 7:6, 12:16
straighten [1] - 17:18
straightforward [1] - 4:17
streamline [1] - 15:23
strongly [1] - 15:3
subject [6] - 9:15, 11:14, 14:21, 15:12, 17:11, 20:16
submissions [1] - 21:9
submitted [1] - 5:24
substance [5] - 7:18, 7:22, 14:15, 16:10,

17:4
████ ██ ███
███████ ██████
██████ ██ ██
sufficient [4] - 5:10, 9:21, 10:7, 12:12
suggested [1] - 5:14
suggesting [1] - 17:17
Sullivan [1] - 3:14
supporting [1] - 9:16

**T**

TAKEDA [4] - 1:5, 1:6, 1:7, 1:8
tame [1] - 12:15
teleconference [1] - 3:8
Telephone [1] - 1:18
telephone [2] - 3:3, 23:12
temporarily [1] - 22:16
terminating [1] - 15:15
terms [1] - 10:22
testifying [1] - 17:1
testimony [12] - 8:13, 8:18, 8:23, 15:7, 16:10, 17:4, 20:6, 20:17, 21:21, 21:23, 22:2, 22:9
THE [19] - 1:2, 1:3, 3:6, 3:17, 4:4, 6:15, 6:18, 7:21, 10:17, 13:1, 14:6, 14:10, 17:14, 18:3, 18:6, 19:20, 22:13, 22:24, 23:9
themselves [3] - 15:16, 15:17, 16:16
therefore [1] - 5:5
they've [2] - 16:24, 17:16
thinks [1] - 7:3
three [1] - 18:23
timeline [1] - 10:25
today [8] - 3:7, 3:16, 4:3, 4:10, 6:2, 7:10, 8:10, 15:2
Tom [1] - 3:14
took [2] - 5:10, 15:16
Torrent [7] - 13:15, 13:21, 14:3, 15:23, 16:22, 17:1, 17:20
Torrent's [1] - 13:22
totally [1] - 18:13
transcript [7] - 13:18, 14:4, 16:22, 17:22, 22:17, 22:22, 23:4
TRANSCRIPT [1] - 1:1

| | |
|---|---|
| **treated** [1] - 23:3 | **works** [1] - 4:17 |
| **trial** [10] - 6:10, 8:14, 8:16, 8:23, 9:17, 17:1, 17:7, 17:9, 22:3, 22:4 | |
| **tried** [2] - 20:19, 22:7 | |
| **try** [1] - 22:2 | |
| **trying** [1] - 10:21 | |
| **Tuesday** [1] - 12:21 | |
| **TUNNELL** [1] - 2:2 | |
| **turn** [1] - 18:6 | |
| **two** [8] - 5:1, 10:19, 13:12, 18:23, 19:1, 20:17, 21:13, 22:7 | |

| | |
|---|---|
| **U** | |

| | |
|---|---|
| **U.S** [1] - 1:20 | |
| **U.S.A** [1] - 1:7 | |
| **under** [6] - 14:8, 15:8, 21:2, 21:7, 22:17, 22:25 | |
| **UNDER** [1] - 1:1 | |
| **underneath** [1] - 16:1 | |
| **understood** [1] - 17:15 | |
| **undue** [1] - 20:2 | |
| **UNITED** [1] - 1:2 | |
| **unless** [1] - 11:21 | |
| **unlikely** [2] - 22:5, 22:8 | |
| **unpersuaded** [1] - 21:8 | |
| **up** [1] - 16:14 | |

| | |
|---|---|
| **V** | |

| | |
|---|---|
| **vacuum** [2] - 8:1, 21:10 | |
| **Val** [1] - 4:10 | |
| **Valerie** [1] - 1:24 | |
| **various** [1] - 5:23 | |
| **video** [1] - 20:21 | |
| **vs** [1] - 1:11 | |

| | |
|---|---|
| **W** | |

| | |
|---|---|
| **wait** [1] - 19:12 | |
| **wants** [2] - 6:10, 10:20 | |
| **washington** [1] - 2:7 | |
| **Waxman** [1] - 5:22 | |
| **week** [2] - 18:24, 19:5 | |
| **weeks** [1] - 15:25 | |
| **wholly** [1] - 16:7 | |
| **Wilmington** [1] - 1:16 | |
| **wishes** [1] - 4:8 | |
| **witness** [2] - 16:10, 18:19 | |
| **witnesses** [1] - 12:24 | |
| **word** [1] - 18:7 | |

EXHIBIT B

```
 1                    - TRANSCRIPT UNDER SEAL -

 2              IN THE UNITED STATES DISTRICT COURT

 3              IN AND FOR THE DISTRICT OF DELAWARE

 4                           - - -

 5
        H. LUNDBECK, A/S TAKEDA      :   CIVIL ACTION
 6      PHARMACEUTICAL COMPNAY       :
        LTD., TAKEDA                 :
 7      PHARMACEUTICALS U.S.A.,      :
        INC., TAKEDA                 :
 8      PHARMACEUTICALS              :
        INTERNATIONAL AL and TAKEDA  :
 9      PHARMACEUTICALS AMERICA,     :
        INC.,                        :
10                                   :
                      Plaintiffs,    :
11                                   :
            vs.                      :
12                                   :
        ALKEM LABORAROTIES LTD., et  :
13      al.,                         :
                                     :
14                    Defendant.     :   NO. 18-88 (LPS)

15
                             - - -
16
                        Wilmington, Delaware
17                      Friday, September 25, 2020
                        2:00 o'clock, p.m.
18                      ***Telephone conference

19
                             - - -
20
        BEFORE:  HONORABLE JENNIFER L. HALL, U.S. MAGISTRATE JUDGE,
21
                             - - -
22

23

24
                        Valerie J. Gunning
25                      Official Court Reporter
```

```
 1    APPEARANCES:

 2
                      MORRIS, NICHOLS, ARSHT & TUNNELL LLP
 3                    BY:  MEGAN E. DELLINGER, ESQ.

 4
                              -and-
 5

 6                    COVINGTON & BURLING
                      BY:  BRIANNE BHARKHDA, ESQ. and
 7                         THOMAS J. SULLIVAN, ESQ.
                           (Washington, D.C.)
 8

 9                         Counsel for Plaintiffs

10

11                    HEYMAN ENERIO GATTUSO & HIRZEL LLP
                      BY:  DOMINICK T. GATTUSO, ESQ.
12

13                            -and-

14
                      BRINKS GILSON & LIONE
15                    BY:  MARK H. REMUS, ESQ.
                           LAURA A. LYDIGSEN, ESQ. and
16                         JASON W. SCHIGELONE, ESQ.
                           (Chicago, Illinois)
17

18                         Counsel for Defendant

19
                              -  -  -
20

21

22

23

24

25
```

```
 1                     P R O C E E D I N G S

 2

 3    ████████████████████████████████████

 4

 5              (The following telephone conference was held

 6    beginning at 2:00 p.m.)

 7

 8              THE COURT:  Good afternoon, everyone.  This is

 9    Jennifer Hall.  We are here today for a discovery dispute

10    teleconference in Civil Action No. 18-88.

11              Let's have appearances for the record, starting

12    with plaintiff.

13              MS. DELLINGER:  Good afternoon, Your Honor.

14    This is Megan Dellinger from Morris Nichols on behalf of the

15    plaintiff, and with me on the line is my co-counsel from

16    Covington & Burling, Brianne Bharkhda and Tom Sullivan, and

17    Ms. Bharkhda will be handling the argument on behalf of

18    plaintiff today.

19              THE COURT:  Very good.  Good afternoon to all of

20    you.

21              MR. GATTUSO:  Good afternoon, Your Honor.  I

22    apologize.  Good afternoon, Your Honor.  It's Dominick

23    Gattuso from Heyman Enerio.

24              I have with me on the line Mark Remus, Laura

25    Lydigsen and Jason Schigelone from the Brinks Gilson & Lione
```

```
 1    firm.
 2              I also have with me on the line, Your Honor,
 3    Maggie Spencer, who is in-house counsel with Sandoz.
 4              Mr. Remus is going to argue on behalf of Sandoz
 5    today, Your Honor.
 6              THE COURT:  Of course.  Good afternoon to all of
 7    you.
 8              I understand that this dispute is between
 9    plaintiff and Sandoz.  Is there anyone else on the line that
10    wishes to make an appearance for the record?
11              Okay.  Hearing no response, I will also say for
12    the record today that our court reporter is Val Gunning.  We
13    are still in the midst of the Covid 19 pandemic.  I'm at the
14    courthouse.  My courtroom deputy and clerk are also dialed
15    in on separate lines.  We are not currently with the court
16    reporter, but she has dialed in as well.
17              Okay.  Let's have the movant begin.  I was
18    hoping we could limit our comments to around five minutes if
19    that works.  This seems to be a pretty straightforward
20    dispute, and I will let everyone know that I've already
21    reviewed the letters in detail as well as the attachments
22    and the relevant portions of the docket.  So go ahead.
23              MS. BHARKHDA:  Your Honor, this is Brianne
24    Bharkhda for plaintiff, and I'm happy to answer any specific
25    questions Your Honor may have since you have reviewed the
```

1    letters and the briefing.  If there's anything in particular

2    you would like me to answer, I'm happy to do so.

3              We have a dispute here relating to two dependent

4    claims of the '096 patent, claims 4 and 5.  We indicated to

5    Sandoz in July after some other patents dropped out of the

6    case that we were no longer planning on asserting claims 4

7    and 5 of the '096 patent and therefore we do not think

8    expert discovery relating to those patents would not

9    necessary.  Even though Sandoz had on a number of occasions

10   told plaintiff and the Court that they didn't believe any of

11   the claims of the '096 patent were properly in the case,

12   Sandoz took the position that it was not sufficient for

13   plaintiffs to indicate that it was no longer asserting those

14   claims, that in order to remove the dispute and the expert

15   discovery, we needed to do something more.  They

16   specifically suggested ███████████████████

17                    ████████████████████████████

18   ███████████████████████████████████

19   ████████████████████████████████

20   ████████████████████████████████████

21   ██████████████████████████████████

22   █████

23             Now, Dr. -- the parties in this case, this is a

24   large Hatch-Waxman matter, are in the middle of expert

25   discovery, expert deposition for various experts in the

1    case.  Dr. Gozzo submitted an expert report that related

2    only to claims 4 and 5 of the '096 patent with respect to

3    the claims that remain in the, arguably in the case as of

4    today.  Her report also related to the crystalline form

5    patents that had been in the case, but those had been

6    dismissed by Judge Stark.  Dr. Myerson is similarly

7    situated.  The opinions that he provided with respect to

8    Sandoz relate to claim 4 and 5 of the '096 patent.

9                  In light of ████████████████, we don't

10   think that there is a proper dispute anymore.  We have

11   indicated that we don't plan to call Dr. Gozzo or Dr.

12   Myerson at trial, but Sandoz has indicated that it wants to

13   pursue the deposition of Dr. Myerson and Dr. Gozzo

14   nonetheless, and we filed a protective order in this case as

15   a result.

16                  Now, the reason that Sandoz gave --

17                  THE COURT:  Counsel, counsel, if I could

18   interrupt you for just a minute.

19                  MS. BHARKHDA:  Yes.

20                  THE COURT:  So are you telling me that -- so

21   Sandoz's claim for a D.J. of noninfringement is still

22   pending.  Is that right?

23                  MS. BHARKHDA:  There have been -- we have not

24   filed a motion to dismiss at this point.  Frankly, just to

25   be clear, the D.J. action is for -- the D.J. claim relates

1    broadly to just as the claims of the '096 patent.  It's not

2    specifically for claims 4 and 5.

3             We have not filed a motion to dismiss those.

4    Our understanding now from Sandoz's letter is that that is

5    what it thinks is necessary to formally resolve of this

6    dispute.  We can do so.  We don't think that should be

7    necessary because I think given ███████████████, the

8    parties should be stipulating to dismissal without prejudice

9    of those portions of the pending claims that relate to

10   claims 4 and 5, but if Sandoz will not stipulate to that,

11   then we can file a formal motion to dismiss.  But as of

12   today, those claims are still in the case.  Regardless, we

13   think given ████████████████  even while such a motion

14   were pending, if Sandoz indicates that it will require us to

15   file such a motion, the protective order is still

16   appropriate because we don't see how their goal, how those

17   claims are going to remain in the case at the end of such a

18   motion.

19            So this issue about whether or not a motion to

20   dismiss has been filed seems like form over substance to us

21   because I don't see a real argument that claims 4 and 5 are

22   actually still in the case.

23            THE COURT:  Well, and I appreciate your argument

24   about it seeming like form over substance, but the issues

25   that I'm dealing with is that I am not the Judge who is

1    going to be deciding whether or not those claims are in the

2    case, and it seems to me that my decision is not being made

3    in a vacuum.

4              I can look at the docket and see that there was

5    some discussion about dismissing claims or counterclaims

6    relating to the '096 patent, and that Judge Stark said

7    nothing is going to happen at this time, and if you want to

8    file a motion to dismiss, you could file a motion to

9    dismiss, and that didn't happen.  So I don't know the

10   backstory.  I'm assuming it doesn't really matter because

11   I'm not the one that would be deciding that motion anyway,

12   but today as it stands before me, I've got these, the D.J.

13   counterclaims pending.

14             I've heard you say you weren't going to offer

15   the testimony of Dr. Gozzo and Myerson against Sandoz at

16   trial and I want to make sure I understand what you are

17   saying.

18             If we move to trial and Sandoz moves forward

19   requesting a D.J. of noninfringement, are you saying that in

20   response, you're not going to offer the testimony of Dr.

21   Gozzo and Myerson?

22             MS. BHARKHDA:  Well, Your Honor, if there -- if

23   by some -- if there is some decision by the Court that the

24   claims are still in the case, we would have to offer that

25   testimony at trial, but we don't think there's an actual

1    dispute here, and we -- I don't think -- the Judge said that

2    the parties may file motions to dismiss.  Sandoz has argued

3    to us that it shouldn't be necessary for the parties to do

4    that.  We should be agreeing to dismiss all.  In fact, they

5    said that to the Court when responding, when filing their

6    motion to dismiss regarding the '910 patents.  They didn't

7    give us advance notice of their motion to dismiss and then

8    we decided not to oppose it, so we just filed the response

9    not opposing it.

10              In response to that, Sandoz told the Court that

11   they believed that they should not have had to go to the

12   burden and expense of filing the motion to dismiss at all.

13   We should have just agreed to dismiss the claims, and we

14   think that that is what should be done here.  We have given

15   Sandoz advance notice of the fact that we think these claims

16   should be out of the case.  If by some measure the Court

17   were to find that there's subject matter jurisdiction here

18   supporting Sandoz's claims, then we would, we would have to

19   put on Dr. Myerson and Gozzo at trial.  We don't think

20   that's the case, and the only basis that Sandoz has given

21   for why the claims should still be in the case to us is that

22   they don't believe that ████████████████████ is

23   sufficient.

24              Now, we were expecting in Sandoz's responsive

25   letter brief to Your Honor consistent with what they put in

1       their discovery dispute letter that they were going to

2       explain the basis, the legal basis for their contentions

3       that ████████████████████████████████████████ didn't

4       extinguish the case or controversy.  So that's their basis

5       for saying they would need to go forward, would be a

6       deposition.  At least that was articulated to us prior to

7       receipt of their responsive letter.

8               And they did not do so, which I think reinforces

9       our point that we think it is legally sufficient and there's

10      no basis for (inaudible) the claims in the case.  But if the

11      real concern is that there's no actual motion to dismiss on

12      file, we'll file one immediately, but we don't think that

13      should be necessary and Sandoz we don't think has a legal

14      position to oppose it.

15              So there still isn't a basis to go forward with

16      these depositions in the meantime if the likely outcome of a

17      motion to dismiss even if Sandoz isn't going to oppose it or

18      that we will prevail with Judge Stark.

19              THE COURT:  All right.  One question I had about

20      that is, we're in September, we're in late September, and so

21      this is two months after I see a docket entry saying that if

22      anyone wants to file any motions to dismiss, they should

23      file it.  So I'm trying to understand how what happened in

24      the meantime in terms of why is there so much delay in the

25      motion to dismiss.

1          MS. BHARKHDA:   Sure.   I'm happy to explain the

2     timeline.

3                So on July 7th, Sandoz told plaintiffs that they

4     believed that the claims relating to the '096 patent should

5     be dismissed without prejudice.   On July 8th, Sandoz told

6     the Court the same thing.   They -- and that was in docket

7     entry 39.

8                Plaintiffs' counsel was considering that

9     position, and on July 22nd, we informed Sandoz that and

10    Judge Stark that we were no longer asserting claims 4 and 5

11    of the '096 patent against Sandoz.   We made that very clear

12    in July, as soon as plaintiff, our clients were onboard that

13    we were no longer pursuing those claims.   And we thought

14    that frankly would resolve the issue because Sandoz had

15    repeatedly been on record with both plaintiff and the Court

16    indicating that they didn't believe there was subject matter

17    jurisdiction over any of the claims of the '096 patent.   But

18    on that same date, Sandoz made an about face and stated that

19    they would, that they didn't agree that claims 4 and 5 of

20    the '096 patent were out of the case, and instead Sandoz

21    demanded [REDACTED]                                 and indicated

22    that they would insist on deposing Dr. Myerson and Dr. Gozzo

23    unless [REDACTED]

24                Now, that was -- and that happened on July 28th.

25    [REDACTED]



1

2

3

4

5

6

7

8

9

10   the claims are no longer in the case, and Drs. Myerson and

11   Gozzo didn't need to be deposed.

12          And in their previous position, Sandoz indicated

13   they did not agree to that, that they didn't think

14          was sufficient, and they were going to proceed with

15   the depositions of Dr. Myerson sand Dr. Gozzo, hence our

16   filing of the, of our motion for a protective order.

17          And the first tame that we -- and we are clear

18   that we think Sandoz should be stipulating to dismissal

19   without prejudice of the claims because we don't think

20   they're in the case, and this is the -- the first time that

21   we heard Sandoz's argument that the real problem here is

22   that we have not filed a formal motion to dismiss within the

23   letter briefs to the Court on this Tuesday.

24          So we can file a formal motion to dismiss to

25   resolve the dispute, but all of the facts are going to be

1    the same and there's no cause for deposing these witnesses

2    at this point in time.

3              THE COURT:  All right.  I gave you some extra

4    time and I will give the other side some equal time, but I

5    have one more question.  Assuming that I do permit the

6    deposition of Dr. Gozzo and Myerson to go forward, there's

7    this other issue about whether or not you're barred from

8    conferring with Dr. Gozzo in preparation of her deposition.

9              Can you just tell me what has happened with Dr.

10   Gozzo so far?  Was there a portion of her deposition that

11   was joint and then portions that were specific to individual

12   defendants or have all of the depositions of Dr. Gozzo been

13   individual issue depositions?

14             MS. BHARKHDA:  There were two prior individual

15   issue depositions of Dr. Gozzo.  There was no joint

16   questioning and no joint deposition.  There was a deposition

17   by MSN and a deposition by Torrent, and they were separate

18   self-contained depositions.

19             If Your Honor would like to see, for example,

20   the transcript of those indicating that they -- showing that

21   they went only lawyers for MSN were at the MSN deposition.

22   They went on the record and began as the normal deposition

23   and they closed the deposition at the end.  The Torrent

24   deposition was only attended by Torrent's lawyers, and

25   obviously, lawyers for plaintiffs were on both.  They opened

1    the deposition as a separate deposition and closed it as a

2    separate deposition.

3              So I'm happy to provide.  And there were only

4    questions about -- they pertained to the individual

5    infringement issues for MSN and Torrent each respectively.

6    And if Your Honor would like to see the transcript of those,

7    we're happy to provide them.

8              THE COURT:  No, I don't, I don't need to see it.

9    But just to be clear, those were also marked confidential

10   under the protective order as well?

11             MS. BHARKHDA:  Yes.

12             THE COURT:  Okay.  Very good.

13             All right.  Let me hear from Sandoz regarding

14   the issues in dispute.  Go ahead, counsel.

15             MR. REMUS:  Thank you, Your Honor.  This is Mark

16   Remus.  I will be speaking on behalf of Sandoz and Lex.

17             This is not a matter of form over substance.  I

18   think it's very important to resolving this issue to keep

19   our eyes focused on what specifically the Court has been

20   asked to decide, and that is should plaintiff get a

21   protective order preventing further discovery of their

22   experts by Sandoz?  What is not before the Court is whether

23   or not there's a case or controversy or continuing subject

24   matter jurisdiction.

25             Plaintiffs have not filed that motion.  Judge

1   Stark told them that if they wanted to challenge

2   jurisdiction, they need to file a motion and they have not

3   done that.  So the only issue that we're here to discuss

4   today is whether or not their application for protective

5   order is proper and Sandoz strongly believes it is not

6   proper.

7           Plaintiffs' request is contrary to both the

8   letter and the spirit of local Rule 30.2.  Local Rule 30.2

9   allows somebody to challenge further deposition testimony to

10  get a protective order under Rule 26 or Rule.  Protective

11  orders for those rules are granted to prevent annoyance,

12  embarrassment, oppression.  None of that is present here.

13          The only basis for plaintiffs' request is that

14  they think there's no longer subject matter jurisdiction.

15  The only challenge for that is to file a Rule 12 motion, and

16  Rule 12 is not mentioned anywhere in local Rule 30.2 as a

17  basis for terminating a deposition.

18          Plaintiff took it upon themselves for self-help

19  to give themselves a stay of discovery and filed its motion

20  for a protective order on an improper basis knowing full

21  well that Judge Stark told them if they want to get rid of

22  the claim, they have to file a motion to dismiss.

23          Now, all of this gamesmanship by plaintiffs has

24  worked a great prejudice on Sandoz.  Sandoz coordinated with

25  MSN and Torrent in an extent to streamline the deposition of

1    Dr. Gozzo.

2              Plaintiff sat on this issue for many weeks as

3    you just heard and then ripped the rug out underneath from

4    defendants just days before the Gozzo deposition, which

5    frustrated preparation for all parties on the Gozzo

6    deposition, and now plaintiffs seek to exacerbate that

7    prejudice by asking this Court to forego local Rule 30.6 and

8    allow them to speak to Dr. Gozzo before Sandoz takes Dr.

9    Gozzo's deposition.  And that is wholly improper.

10             Local Rule 30.6 is designed for exactly where --

11   the situation where counsel should not be allowed to talk to

12   their witness about the substance of their testimony based

13   on questions that have already been asked.  This notion that

14   each defendant constitutes a separate deposition is a legal

15   fiction that was created by Covington in these letters and

16   has no basis in all of the history of this case up until

17   this particular dispute, and we cited that in our letter

18   brief where both Judge Stark and plaintiffs themselves

19   referred to a deposition of Dr. Myerson and Dr. Gozzo in the

20   singular, and this case has been consolidated for all

21   purposes.

22             So this deposition of Dr. Gozzo is a single

23   deposition and plaintiffs should not be allowed to review

24   that transcript from the MSN and Torrent depositions and

25   then coach Dr. Gozzo what to say for the Sandoz depositions

1    based on what they've already learned.

2               This is no different than if Dr. Gozzo were

3    testifying on the stand at trial.  If MSN and Torrent finish

4    their questioning of Dr. Gozzo, I would be shocked if Judge

5    Stark allowed plaintiffs to then talk to Dr. Gozzo about the

6    substance of her testimony before Sandoz questioned Dr.

7    Gozzo.  The same should apply to the depositions here.

8               As Your Honor noted, we don't have much time.

9    Trial is set for January of 2021.  We need to schedule these

10   depositions of Dr. Gozzo and Dr. Myerson so that we can be

11   trial ready by the time set by Judge Stark.

12               There is no basis for a protective order here.

13   If plaintiffs want to challenge subject matter jurisdiction,

14   Judge stark told them how to do that, and that is filing a

15   Rule 12 motion.

16               THE COURT:  Counsel, let me ask you.  The way I

17   understood how Dr. Gozzo's deposition or depositions have

18   been proceeding is that they've been completely separate

19   among defendants.  You're suggesting something different.

20   Can you straighten me out here?

21               MR. REMUS:  I can't speak to how the MSN and

22   Torrent depositions specifically were handled because we

23   were not present at that deposition, so we can't say what

24   was or was not on the transcript.  What I can say is that

25   every discussion the parties have had about these

1    depositions refer to the depositions in the singular, a

2    deposition of Dr. Myerson, and just because one defendant

3    finishes their questioning and another begins does not mean

4    that a new deposition has begun.

5            THE COURT:  Okay.  I understand your position.

6    Anything else you wanted to add?

7            MR. REMUS:  No.  Thank you, Your Honor.

8            THE COURT:  All right.  We'll turn it back over

9    to the plaintiff for the last word.  Just a minute, please.

10   Go ahead.

11           MS. BHARKHDA:  Your Honor, I did want to address

12   the issue of the legal standard for a protective order for

13   absent burden, annoyance, and there is a reason here

14   particularly why going forward with depositions that are not

15   actually going to be at issue in the case totally meets that

16   standard.

17           First of all, Dr. Myerson is scheduled to sit

18   for more than 40 hours of depositions in this case, and so

19   to ask him if Sandoz, if Sandoz matters are not really

20   particularly in this case, to sit for more time is a burden

21   both to the witness and to plaintiffs.

22           Dr. Gozzo, similarly.  We would have to take

23   additional time out of the deposition she has already given

24   to do so.  And as a general matter, there are 29 different

25   experts in this case.  There are at least two to three

1    depositions that happen in a week.  Some of these are

2    multi-day accept depositions in this case, so there is a lot

3    happening to add on two depositions here where the actual

4    issues are not in dispute.

5              And the other issue is that right now Dr.

6    Myerson is scheduled to be deposed, I believe it's the

7    second week of November, and so even if plaintiff filed

8    their motion and (inaudible) and was going to dismiss, I

9    think issue is, the question of whether or not it's

10   appropriate for Sandoz to participate in that deposition is

11   still going to be an issue and we don't think it's

12   appropriate or proper.

13             So it's not just a matter of file a motion to

14   dismiss and wait to see what Dr., excuse me, what Judge

15   Stark does with it.  I mean, one question is, if we file a

16   motion to dismiss, is Sandoz going to oppose it, because

17   right now we don't have a clear answer on that one way or

18   the other or what the basis for doing so would be, and

19   absent that, this bogeyman of the fact that a formal motion

20   to dismiss hasn't been filed yet I don't think resolves the

21   issue.

22             THE COURT:  All right.  I appreciate your

23   position and I understand your position.  Counsel, I'm ready

24   to rule on this dispute and my ruling is as follows.

25             Plaintiffs' request for a protective order to

1    prevent Sandoz from deposing Dr. Gozzo and Myerson is

2    denied.  The Court can issue a protective order for good

3    cause to protect a person or party from annoyance,

4    embarrassment, oppression, or undue burden or excess.  The

5    burden of persuasion is on the party seeking the protective

6    order.

7              Here, plaintiff contends that good cause exists

8    because the deposition testimony is not relevant.  I have

9    reviewed the letters and attachments.  I've reviewed the

10   cited portions of the docket.  I have an understanding of

11   what's likely going on here and I'm fully aware that this

12   motion before me is only a little piece of a much larger

13   dispute, but I've only been referred this piece and I'm only

14   going to decide this piece.  And in my mind, the operative

15   facts to me in deciding my piece are these.

16             One, Sandoz has a live counterclaim for a

17   declaratory judgment of noninfringement.  Not only is it

18   live, it is not currently subject to a motion to dismiss.

19             Two, plaintiff intends to offer the testimony of

20   Dr. Gozzo and Myerson in defense of that counterclaim it has

21   tried.

22             My decision is also informed by the context

23   here, which is that we're talking about a video deposition

24   regarding infringement opinions that have already been set

25   forth in expert reports.  The only question is whether

1    Sandoz can depose these experts on those opinions.  On those

2    facts, plaintiffs' request is denied.

3                There is also an issue about plaintiffs, whether

4    plaintiffs are currently barred under Delaware local Rule

5    30.6 from conferring with Dr. Gozzo in preparation of her

6    deposition.  Essentially, as I understand it, Sandoz seeks

7    to prevent plaintiff from prepping Dr. Gozzo for her

8    deposition.

9                Under the particular circumstances here, I'm

10   unpersuaded by Sandoz's argument.  Again, I've read the

11   submissions and I've looked at the relevant portions of the

12   docket and we're not operating in a vacuum here.  Chief

13   Judge Stark has already ruled on what depositions can be

14   taken of Dr. Gozzo.  I understand that Dr. Gozzo's

15   deposition taken by the other two defendants have been

16   completely separate.  There is no common portion of that

17   deposition.  However, notwithstanding the fact that

18   plaintiff can prep Dr. Gozzo, Sandoz will be permitted to

19   conduct a short colloquy at the beginning of the deposition.

20               You can ask if plaintiff consulted with Dr.

21   Gozzo prior to the deposition.  If that answer is yes, you

22   can ask whether Dr. Gozzo consulted with counsel for

23   plaintiff regarding testimony she has already given.  You

24   can't ask what was said.  And you can ask about which areas

25   of the testimony already given was the consultation.  You

1    can't ask what was said.   And you can make a record that

2    this happened.

3              If, for whatever reason, Dr. Gozzo presents

4    diametrically opposed testimony, then you can try to make

5    some hay with Judge Stark at trial, because I understand

6    this is going to be a bench trial.   But I actually think

7    this is extremely unlikely to happen in light of the fact

8    that it seems to me this case, or these particular claims

9    won't be tried, number one, and, number two, I think it's

10   unlikely that the plaintiff would present diametrically

11   opposed testimony, but that's not for me to say.   You can

12   make this record.   I hope that was clear to everyone.

13             Counsel for plaintiff, any questions?

14             MS. BHARKHDA:   I don't believe so, Your Honor.

15             THE COURT:   Okay.   Counsel for Sandoz, any

16   questions?

17             MR. REMUS:   No questions, but one request, and

18   that is we would ask that at least temporarily that the

19   court reporter maintain this transcript under seal so that

20   we have an opportunity to review it to see if there's

21   anything confidential.   ████████████████████████████

22   █████████████████████████████████████████████

23   ████████████████████████████████, and we would just

24   like the opportunity to review that transcript before it

25   becomes public.

1          THE COURT:  That's fine.  I understand that

2    we're proceeding under the scheduling order that Judge Stark

3    has entered in this case, and my recollection is that he has

4    a standard provision about how these things should be

5    treated, and if that's the appropriate procedure, then we'll

6    let the transcript be marked confidential and you should

7    proceed in accordance with what other followup procedures

8    are set forth in the scheduling order.

9          Anything else, counsel?

10          MR. REMUS:  No.  Thank you, Your Honor.

11          THE COURT:  All right.  Thank you to all of you.

12    I hope everyone is safe and well, and we'll be adjourned.

13          (Counsel respond, "Thank you, Your Honor.")

14          (Telephone conference concluded at 2:31 p.m.)

15                        -  -  -

16

17

18

19

20

21

22

23

24

25

19:17
**accept** [1] - 18:25
**accordance** [1] - 23:5
**Action** [1] - 3:8
**action** [1] - 6:23
**ACTION** [1] - 1:5
**actual** [3] - 8:23, 10:9, 19:1
**add** [2] - 18:4, 19:1
**additional** [1] - 18:21
**address** [1] - 18:9
**adjourned** [1] - 23:10
**advance** [2] - 9:5, 9:13
**afternoon** [6] - 3:6, 3:11, 3:17, 3:19, 3:20, 4:4
**agree** [2] - 11:17, 12:11
**agreed** [1] - 9:11
**agreeing** [1] - 9:2
**ahead** [3] - 4:20, 14:12, 18:8
**AL** [1] - 1:8
**al** [1] - 1:13
**ALKEM** [1] - 1:12
**allow** [1] - 16:6
**allowed** [3] - 16:9, 16:21, 17:3
**allows** [1] - 15:7
**AMERICA** [1] - 1:9
**AND** [1] - 1:3
**annoyance** [3] - 15:9, 18:11, 20:1
**answer** [4] - 4:22, 4:25, 19:15, 21:19
**anyway** [1] - 8:9
**apologize** [1] - 3:20
**appearance** [1] - 4:8
**APPEARANCES** [1] - 2:1
**appearances** [1] - 3:9
**application** [1] - 15:2
**apply** [1] - 17:5
**appreciate** [2] - 7:21, 19:20
**appropriate** [4] - 7:14, 19:8, 19:10, 23:3
**areas** [1] - 21:22
**arguably** [1] - 6:1
**argue** [1] - 4:2
**argued** [1] - 8:25
**argument** [5] - 3:15, 7:19, 7:21, 12:19, 21:8
**ARSHT** [1] - 2:2
**articulated** [1] - 10:4
**asserting** [3] - 5:4, 5:11, 11:8
**assuming** [2] - 8:8,

13:3
**attachments** [2] - 4:19, 20:7
**attended** [1] - 13:22
**August** [4] - 5:16, 12:1, 12:3, 12:5
**aware** [1] - 20:9

**B**

**backstory** [1] - 8:8
**barred** [2] - 13:5, 21:2
**based** [2] - 16:10, 16:24
**basis** [12] - 9:18, 9:25, 10:2, 10:8, 10:13, 15:11, 15:15, 15:18, 16:14, 17:10, 19:16
**becomes** [1] - 22:23
**BEFORE** [1] - 1:20
**began** [1] - 13:20
**begin** [1] - 4:15
**beginning** [2] - 3:4, 21:17
**begins** [1] - 18:1
**begun** [1] - 18:2
**behalf** [4] - 3:12, 3:15, 4:2, 14:14
**believes** [1] - 15:3
**bench** [1] - 22:4
**between** [2] - 4:6, 22:21
**BHARKHDA** [10] - 2:6, 4:21, 6:17, 6:21, 8:20, 10:24, 13:12, 14:9, 18:9, 22:12
**Bharkhda** [3] - 3:14, 3:15, 4:22
**bogeyman** [1] - 19:17
**BRIANNE** [1] - 2:6
**Brianne** [2] - 3:14, 4:21
**brief** [2] - 9:23, 16:16
**briefing** [1] - 4:24
**briefs** [1] - 12:21
**BRINKS** [1] - 2:14
**Brinks** [1] - 3:23
**broadly** [1] - 6:24
**burden** [5] - 9:10, 18:11, 18:18, 20:2, 20:3
**BURLING** [1] - 2:6
**Burling** [1] - 3:14
**BY** [4] - 2:3, 2:6, 2:11, 2:14

**C**

**case** [30] - 5:4, 5:9, 5:21, 5:24, 6:1, 6:3,

6:12, 7:10, 7:15, 7:20, 7:25, 8:22, 9:14, 9:18, 9:19, 10:2, 10:8, 11:18, 12:8, 12:18, 14:21, 16:14, 16:18, 18:13, 18:16, 18:18, 18:23, 18:25, 22:6, 23:1
**challenge** [4] - 14:24, 15:7, 15:13, 17:11
**chicago** [1] - 2:16
**Chief** [1] - 21:10
**circumstances** [1] - 21:7
**cited** [2] - 16:15, 20:8
**CIVIL** [1] - 1:5
**Civil** [1] - 3:8
**claim** [4] - 6:6, 6:19, 6:23, 15:20
**claims** [32] - 5:2, 5:4, 5:9, 5:12, 5:19, 5:25, 6:1, 6:24, 6:25, 7:7, 7:8, 7:10, 7:15, 7:19, 7:24, 8:3, 8:22, 9:11, 9:13, 9:16, 9:19, 10:8, 11:2, 11:8, 11:11, 11:15, 11:17, 11:19, 12:8, 12:17, 22:6
**clear** [6] - 6:23, 11:9, 12:15, 14:7, 19:15, 22:10
**clerk** [1] - 4:12
**clients** [2] - 5:16, 11:10
**closed** [2] - 13:21, 13:24
**co** [1] - 3:13
**co-counsel** [1] - 3:13
**coach** [1] - 16:23
**colloquy** [1] - 21:17
**comments** [1] - 4:16
**common** [1] - 21:14
**completely** [2] - 17:16, 21:14
**COMPNAY** [1] - 1:6
**concern** [1] - 10:9
**concluded** [1] - 23:12
**conduct** [1] - 21:17
**conference** [3] - 1:18, 3:3, 23:12
**conferring** [2] - 13:6, 21:3
**confidential** [3] - 14:7, 22:19, 23:4
**considering** [1] - 11:6
**consistent** [1] - 9:23
**consolidated** [1] - 16:18
**constitutes** [1] - 16:12

**consultation** [1] - 21:23
**consulted** [2] - 21:18, 21:20
**contained** [1] - 13:16
**contends** [1] - 20:5
**contentions** [1] - 9:25
**context** [1] - 20:20
**continuing** [1] - 14:21
**contrary** [1] - 15:5
**controversy** [2] - 10:2, 14:21
**coordinated** [1] - 15:22
**Counsel** [2] - 2:8, 2:17
**counsel** [14] - 3:13, 4:1, 6:15, 11:6, 14:12, 16:9, 17:14, 19:21, 21:20, 22:11, 22:13, 23:7, 23:11
**counterclaim** [2] - 20:14, 20:18
**counterclaims** [2] - 8:3, 8:11
**course** [1] - 4:4
**COURT** [18] - 1:2, 3:6, 3:17, 4:4, 6:15, 6:18, 7:21, 10:17, 13:1, 14:6, 14:10, 17:14, 18:3, 18:6, 19:20, 22:13, 22:24, 23:9
**court** [3] - 4:10, 4:13, 22:17
**Court** [13] - 1:25, 5:8, 8:21, 9:3, 9:8, 9:14, 11:4, 11:13, 12:21, 14:17, 14:20, 16:5, 19:25
**courthouse** [1] - 4:12
**courtroom** [1] - 4:12

████████
████████
████████
████████

**Covid** [1] - 4:11
**COVINGTON** [1] - 2:6
**Covington** [2] - 3:14, 16:13
**created** [1] - 16:13
**crystalline** [1] - 6:2

**D**

**D.C** [1] - 2:7
**D.J** [5] - 6:19, 6:23, 8:10, 8:17
**date** [1] - 11:16
**days** [1] - 16:2
**dealing** [1] - 7:23

**'096** [12] - 5:2, 5:5, 5:9, 5:19, 5:25, 6:6, 6:24, 8:4, 11:2, 11:9, 11:15, 11:18
**'910** [1] - 9:4

**1**

**12** [3] - 15:13, 15:14, 17:13
**17th** [1] - 12:3
**18-88** [2] - 1:14, 3:8
**19** [1] - 4:11

**2**

**2020** [1] - 1:17
**2021** [1] - 17:7
**22nd** [1] - 11:7
**25** [1] - 1:17
**26** [1] - 15:8
**26th** [2] - 5:16, 12:5
**28th** [1] - 11:22
**29** [1] - 18:22
**2:00** [2] - 1:17, 3:4
**2:31** [1] - 23:12

**3**

**30.2** [3] - 15:6, 15:14
**30.6** [3] - 16:5, 16:8, 21:3
**39** [1] - 11:5

**4**

**4** [10] - 5:2, 5:4, 5:19, 5:25, 6:6, 6:25, 7:8, 7:19, 11:8, 11:17
**40** [1] - 18:16

**5**

**5** [10] - 5:2, 5:5, 5:19, 5:25, 6:6, 6:25, 7:8, 7:19, 11:8, 11:17

**7**

**7th** [1] - 11:1

**8**

**8th** [1] - 11:3

**A**

**A/S** [1] - 1:5
**absent** [2] - 18:11,

decide [2] - 14:18, 20:12
decided [1] - 9:6
deciding [3] - 7:24, 8:9, 20:13
decision [3] - 7:25, 8:21, 20:20
declaratory [1] - 20:15
Defendant [2] - 1:14, 2:17
defendant [2] - 16:12, 17:25
defendants [4] - 13:10, 16:2, 17:17, 21:13
defense [1] - 20:18
DELAWARE [1] - 1:3
Delaware [2] - 1:16, 21:2
delay [1] - 10:22
DELLINGER [2] - 2:3, 3:11
Dellinger [1] - 3:12
demanded [1] - 11:19
denied [2] - 19:25, 20:25
dependent [1] - 5:1
depose [1] - 20:24
deposed [2] - 12:9, 19:4
deposing [3] - 11:20, 12:24, 19:24
deposition [40] - 5:23, 6:11, 10:4, 13:4, 13:6, 13:8, 13:14, 13:15, 13:19, 13:20, 13:21, 13:22, 13:24, 13:25, 15:7, 15:15, 15:23, 16:2, 16:4, 16:7, 16:12, 16:17, 16:20, 16:21, 17:15, 17:21, 17:25, 18:2, 18:21, 19:8, 20:6, 20:21, 21:4, 21:6, 21:13, 21:15, 21:17, 21:19
depositions [20] - 10:14, 12:13, 13:10, 13:11, 13:13, 13:16, 16:22, 16:23, 17:5, 17:8, 17:15, 17:20, 17:24, 18:12, 18:16, 18:24, 18:25, 19:1, 21:11
deputy [1] - 4:12
designed [1] - 16:8
detail [1] - 4:19
dialed [2] - 4:12, 4:14
diametrically [2] - 22:2, 22:8

different [4] - 11:25, 16:25, 17:17, 18:22
difficult [1] - 12:1
discovery [7] - 3:7, 5:6, 5:13, 5:23, 9:24, 14:19, 15:17
discuss [1] - 15:1
discussion [3] - 8:3, 17:23, 22:19
discussions [2] - 22:20, 22:21
dismiss [24] - 6:22, 7:1, 7:9, 7:18, 8:6, 8:7, 8:25, 9:2, 9:4, 9:5, 9:10, 9:11, 10:9, 10:15, 10:20, 10:23, 12:20, 12:22, 15:20, 19:6, 19:12, 19:14, 19:18, 20:16
dismissal [2] - 7:6, 12:16
dismissed [2] - 6:4, 11:3
dismissing [1] - 8:3
dispute [16] - 3:7, 4:6, 4:18, 5:1, 5:12, 5:18, 6:8, 7:4, 8:24, 9:24, 12:23, 14:12, 16:15, 19:2, 19:22, 20:11
DISTRICT [2] - 1:2, 1:3
docket [6] - 4:20, 8:2, 10:19, 11:4, 20:8, 21:10
DOMINICK [1] - 2:11
Dominick [1] - 3:20
done [2] - 9:12, 15:1
Dr [48] - 5:21, 5:24, 6:4, 6:9, 6:11, 8:13, 8:18, 9:17, 11:20, 12:13, 13:4, 13:6, 13:7, 13:10, 13:13, 15:24, 16:6, 16:17, 16:20, 16:23, 16:25, 17:2, 17:3, 17:4, 17:8, 17:15, 17:25, 18:15, 18:20, 19:3, 19:12, 19:24, 20:18, 21:3, 21:5, 21:12, 21:16, 21:18, 21:20, 22:1
dropped [1] - 5:3
Drs [1] - 12:8
during [2] - 12:1, 12:2

**E**

eliminates [1] - 5:18
embarrassment [2] - 15:10, 20:2
end [2] - 7:15, 13:21

Enerio [1] - 3:21
ENERIO [1] - 2:10
entered [1] - 23:1
entities [1] - 12:1
entry [2] - 10:19, 11:5
equal [1] - 13:2
especially [1] - 12:2
ESQ [6] - 2:3, 2:6, 2:11, 2:14, 2:15, 2:15
essentially [1] - 21:4
et [1] - 1:12
Europe [1] - 12:2
exacerbate [1] - 16:4
exactly [1] - 16:8
example [1] - 13:17
excess [1] - 20:2
excuse [2] - 12:5, 19:12
exists [1] - 20:5
expecting [1] - 9:22
expense [1] - 9:10
expert [6] - 5:6, 5:12, 5:22, 5:23, 5:24, 20:23
experts [4] - 5:23, 14:20, 18:23, 20:24
explain [2] - 9:25, 10:24
extent [1] - 15:23
extinguish [1] - 10:2
extra [1] - 13:1
extremely [1] - 22:5
eyes [1] - 14:17

**F**

face [1] - 11:16
fact [5] - 9:2, 9:13, 19:17, 21:15, 22:5
facts [3] - 12:23, 20:13, 20:25
far [1] - 13:8
fiction [1] - 16:13
file [15] - 7:9, 7:13, 8:6, 8:25, 10:10, 10:20, 10:21, 12:22, 14:25, 15:13, 15:20, 19:11, 19:13
filed [10] - 6:12, 6:22, 7:1, 7:18, 9:6, 12:20, 14:23, 15:17, 19:5, 19:18
filing [4] - 9:3, 9:10, 12:14, 17:12
final [1] - 5:17
fine [1] - 22:24
finish [1] - 17:1
finishes [1] - 18:1
firm [1] - 3:24

first [3] - 12:15, 12:18, 18:15
five [2] - 4:16, 11:25
focused [1] - 14:17
following [1] - 3:3
follows [1] - 19:22
followup [1] - 23:5
FOR [1] - 1:3
forego [1] - 16:5
form [4] - 6:2, 7:18, 7:22, 14:15
formal [4] - 7:9, 12:20, 12:22, 19:17
formally [1] - 7:3
forth [2] - 20:23, 23:6
forward [5] - 8:16, 10:3, 10:13, 13:4, 18:12
frankly [2] - 6:22, 11:12
Friday [1] - 1:17
frustrated [1] - 16:3
full [1] - 15:18
fully [1] - 20:9

**G**

gamesmanship [1] - 15:21
Gattuso [1] - 3:21
GATTUSO [3] - 2:10, 2:11, 3:19
general [1] - 18:22
Gilson [1] - 3:23
GILSON [1] - 2:14
given [7] - 7:5, 7:11, 9:12, 9:18, 18:21, 21:21, 21:23
globe [1] - 12:1
goal [1] - 7:14
Gozzo [36] - 5:24, 6:9, 6:11, 8:13, 8:19, 9:17, 11:20, 12:9, 12:13, 13:4, 13:6, 13:8, 13:10, 13:13, 15:24, 16:2, 16:3, 16:6, 16:17, 16:20, 16:23, 16:25, 17:2, 17:3, 17:5, 17:8, 18:20, 19:24, 20:18, 21:3, 21:5, 21:12, 21:16, 21:19, 21:20, 22:1
Gozzo's [3] - 16:7, 17:15, 21:12
granted [1] - 15:9
great [1] - 15:22
Gunning [2] - 1:24, 4:10

**H**

Hall [1] - 3:7
HALL [1] - 1:20
handled [1] - 17:20
handling [1] - 3:15
happy [5] - 4:22, 4:25, 10:24, 14:1, 14:5
Hatch [1] - 5:22
Hatch-Waxman [1] - 5:22
hay [1] - 22:3
hear [1] - 14:11
heard [3] - 8:12, 12:19, 16:1
hearing [1] - 4:9
held [1] - 3:3
help [1] - 15:16
hence [1] - 12:13
Heyman [1] - 3:21
HEYMAN [1] - 2:10
HIRZEL [1] - 2:10
history [1] - 16:14
Honor [18] - 3:11, 3:19, 3:20, 3:25, 4:3, 4:21, 4:23, 8:20, 9:23, 13:17, 14:4, 14:13, 17:6, 18:5, 18:9, 22:12, 23:8, 23:11
HONORABLE [1] - 1:20
hope [2] - 22:10, 23:10
hoping [1] - 4:16
hours [1] - 18:16
house [1] - 4:1

**I**

Illinois [1] - 2:16
immediately [1] - 10:10
important [1] - 14:16
improper [2] - 15:18, 16:7
IN [2] - 1:2, 1:3
in-house [1] - 4:1
inaudible [2] - 10:8, 19:6
INC [2] - 1:7, 1:9
indicate [1] - 5:11
indicated [5] - 5:2, 6:9, 6:10, 11:19, 12:10
indicates [1] - 7:12
indicating [2] - 11:14, 13:18
individual [4] - 13:9, 13:11, 13:12, 14:2

informed [2] - 11:7, 20:20
infringement [2] - 14:3, 20:22
insist [1] - 11:20
instead [1] - 11:18
intends [1] - 20:17
INTERNATIONAL - 1:8
interrupt [1] - 6:16
issue [16] - 7:17, 11:12, 13:5, 13:11, 13:13, 14:16, 15:1, 15:25, 18:10, 18:13, 19:3, 19:7, 19:9, 19:19, 19:25, 21:1
issues [4] - 7:22, 14:3, 14:12, 19:2
itself [1] - 11:25

**J**

January [1] - 17:7
Jason [1] - 3:23
JASON [1] - 2:15
JENNIFER [1] - 1:20
Jennifer [1] - 3:7
joint [3] - 13:9, 13:13, 13:14
JUDGE [1] - 1:20
Judge [16] - 6:4, 7:23, 8:4, 8:24, 10:16, 11:8, 14:23, 15:19, 16:16, 17:2, 17:9, 17:12, 19:12, 21:11, 22:3, 22:25
judgment [1] - 20:15
July [6] - 5:3, 11:1, 11:3, 11:7, 11:10, 11:22
jurisdiction [6] - 9:15, 11:15, 14:22, 14:25, 15:12, 17:11

**K**

keep [1] - 14:16
knowing [1] - 15:18

**L**

LABORAROTIES [1] - 1:12
large [1] - 5:22
larger [1] - 20:10
last [2] - 12:4, 18:7
late [1] - 10:18
LAURA [1] - 2:15
Laura [1] - 3:22
lawyers [1] - 13:19,

13:22, 13:23
learned [1] - 16:24
least [3] - 10:4, 18:23, 22:16
legal [4] - 9:25, 10:11, 16:12, 18:10
legally [1] - 10:7
letter [7] - 7:2, 9:23, 9:24, 10:5, 12:21, 15:6, 16:15
letters [4] - 4:19, 4:24, 16:13, 20:7
Lex [1] - 14:14
light [3] - 6:7, 12:7, 22:5
likely [2] - 10:14, 20:9
limit [1] - 4:16
line [4] - 3:13, 3:22, 3:25, 4:7
lines [1] - 4:13
LIONE [1] - 2:14
Lione [1] - 3:23
live [2] - 20:14, 20:16
LLP [2] - 2:2, 2:10
local [6] - 15:6, 15:14, 16:5, 16:8, 21:2
look [1] - 8:2
looked [1] - 21:9
LPS [1] - 1:14
LTD [2] - 1:6, 1:12
LUNDBECK [1] - 1:5
LYDIGSEN [1] - 2:15
Lydigsen [1] - 3:23

**M**

Maggie [1] - 4:1
MAGISTRATE [1] - 1:20
maintain [1] - 22:17
Mark [2] - 3:22, 14:13
MARK [1] - 2:14
marked [2] - 14:7, 23:4
matter [10] - 5:22, 8:8, 9:15, 11:14, 14:15, 14:22, 15:12, 17:11, 18:22, 19:11
matters [1] - 18:17
mean [2] - 18:1, 19:13
meantime [2] - 10:14, 10:22
measure [1] - 9:14
meets [1] - 18:13
MEGAN [1] - 2:3
Megan [1] - 3:12
mentioned [1] - 15:14
middle [1] - 5:22
midst [1] - 4:11
mind [1] - 20:12

minute [2] - 6:16, 18:7
minutes [1] - 4:16
months [1] - 10:19
MORRIS [1] - 2:2
Morris [1] - 3:12
most [1] - 12:2
motion [34] - 5:15, 6:22, 7:1, 7:9, 7:11, 7:13, 7:16, 7:17, 8:6, 8:9, 9:4, 9:5, 9:10, 10:9, 10:15, 10:23, 11:23, 12:5, 12:14, 12:20, 12:22, 14:23, 14:25, 15:13, 15:17, 15:20, 17:13, 19:6, 19:11, 19:14, 19:17, 20:10, 20:16
motions [2] - 8:25, 10:20
movant [1] - 4:15
move [1] - 8:16
moves [1] - 8:16
MR [6] - 3:19, 14:13, 17:19, 18:5, 22:15, 23:8
MS [10] - 3:11, 4:21, 6:17, 6:21, 8:20, 10:24, 13:12, 14:9, 18:9, 22:12
MSN [8] - 13:15, 13:19, 14:3, 15:23, 16:22, 17:1, 17:19
multi [1] - 18:25
multi-day [1] - 18:25
Myerson [17] - 6:4, 6:10, 6:11, 8:13, 8:19, 9:17, 11:20, 12:8, 12:13, 13:4, 16:17, 17:8, 17:25, 18:15, 19:4, 19:24, 20:18

**N**

necessary [5] - 5:7, 7:3, 7:5, 9:1, 10:11
need [5] - 10:3, 12:9, 14:6, 14:25, 17:7
needed [1] - 5:13
new [1] - 18:2
NICHOLS [1] - 2:2
Nichols [1] - 3:12
NO [1] - 1:14
none [1] - 15:10
nonetheless [1] - 6:12
noninfringement [2] - 6:19, 8:17, 20:15
normal [1] - 13:20
noted [1] - 17:6
nothing [1] - 8:5

notice [2] - 9:5, 9:13
notion [1] - 16:11
notwithstanding [1] - 21:15
November [1] - 19:5
number [3] - 5:7, 22:7

**O**

o'clock [1] - 1:17
obtaining [1] - 5:15
obviously [1] - 13:23
occasions [1] - 5:7
OF [1] - 1:3
offer [4] - 8:12, 8:18, 8:22, 20:17
Official [1] - 1:25
onboard [1] - 11:10
once [1] - 12:6
one [10] - 8:9, 10:10, 10:17, 13:3, 17:25, 19:13, 19:15, 20:14, 22:7, 22:15
opened [1] - 13:23
operating [1] - 21:10
operative [1] - 20:12
opinions [3] - 6:5, 20:22, 20:24
opportunity - 22:18, 22:22
oppose [4] - 9:6, 10:12, 10:15, 19:14
opposed [2] - 22:2, 22:9
opposing [1] - 9:7
oppression [2] - 15:10, 20:2
order [16] - 5:12, 6:12, 7:13, 12:14, 14:8, 14:19, 15:3, 15:8, 15:18, 17:10, 18:10, 19:23, 19:25, 20:4, 22:25, 23:6
orders [1] - 15:9
outcome [1] - 10:14

**P**

p.m [3] - 1:17, 3:4, 23:12
pandemic [2] - 4:11, 12:2
participate [1] - 19:8
particular [4] - 4:24, 16:15, 21:7, 22:6
particularly [2] - 18:12, 18:18
parties [5] - 5:21, 7:6, 8:25, 9:1, 16:3, 17:23

party [3] - 12:4, 20:1, 20:3
patent [12] - 5:2, 5:5, 5:9, 5:20, 5:25, 6:6, 6:24, 8:4, 11:2, 11:9, 11:15, 11:18
patents [4] - 5:3, 5:6, 6:3, 9:4
pending [4] - 6:20, 7:7, 7:12, 8:11
permit [1] - 13:3
permitted [2] - 21:16
person [1] - 20:1
persuasion [1] - 20:3
pertained [1] - 14:2
PHARMACEUTICAL [1] - 1:6
PHARMACEUTICALS [3] - 1:7, 1:8, 1:9
piece [4] - 20:10, 20:11, 20:12, 20:13
plaintiff [21] - 3:10, 3:13, 3:16, 4:7, 4:22, 5:8, 11:10, 11:13, 14:18, 15:16, 15:25, 18:7, 19:5, 20:5, 20:17, 21:5, 21:16, 21:18, 21:21, 22:8, 22:11
Plaintiffs [2] - 1:10, 2:8
plaintiffs [14] - 5:11, 11:1, 13:23, 14:23, 15:21, 16:4, 16:16, 16:21, 17:3, 17:11, 18:19, 21:1, 21:2, 22:21
plaintiffs' [5] - 11:6, 15:5, 15:11, 19:23, 20:25
plan [1] - 6:9
planning [1] - 5:4
point [3] - 6:22, 10:7, 12:25
portion [1] - 13:8, 21:14
portions [5] - 4:20, 7:7, 13:9, 20:8, 21:9
position [7] - 5:10, 10:12, 11:7, 12:10, 18:3, 19:21
prejudice [5] - 7:6, 11:3, 12:17, 15:22, 16:5
prep [1] - 21:16
preparation [2] - 13:6, 16:3, 21:3
prepping [1] - 21:5
present [3] - 15:10, 17:21, 22:8

**presents** [1] - 22:1
**pretty** [1] - 4:17
**prevail** [1] - 10:16
**prevent** [3] - 15:9, 19:24, 21:5
**preventing** [1] - 14:19
**previous** [1] - 12:10
**problem** [1] - 12:19
**procedure** [1] - 23:3
**procedures** [1] - 23:5
**proceed** [2] - 12:12, 23:5
**proceeding** [2] - 17:16, 22:25
**process** [1] - 5:15
**proper** [4] - 6:8, 15:3, 15:4, 19:10
**properly** [1] - 5:9
**protect** [1] - 20:1
**protective** [14] - 6:12, 7:13, 12:14, 14:8, 14:19, 15:2, 15:8, 15:18, 17:10, 18:10, 19:23, 19:25, 20:3
**provide** [2] - 14:1, 14:5
**provided** [2] - 6:5, 10:1
**providing** [1] - 12:7
**provision** [1] - 23:2
**public** [1] - 22:23
**purposes** [1] - 16:19
**pursue** [1] - 6:11
**pursuing** [1] - 11:11
**put** [4] - 5:15, 9:17, 9:23, 11:23

**Q**

**questioned** [1] - 17:4
**questioning** [3] - 13:14, 17:2, 18:1
**questions** [6] - 4:23, 14:2, 16:11, 22:11, 22:14, 22:15

**R**

**read** [1] - 21:8
**ready** [2] - 17:9, 19:21
**real** [3] - 7:19, 10:9, 12:19
**really** [2] - 8:8, 18:17
**reason** [3] - 6:14, 18:11, 22:1
**receipt** [1] - 10:5
**received** [1] - 11:21
**recollection** [1] - 23:1
**record** [2] - 3:9, 4:8, 4:10, 11:13, 13:20,

21:24, 22:10
**refer** [1] - 17:24
**referred** [2] - 16:17, 20:11
**regarding** [5] - 9:4, 14:11, 20:22, 21:21, 22:20
**regardless** [1] - 7:10
**reinforces** [1] - 10:6
**relate** [2] - 6:6, 7:7
**related** [2] - 5:24, 6:2
**relates** [1] - 6:23
**relating** [4] - 5:1, 5:6, 8:4, 11:2
**relevant** [3] - 4:20, 20:6, 21:9
**remain** [2] - 6:1, 7:15
**remove** [1] - 5:12
**REMUS** [6] - 2:14, 14:13, 17:19, 18:5, 22:15, 23:8
**Remus** [3] - 3:22, 4:2, 14:14
**repeatedly** [1] - 11:13
**report** [2] - 5:24, 6:2
**reporter** [3] - 4:10, 4:14, 22:17
**Reporter** [1] - 1:25
**reports** [1] - 20:23
**request** [5] - 15:5, 15:11, 19:23, 20:25, 22:15
**requested** [2] - 11:24, 12:7
**requesting** [1] - 8:17
**require** [1] - 7:12
**required** [2] - 11:25, 12:4
**resolve** [3] - 7:3, 11:12, 12:23
**resolves** [1] - 19:18
**resolving** [1] - 14:16
**respect** [3] - 5:19, 5:25, 6:5
**respectively** [1] - 14:3
**respond** [1] - 23:11
**responding** [1] - 9:3
**response** [4] - 4:9, 8:18, 9:6, 9:8
**responsive** [2] - 9:22, 10:5
**result** [1] - 6:13
**review** [3] - 16:21, 22:18, 22:22
**reviewed** [4] - 4:19, 4:23, 20:7
**rid** [1] - 15:19
**ripped** [1] - 16:1
**rug** [1] - 16:1
**rule** [1] - 19:22

**Rule** [11] - 15:6, 15:8, 15:13, 15:14, 16:5, 16:8, 17:13, 21:2
**ruled** [1] - 21:11
**rules** [1] - 15:9
**ruling** [1] - 19:22

**S**

**safe** [1] - 23:10
**sand** [1] - 12:13
**Sandoz** [50] - 4:1, 4:2, 4:7, 5:3, 5:7, 5:10, 5:18, 6:6, 6:10, 6:14, 7:8, 7:12, 8:13, 8:16, 8:25, 9:8, 9:13, 9:18, 10:11, 10:15, 11:1, 11:3, 11:7, 11:9, 11:12, 11:16, 11:18, 12:6, 12:10, 12:16, 14:11, 14:14, 14:20, 15:3, 15:22, 16:6, 16:23, 17:4, 18:17, 19:8, 19:14, 19:24, 20:14, 20:24, 21:4, 21:16, 22:13, 22:21
**Sandoz's** [6] - 6:19, 7:2, 9:16, 9:22, 12:19, 21:8
**sat** [1] - 15:25
**schedule** [1] - 17:7
**scheduled** [2] - 18:15, 19:4
**scheduling** [2] - 22:25, 23:6
**Schigelone** [1] - 3:23
**SCHIGELONE** [1] - 2:15
**SEAL** [1] - 1:1
**seal** [1] - 22:17
**second** [1] - 19:5
**see** [10] - 7:14, 7:19, 8:2, 10:19, 11:24, 13:17, 14:4, 14:6, 19:12, 22:18
**seek** [1] - 16:4
**seeking** [1] - 20:3
**seeks** [1] - 21:4
**seeming** [1] - 7:22
**self** [2] - 13:16, 15:16
**self-contained** [1] - 13:16
**self-help** [1] - 15:16
**separate** [7] - 4:13, 13:15, 13:24, 13:25, 16:12, 17:16, 21:14
**September** [3] - 1:17, 10:18
**served** [3] - 5:17, 12:5
**set** [4] - 17:7, 17:9,

20:22, 23:6

**shocked** [1] - 17:2
**short** [1] - 21:17
**showing** [1] - 13:18
**side** [1] - 13:2
**signature** [2] - 5:17, 12:4
**signatures** [2] - 11:25, 12:3
**similarly** [2] - 6:4, 18:20
**single** [1] - 16:20
**singular** [2] - 16:18, 17:24
**sit** [2] - 18:15, 18:18
**situated** [1] - 6:5
**situation** [1] - 16:9
**soon** [1] - 11:10
**speaking** [1] - 14:14
**specific** [2] - 4:22, 13:9
**specifically** [4] - 5:14, 6:25, 14:17, 17:20
**Spencer** [1] - 4:1
**spirit** [1] - 15:6
**stand** [1] - 17:1
**standard** [3] - 18:10, 18:14, 23:2
**stands** [1] - 8:10
**Stark** [13] - 6:4, 8:4, 10:16, 11:8, 14:24, 15:19, 16:16, 17:3, 17:9, 19:13, 21:11, 22:3, 22:25
**stark** [1] - 17:12
**started** [1] - 12:3
**starting** [1] - 3:9
**STATES** [1] - 1:2
**stay** [1] - 15:17
**still** [9] - 4:11, 6:19, 7:10, 7:13, 7:20, 8:22, 9:19, 10:13, 19:9
**stipulate** [1] - 7:8
**stipulating** [2] - 7:6, 12:16
**straighten** [1] - 17:18
**straightforward** [1] - 4:17
**streamline** [1] - 15:23
**strongly** [1] - 15:3
**subject** [6] - 9:15, 11:14, 14:21, 15:12, 17:11, 20:16
**submissions** [1] - 21:9
**submitted** [1] - 5:24
**substance** [5] - 7:18, 7:22, 14:15, 16:10,

17:4

**sufficient** [4] - 5:10, 9:21, 10:7, 12:12
**suggested** [1] - 5:14
**suggesting** [1] - 17:17
**Sullivan** [1] - 3:14
**supporting** [1] - 9:16

**T**

**TAKEDA** [4] - 1:5, 1:6, 1:7, 1:8
**tame** [1] - 12:15
**teleconference** [1] - 3:8
**Telephone** [1] - 1:18
**telephone** [2] - 3:3, 23:12
**temporarily** [1] - 22:16
**terminating** [1] - 15:15
**terms** [1] - 10:22
**testifying** [1] - 17:1
**testimony** [12] - 8:13, 8:18, 8:23, 15:7, 16:10, 17:4, 20:6, 20:17, 21:21, 21:23, 22:2, 22:9
**THE** [19] - 1:2, 1:3, 3:6, 3:17, 4:4, 6:15, 6:18, 7:21, 10:17, 13:1, 14:6, 14:10, 17:14, 18:3, 18:6, 19:20, 22:13, 22:24, 23:9
**themselves** [3] - 15:16, 15:17, 16:16
**therefore** [1] - 5:5
**they've** [2] - 16:24, 17:16
**thinks** [1] - 7:3
**three** [1] - 18:23
**timeline** [1] - 10:25
**today** [8] - 3:7, 3:16, 4:3, 4:10, 6:2, 7:10, 8:10, 15:2
**Tom** [1] - 3:14
**took** [2] - 5:10, 15:16
**Torrent** [7] - 13:15, 13:21, 14:3, 15:23, 16:22, 17:1, 17:20
**Torrent's** [1] - 13:22
**totally** [1] - 18:13
**transcript** [7] - 13:18, 14:4, 16:22, 17:22, 22:17, 22:22, 23:4
**TRANSCRIPT** [1] - 1:1

**treated** [1] - 23:3
**trial** [10] - 6:10, 8:14, 8:16, 8:23, 9:17, 17:1, 17:7, 17:9, 22:3, 22:4
**tried** [2] - 20:19, 22:7
**try** [1] - 22:2
**trying** [1] - 10:21
**Tuesday** [1] - 12:21
**TUNNELL** [1] - 2:2
**turn** [1] - 18:6
**two** [8] - 5:1, 10:19, 13:12, 18:23, 19:1, 20:17, 21:13, 22:7

## U

**U.S** [1] - 1:20
**U.S.A** [1] - 1:7
**under** [6] - 14:8, 15:8, 21:2, 21:7, 22:17, 22:25
**UNDER** [1] - 1:1
**underneath** [1] - 16:1
**understood** [1] - 17:15
**undue** [1] - 20:2
**UNITED** [1] - 1:2
**unless** [1] - 11:21
**unlikely** [2] - 22:5, 22:8
**unpersuaded** [1] - 21:8
**up** [1] - 16:14

## V

**vacuum** [2] - 8:1, 21:10
**Val** [1] - 4:10
**Valerie** [1] - 1:24
**various** [1] - 5:23
**video** [1] - 20:21
**vs** [1] - 1:11

## W

**wait** [1] - 19:12
**wants** [2] - 6:10, 10:20
**washington** [1] - 2:7
**Waxman** [1] - 5:22
**week** [2] - 18:24, 19:5
**weeks** [1] - 15:25
**wholly** [1] - 16:7
**Wilmington** [1] - 1:16
**wishes** [1] - 4:8
**witness** [2] - 16:10, 18:19
**witnesses** [1] - 12:24
**word** [1] - 18:7

**works** [1] - 4:17