IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| H. LUNDBECK A/S, TAKEDA PHARMACEUTICAL COMPANY LTD., TAKEDA PHARMACEUTICALS U.S.A., INC., TAKEDA PHARMACEUTICALS INTERNATIONAL AG, and TAKEDA PHARMACEUTICALS AMERICA, INC., | ) ) ) ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | C.A. No. 18-88 (LPS) CONSOLIDATED |
| ALKEM LABORATORIES LTD., et al., | ) ) | |
| Defendants. | ) | |

**JOINT STATUS REPORT**

Pursuant to the Court's December 7, 2020 Order (D.I. 974), the parties submit this status report concerning the trial date for this consolidated action:

**PLAINTIFFS' STATEMENT**

On July 6, 2020, at the parties' request, the Court rescheduled the trial of this action. The trial is currently scheduled for January 4-8 and January 26-29, 2021. (D.I. 829.) We understand that the trial of another case that had been scheduled for the weeks of January 11 and 18, 2021 has recently been taken off the Court's calendar. Plaintiffs request that the trial of this action be rescheduled for dates in January slightly distanced from the upcoming holiday period. A short postponement of the start of trial would assist trial preparation for the parties, counsel and the witnesses while permitting them to enjoy some of the holiday period.

Beginning trial later in January would also ease the burden of compliance with Covid-19 restrictions and protocols, such as those requiring quarantining and/or testing, which may affect trial participants leading up to trial and between trial weeks. Perhaps more importantly,

consolidating the trial to consecutive weeks would reduce the amount of travel required for witnesses and lawyers who plan to travel to be present with their respective trial teams, thereby reducing Covid-19 related risks associated with transportation during an anticipated rise in Covid-19 infection rates.

Plaintiffs are available for trial during the weeks of January 11, January 18 and January 26, 2021, or any portions thereof, subject to the Court's availability.

**DEFENDANTS' STATEMENT**

Defendants agree that it would be advantageous to conduct trial on consecutive days, to the extent possible, and are available at the Court's convenience during January.  Defendants also agree that a short postponement of the start of trial would be preferential and beneficial to address the recent spike in COVID-19 infection rates and resulting complications relating to quarantine and travel restrictions.

Defendants request that the trial be conducted over 10 days (70 hours), if possible, to avoid prejudice to any party, given that eight defendants remain in this litigation, with more than 25 experts for plaintiffs and defendants opining on invalidity and noninfringement issues related to multiple patent families, many of which will be appearing to address issues specific to an individual party.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Jack B. Blumenfeld*

OF COUNSEL:

George F. Pappas
Einar Stole
Christopher N. Sipes
Brianne Bharkhda
Priscilla G. Dodson
Alaina Whitt
Han Park
COVINGTON & BURLING LLP
One CityCenter
850 Tenth Street NW
Washington, DC  20001-4956
(202) 662-6000

Megan L. Hare
Jennifer D. Cieluch
COVINGTON & BURLING LLP
The New York Times Building
620 Eighth Avenue
New York, NY  10018
(212) 841-1000

Kurt G. Calia
Yiye Fu
COVINGTON & BURLING LLP
3000 El Camino Real
5 Palo Alto Square, 10th Floor
Palo Alto, CA  94306-2112
(650) 632-4700

Jack B. Blumenfeld (#1014)
Megan E. Dellinger (#5739)
1201 North Market Street
P.O. Box 1347
Wilmington, DE  19899
(302) 658-9200
jblumenfeld@mnat.com
mdellinger@mnat.com

*Attorneys for Plaintiffs*

YOUNG CONAWAY STARGATT & TAYLOR, LLP

/s/ Pilar G. Kraman

OF COUNSEL:

Tedd W. Van Buskirk
Aaron S. Eckenthal
Russell Faegenburg
Kendall K. Gurule
LERNER, DAVID, LITTENBERG, KRUMHOLZ &
    MENTLIK, LLP
20 Commerce Drive
Cranford, NJ  07016
(908) 654-5000

Adam W. Poff (#3990)
Pilar G. Kraman (#5199)
Rodney Square
1000 North King Street
Wilmington, DE  19801
(302) 571-6600
apoff@ycst.com
pkraman@ycst.com

*Attorneys for Defendant Alkem Labs Ltd.*

DEVLIN LAW FIRM LLC

/s/ James M. Lennon

OF COUNSEL:

Deepro Mukerjee
Lance Soderstrom
KATTEN MUCHIN ROSENMAN LLP
575 Madison Avenue
New York, NY  10022-2585
(212) 940-8800

Jitendra Malik, Ph.D.
Joseph M. Janusz
Alissa Pacchioli
KATTEN MUCHIN ROSENMAN LLP
550 South Tryon Street, Suite 2900
Charlotte, NC  28202-4213
(704) 444-2000

James M. Lennon (#4570)
1526 Gilpin Avenue
Wilmington, DE  19806
(302) 449-9010
jlennon@devlinlawfirm.com

*Attorneys for Defendants Lupin Limited and
Lupin Pharmaceuticals, Inc.*

RICHARDS, LAYTON & FINGER, P.A.

*/s/ Renée Mosley Delcollo*

OF COUNSEL:

B. Jefferson Boggs
MERCHANT & GOULD PC
1900 Duke Street, Suite 600
Alexandria, VA  22314
(703) 684-2500

Christopher J. Sorenson
Karen L. Beckman, Ph.D.
MERCHANT & GOULD PC
150 South Fifth Street, Suite 2200
Minneapolis, MN  55402
(612) 332-5300

Kelly E. Farnan (#4395)
Renée Mosley Delcollo (#6442)
One Rodney Square
920 North King Street
Wilmington, DE  19801
(302) 651-7700
farnan@rlf.com
delcollo@rlf.com

*Attorneys for Defendants Macleods*
*Pharmaceuticals Ltd. and Macleods Pharma*
*USA, Inc.*

RICHARDS, LAYTON & FINGER, P.A.

*/s/ Nicole K. Pedi*

OF COUNSEL:

Bradley C. Graveline
SHEPPARD MULLIN RICHTER
& HAMPTON LLP
70 West Madison Street, 48th Floor
Chicago, IL  60602-4498
(312) 499-6316

Jesse A. Salen
Evan T. Sumner
SHEPPARD MULLIN RICHTER & HAMPTON LLP
12275 El Camino Real, Suite 200
San Diego, CA  92130
(858) 523-6722

Laura M. Burson
SHEPPARD MULLIN RICHTER & HAMPTON LLP
333 South Hope Street, 43rd Floor
Los Angeles, CA  90071
(213) 617-5527

Kelly E. Farnan (#4395)
Nicole K. Pedi (#6236)
One Rodney Square
920 North King Street
Wilmington, DE  19801
(302) 651-7700
farnan@rlf.com
pedi@rlf.com

*Attorneys for Defendants Alembic*
*Pharmaceuticals Limited, Alembic Global*
*Holding S/A and Alembic Pharmaceuticals,*
*Inc.*

BUCHANAN INGERSOLL & ROONEY PC

*/s/ Geoffrey G. Grivner*

OF COUNSEL:

Matthew L. Fedowitz
BUCHANAN INGERSOLL & ROONEY PC
1700 K Street N.W., Suite 300
Washington, DC  20006-3807
(202) 452-7900

S. Lloyd Smith
Brian H. Gold
Grant S. Shackelford
BUCHANAN INGERSOLL & ROONEY PC
1737 King Street, Suite 500
Alexandria, VA  22314-2727
(708) 836-6620

Geoffrey G. Grivner (#4711)
919 North Market Street, Suite 990
Wilmington, DE  19801
(302) 552-4207
geoffrey.grivner@bipc.com

*Attorneys for Defendants MSN Laboratories
Private Limited, MSN Pharmaceuticals, Inc.
and MSN Pharmachem Private Limited*

HEYMAN ENERIO GATTUSO & HIRZEL LLP

*/s/ Dominick T. Gattuso*

OF COUNSEL:

Laura A. Lydigsen
Mark H. Remus
Judy K. He
Jason W. Schigelone
BRINKS GILSON & LIONE
455 North Cityfront Plaza Drive, Suite 3600
Chicago, IL  60611-5599
(312) 321-4200

Jieun Lee
BRINKS GILSON & LIONE
1775 Pennsylvania Avenue, NW, Suite 900
Washington, DC  20006
(202) 296-6940

Dominick T. Gattuso (#3630)
300 Delaware Avenue, Suite 200
Wilmington, DE  19801
(302) 472-7311
dgattuso@hegh.law

*Attorneys for Defendants Sandoz Inc. and Lek
Pharmaceuticals d.d.*

OF COUNSEL:

Marc R. Wezowski
Don J. Mizerk
Matthew M. Kamps
HUSCH BLACKWELL LLP
120 South Riverside Plaza, Suite 2200
Chicago, IL  60606
(312) 655-1500

Thomas P. Heneghan
HUSCH BLACKWELL LLP
33 East Main Street, Suite 300
P.O. Box 1379
Madison, WI  53701-1379
(608) 234-6032

Dustin L. Taylor
HUSCH BLACKWELL LLP
1801 Wewatta Street, Suite 1000
Denver, CO  80202
(303) 749-7247

Stephen R. Howe
HUSCH BLACKWELL LLP
511 North Broadway, Suite 100
Milwaukee. WI  53202
(414) 273-2100

*Attorneys for Defendant Sigmapharm
Laboratories, LLC*

Michael J. Gaertner
David B. Abramowitz
Carolyn A. Blessing
Timothy F. Peterson
Christopher J. Cassella
Jonathan B. Turpin
August Melcher
LOCKE LORD LLP
111 South Wacker Drive
Chicago, IL 60606
(312) 443-0700

*Attorneys for Defendant Zydus Pharmaceuticals
(USA) Inc. and Cadila Healthcare Ltd.*

December 8, 2020

PHILLIPS, MCLAUGHLIN & HALL

*/s/ John C. Phillips, Jr.*

John C. Phillips, Jr. (#110)
David A. Bilson (#4986)
Megan C. Haney (#5016)
1200 North Broom Street
Wilmington, DE  19806-4204
(302) 655-4200
jcp@pmhdelaw.com
dab@pmhdelaw.com
mch@pmhdelaw.com

*Attorneys for Defendants Sigmapharm
Laboratories, LLC, Zydus Pharmaceuticals
(USA) Inc. and Cadila Healthcare Ltd.*