IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| H. LUNDBECK A/S, TAKEDA PHARMACEUTICAL COMPANY LTD., TAKEDA PHARMACEUTICALS U.S.A., INC., TAKEDA PHARMACEUTICALS INTERNATIONAL AG, and TAKEDA PHARMACEUTICALS AMERICA, INC., <br><br> Plaintiffs, <br><br> v. <br><br> ALKEM LABORATORIES LTD., et al., <br><br> Defendants. | C.A. No. 18-88 (LPS) <br> CONSOLIDATED <br><br> C.A. No. 18-89 (LPS) |

**CONSENT JUDGMENT**

H. Lundbeck A/S, Takeda Pharmaceutical Company Ltd., Takeda Pharmaceuticals U.S.A., Inc., Takeda Pharmaceuticals International AG, and Takeda Pharmaceuticals America, Inc. (hereinafter, "Lundbeck and Takeda") and Alkem Laboratories Limited (hereinafter "Alkem"), the parties in the above-captioned action, have agreed to terms and conditions representing a negotiated settlement of the action and have set forth those terms and conditions in a Settlement Agreement (the "Settlement Agreement"). Now the parties, by their respective undersigned attorneys, hereby stipulate and consent to entry of judgment and an injunction in the action, as follows:

IT IS this ___ day of December, 2020:

ORDERED, ADJUDGED AND DECREED as follows:

1. This District Court has jurisdiction over the subject matter of the above action and has personal jurisdiction over the parties.

2. As used in this Consent Judgment, (i) the term "Alkem Product" shall mean the drug product sold, offered for sale or distributed pursuant to Abbreviated New Drug Application No. 211089 (and defined in greater detail in the Settlement Agreement); (ii) the term "Licensed Patents" shall mean United States Patent Numbers 8,722,684, 8,969,355, 9,125,908, 9,125,909, 9,125,910, 9,227,946, 9,278,096, and 9,861,630; and (iii) the term "Affiliate" shall mean any entity or person that, directly or indirectly through one or more intermediaries, controls, is controlled by, or is under common control with Alkem; for purposes of this definition, "control" means (a) ownership, directly or through one or more intermediaries, of (1) more than fifty percent (50%) of the shares of stock entitled to vote for the election of directors, in the case of a corporation, or (2) more than fifty percent (50%) of the equity interests in the case of any other type of legal entity or status as a general partner in any partnership, or (b) any other arrangement whereby an entity or person has the right to elect a majority of the Board of Directors or equivalent governing body of a corporation or other entity or the right to direct the management and policies of a corporation or other entity.

3. Unless otherwise specifically authorized pursuant to the Settlement Agreement, Alkem, including any of its Affiliates, successors and assigns, is enjoined from infringing the Licensed Patents, on its own part or through any Affiliate, by making, having made, using, selling, offering to sell, importing or distributing of the Alkem Product.

4. Compliance with this Consent Judgment may be enforced by Lundbeck and Takeda and their respective successors in interest, or assigns, as permitted by the terms of the Settlement Agreement.

5. This District Court retains jurisdiction to enforce or supervise performance under this Consent Judgment and the Settlement Agreement.

6. All claims, counterclaims, affirmative defenses and demands in these actions are hereby dismissed with prejudice and without costs, disbursements or attorneys' fees to any party.

_____
Leonard P. Stark, U.S.D.J.

We hereby consent to the form and entry of this Order:

| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | YOUNG CONAWAY STARGATT & TAYLOR, LLP |
|---|---|
| */s/ Jack B. Blumenfeld* | */s/ Pilar G. Kraman* |
| Jack B. Blumenfeld (#1014) | Adam W. Poff (#3990) |
| Megan E. Dellinger (#5739) | Pilar G. Kraman (#5199) |
| 1201 North Market Street | Rodney Square |
| P.O. Box 1347 | 1000 North King Street |
| Wilmington, DE 19899 | Wilmington, DE 19801 |
| (302) 658-9200 | (302) 571-6600 |
| jblumenfeld@mnat.com | apoff@ycst.com |
| mdellinger@mnat.com | pkraman@ycst.com |
| | |
| *Attorneys for Plaintiffs H. Lundbeck A/S, Takeda Pharmaceutical Company Ltd., Takeda Pharmaceuticals U.S.A., Inc., Takeda Pharmaceuticals International AG, and Takeda Pharmaceuticals America, Inc.* | *Attorneys for Defendant Alkem Labs Ltd.* |
| | |
| OF COUNSEL: | OF COUNSEL: |
| | |
| George F. Pappas | Tedd W. Van Buskirk |
| Einar Stole | Russell Faegenburg |
| Christopher N. Sipes | Aaron S. Eckenthal |
| Brianne Bharkhda | LERNER, DAVID, LITTENBERG, KRUMHOLZ & MENTLIK, LLP |
| COVINGTON & BURLING LLP | |
| One CityCenter | 20 Commerce Drive |
| 850 Tenth Street NW | Cranford, NJ 07016 |
| Washington, DC 20001-4956 | (908) 654-5000 |
| (202) 662-6000 | |

December 30, 2020