# PHILLIPS, McLAUGHLIN & HALL, P.A.

JOHN C. PHILLIPS, JR.
LISA C. McLAUGHLIN†
JAMES P. HALL
DAVID A. BILSON\*\*\*
MEGAN C. HANEY
TODD L. GOODMAN
PAUL S. SEWARD\*\*\*

ALSO MEMBER OF
 \*PENNSYLVANIA BAR
\*\*NEW JERSEY BAR
 †MARYLAND BAR

ATTORNEYS AT LAW
PENNSYLVANIA AVE. AND BROOM ST.
1200 N. BROOM STREET
WILMINGTON, DELAWARE 19806

(302) 655-4200
(302) 655-4210 (F)
pgmhlaw.com

January 28, 2021

**VIA CM/ECF**
The Honorable Leonard P. Stark
United States District Court
844 North King Street, Unit 26
Wilmington, DE 19801

RE:   *H. Lundbeck A/S v. Apotex Inc., et al.*, C.A. No. 18-088-LPS (Consolidated)

Dear Chief Judge Stark:

We write on behalf of Plaintiffs and Defendants in response to your Oral Order of January 25, 2021. The Court inquired about the status of claims (and counterclaims) relating to U.S. Patent Nos. 8,969,355 and 9,227,946 (the "'355 patent" and "'946 patent," respectfully). The parties are in agreement and respectfully suggest that the disposition of all claims and counterclaims relating to the '355 and '946 patents can be made by the Court in the Final Judgment Order entered at the conclusion of the case by a simple dismissal with prejudice.

Respectfully submitted,

*/s/ John C. Phillips, Jr.*

John C. Phillips, Jr. (No. 110)

cc:  Counsel of Record (via CM/ECF)
     Clerk of Court