# Morris, Nichols, Arsht & Tunnell LLP

1201 North Market Street
P.O. Box 1347
Wilmington, Delaware 19899-1347

(302) 658-9200
(302) 658-3989 FAX

**Jack B. Blumenfeld**
(302) 351-9291
(302) 425-3012 FAX
jblumenfeld@mnat.com

February 3, 2021

The Honorable Leonard P. Stark                             *VIA ELECTRONIC FILING*
U.S. District Court for the
 District of Delaware
844 North King Street
Wilmington, DE 19801

      Re:   *H. Lundbeck A/S v. Apotex Inc. et al.*
             C.A. No. 18-088 (LPS) (consolidated)

Dear Chief Judge Stark:

      The parties have agreed to the following schedule for post-trial briefing, subject to Your Honor's approval:

| Description | Proposed Deadline | Page Limits |
|---|---|---|
| Plaintiffs' Opening Brief(s) on Infringement | Friday, March 19 | 10 Pages for Joint Issues on 684 and 630 Patents<br>20 Pages for each Defendant on 684 and 630 Patents and 096 Patent*<br>12 Pages for 626 Patent<br>30 Pages for 096 and 910 Patents |
| Defendants' Opening Brief on Invalidity | Friday, March 19 | 25 Pages for 884, 279, and 575 Patents<br>30 Pages for 096 and 910 Patents |
| Plaintiffs' Findings of Fact on Infringement | Friday, March 19 | 25 Pages for each Defendant for 684 and 630 Patents and 096 Patent*<br>15 Pages for 626 Patent<br>30 Pages for 096 and 910 Patents<br>10 Pages for additional background/common issues |
| Defendants' Findings of Fact on Invalidity | Friday, March 19 | 25 Pages for 884, 279, and 575 Patents<br>30 Pages for 096 and 910 Patents |

The Honorable Leonard P. Stark
February 3, 2021
Page 2

| Description | Proposed Deadline | Page Limits |
|---|---|---|
| Plaintiffs' Responsive Brief on Validity | Friday, April 16 | 25 Pages for 884, 279, and 575 Patents<br>30 Pages for 096 and 910 Patents |
| Defendants' Responsive Brief(s) on Non-Infringement | Friday, April 16 | 10 Pages for Joint Issues on 684 and 630 Patents<br>20 Pages for each Defendant on 684 and 630 Patents and 096 Patent*<br>12 Pages for 626 Patent<br>30 Pages for 096 and 910 Patents |
| Plaintiffs' Findings of Fact on Validity | Friday, April 16 | 25 Pages for 884, 279, and 575 Patents<br>30 Pages for 096 and 910 Patents |
| Defendants' Findings of Fact on Non-Infringement | Friday, April 16 | 25 Pages for each Defendant for 684 and 630 Patents and 096 Patent*<br>15 Pages for 626 Patent<br>30 Pages for 096 and 910 Patents<br>10 Pages to respond to background/common issues |
| Plaintiffs' Reply Brief(s) on Infringement | Friday, May 14 | 70 Pages |
| Defendants' Reply Brief(s) on Invalidity | Friday, May 14 | 70 Pages |
| Provide e-Briefs and hard-copy exhibits to Court** | Friday, May 28 | |

*Claims 4 and 5 of the '096 patent polymorph limitations
** Hard copy exhibits at the Court's preference

  Plaintiffs are continuing to discuss with Zydus and Sigmapharm the issue regarding potential launches discussed at the conclusion of the trial. We will get back to you separately on that.

  Counsel are available at Your Honor's convenience if you would like to discuss any of these issues.

            Respectfully,

            */s/ Jack B. Blumenfeld*

            Jack B. Blumenfeld (#1014)

JBB/bac

cc:  All Counsel of Record (via electronic mail)