IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| H. LUNDBECK A/S, TAKEDA PHARMACEUTICAL COMPANY LTD., TAKEDA PHARMACEUTICALS U.S.A., INC., TAKEDA PHARMACEUTICALS INTERNATIONAL AG, and TAKEDA PHARMACEUTICALS AMERICA, INC., <br><br> Plaintiffs, <br><br> v. <br><br> APOTEX INC., APOTEX CORP., and APOTEX RESEARCH PRIVATE LIMITED, <br><br> Defendants. | C.A. No. 18-088 (LPS) <br> CONSOLIDATED |

**[PROPOSED] ORDER**

At Wilmington, this 9th day of _____March_____, 2021:

WHEREAS, on February 10, 2021, the Court held a telephonic status conference to address post-trial briefing;

WHEREAS, Defendants Sigmapharm and Zydus have timely submitted an Unopposed Motion to Redact Portions of the transcript from the February 10, 2021 hearing transcript ("Motion");

WHEREAS, the Court finds that good cause exists to believe that disclosure of the proposed redacted portions to the hearing transcript would work "a clearly defined and serious injury" to Defendants Sigmapharm and Zydus, *Pansy v. Borough of Stroudsburg,* 23 F. 3d 772, 786 (3d Cir. 1994) (internal quotations and citations omitted), in that the redactions are said to

relate to certain confidential and sensitive business information regarding the parties that, if revealed to the public, would cause Sigmapharm and Zydus competitive harm.

THEREFORE, it is HEREBY ORDERED that:

1. The Motion is GRANTED; and

2. The February 10, 2021 hearing transcript (D.I. 1004) shall be sealed, and a redacted version of the hearing transcript, as set forth in Exhibit B of the Motion, shall be uploaded on the docket.

The Honorable Leonard P. Stark
Chief Judge, United States District Judge