IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| H. LUNDBECK A/S, TAKEDA PHARMACEUTICAL COMPANY LTD., TAKEDA PHARMACEUTICALS U.S.A., INC., TAKEDA PHARMACEUTICALS INTERNATIONAL AG and TAKEDA PHARMACEUTICALS AMERICA, INC., | ) ) ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | C.A. No. 18-88 (LPS) CONSOLIDATED |
| LUPIN LIMITED, et al., | ) ) | |
| Defendants. | ) | |

**PARTIES' JOINT ERRATA SHEETS FOR TRIAL TRANSCRIPTS
JANUARY 15 – JANUARY 28, 2021**

March 31, 2021

**Parties' Joint Errata Sheets to Trial Transcripts**
**January 15 – January 28, 2021**

*H. Lundbeck A/S, et al. v. Lupin Limited, et al.*
Consolidated Civil Action No. 18-88-LPS

**TRIAL DAY 1 – January 15, 2021 Public Portion (pp. 1-241)**

| TRIAL DAY 1 – January 15, 2021 Public Portion (pp. 1-241) | | | |
|---|---|---|---|
| **Page:Line Number** | **Original** | **Corrected** | **Reason** |
| 61:23 | Lundbeck | Alembic | Transcription error |
| 62:12 | hydro bromide | hydrobromide | Transcription error |
| 62:20 | Lundbeck's | Alembic's | Transcription error |
| 62:23 | Lundbeck's | Alembic's | Transcription error |
| 64:14 | Carr | Kahr | Transcription error |
| 73:18-20 | Alembic | Lundbeck | Transcription error |
| 82:13 | changing | challenging | Transcription error |
| 87:7 | effective | affective | Transcription error |
| 87:11 | effective | affective | Transcription error |
| 87:16 | some sort of | a pharmaceutical | Transcription error |
| 106:5-6 | analin and a dihalol alkyl aline | aniline and a dihalo-alkylamine | Transcription error |
| 107:10 | disease | difficulties | Transcription error |
| 108:24 | scaring | obscuring | Transcription error |
| 110:19-20 | clinical program for Lundbeck | clinical program lead for Lundbeck | Transcription error |
| 110:19-20 | that within the | running the | Transcription error |
| 110:21 | having interaction in the field | having interactions with authorities in the field | Transcription error |
| 110:21-22 | the meetings | attending meetings | Transcription error |
| 110:23 | me | the FDA | Transcription error |
| 111:9 | health development | healthy volunteers | Transcription error |
| 111:10 | safety probability | safety, tolerability | Transcription error |
| 111:20 | sales | studies | Transcription error |
| 111:25 | treatment emergent SERT | treatment emergent sexual | Transcription error |
| 113:1 | built | look at | Transcription error |
| 113:2 | pharma | primary | Transcription error |
| 113:11 | simple activity | placebo for efficacy | Transcription error |
| 113:20-22 | whether it was a placebo or compound or not | whether it was a me too compound or not | Transcription error |
| 115:1 | has the sample symptoms | measures depressive symptoms | Transcription error |

| TRIAL DAY 1 – January 15, 2021 Public Portion (pp. 1-241) | | | |
|---|---|---|---|
| **Page:Line Number** | **Original** | **Corrected** | **Reason** |
| 115:2-3 | single global impression | clinical global impression | Transcription error |
| 115:6-7 | always accurate and explained | all the asterisks and is explained | Transcription error |
| 115:19 | enhancement | and HAM-D | Transcription error |
| 115:19 | normal use | two scales used to measure | Transcription error |
| 115:20 | systems | symptoms | Transcription error |
| 116:7 | charts | doses | Transcription error |
| 116:13 | single | placebo | Transcription error |
| 116:18-19 | informed to | informative to | Transcription error |
| 117:8 | venlafaxine, | venlafaxine group | |
| 117:8-9 | there are two places in that, 2-2, 2-2, | there was two patients who withdrew due to sexual dysfunction | Transcription error |
| 117:10 | and there is no information listed as dysfunction | there were no withdrawals listed for vortioxetine | Transcription error |
| 117:14 | surge reagent | serotonergic agent | Transcription error |
| 118:8 | actually | sexually | Transcription error |
| 118:15 | respond | per arm | |
| 119:11 | includes this variables | adds to the burden | Transcription error |
| 121:6 | form | Vortioxetine | Transcription error |
| 121:7 | distinguished | duloxetine and venlafaxine | Transcription error |
| 121:18 | specifically just to summarize | specifically, but just to summarize | Transcription error |
| 121:19-21 | Is that above the red line related to sexually related adverse events with an incidence of greater than five percent vortioxetine | Above the red line are adverse events with an incidence of greater than five percent for vortioxetine | Transcription error |
| 121:23 | for than five | more than five | Transcription error |
| 122:6 | Y status first | placebo is first | Transcription error |
| 122:6 | volume | vortioxetine | Transcription error |
| 122:7 | but | so | Transcription error |
| 122:8 | function | dysfunction | Transcription error |
| 122:12 | representative data | a presentation I gave | Transcription error |
| 122:14 | as reported | spontaneously reported | Transcription error |

| TRIAL DAY 1 – January 15, 2021 Public Portion (pp. 1-241) | | | |
|---|---|---|---|
| **Page:Line Number** | **Original** | **Corrected** | **Reason** |
| 122:23 | SKU | CSFQ | Transcription error |
| 123:12 | infection | in section | Transcription error |
| 123:21 | versions | adverse events | Transcription error |
| 124:3 | interaction | reactions | Transcription error |
| 124:5 | five --- what are they called? | vortioxetine Phase 3 studies | Transcription error |
| 124:10 | vortioxetine was a placebo | vortioxetine was not worse than placebo | Transcription error |
| 125:10-11 | as an SSRI | as compared to an SSRI | Transcription error |
| 125:15 | induced SSRI | induced by SSRI | Transcription error |
| 125:19 | effect of 2.2 | additional effect size of 2.2 | Transcription error |
| 125:20 | the drugs | both drugs | Transcription error |
| 126:8-9 | to ask them to make it | to ask them to make a claim in the label | Transcription error |
| 126:9 | also the data | superiority data | Transcription error |
| 126:21 | ability | superiority | Transcription error |
| 127:10-11 | So this is a small animal model study in the same discussion how, two superiority profiles | So this is a superiority study in healthy volunteers, in the same discussion of how FDA required two superiority studies | Transcription error |
| 127:15-16 | which we have see 10 and 20 | vortioxetine 10 and 20 | Transcription error |
| 127:17 | analyzed again | analyzed against | Transcription error |
| 128:8 | really | real | Spelling error |
| 128:10 | will have this information | provide useful information | Transcription error |
| 128:12 | enable a study | to be in the label | Transcription error |
| 128:13 | the best TESD | the first TESD | Transcription error |
| 128:14 | in the making | in the labeling | Transcription error |
| 130:4-5 | such a dysfunction | sexual dysfunction | Transcription error |
| 131:2 | simple level | placebo level | Transcription error |
| 136:20 | sexual function | sexual dysfunction | Transcription error |
| 154:11 | But | With | Transcription error |
| 154:12 | Cosmos | Thousand Oaks | Transcription error |
| 155:16 | patent | product | Transcription error |
| 155:17 | in a nonbiological. | with, that wasn't a biological. | Transcription error |
| 159:9 | commercialization | commercial | Transcription error |

| TRIAL DAY 1 – January 15, 2021 Public Portion (pp. 1-241) | | | |
|---|---|---|---|
| **Page:Line Number** | **Original** | **Corrected** | **Reason** |
| 163:8 | I acquiesce evening | acquiescence | Transcription error |
| 165:4 | if | the | Transcription error |
| 165:12 | trouble | careful | Transcription error |
| 165:18 | regard | regard to | Transcription error |
| 166:13 | proceed filed | proceeded with | Transcription error |
| 166:17 | 5-HT TC | 5-HT 2C | Transcription error |
| 169:2 | turn | taught | Transcription error |
| 170:24 | in | as | Transcription error |
| 170:24 | lists | lights | Transcription error |
| 172:20 | believe | I believe | Transcription error |
| 184:21 | 5HTA | 5HT1A | Transcription error |
| 189:13 | Sphynx and Stints | Spinks and Spinks | Transcription error |
| 198:9 | Boston Sciences | Arts and Sciences | Transcription error |
| 201:2 | PDX-2 | PDX-6-2 | Transcription error |
| 202:17 | On 12(b) | Copying | Transcription error |
| 203:2 | across coupling | a cross coupling | Transcription error |
| 203:21 | catalytic stip | catalytic step | Transcription error |
| 203:24 | catalytic site | catalytic cycle | Transcription error |
| 208:24 | phthalate sulphate | diphenyl sulfide | Transcription error |
| 209:1-2 | either very oxetane | vortioxetine | Transcription error |
| 209:14 | very oxetane | vortioxetine | Transcription error |
| 209:25 | an acyl group | an acetyl group | Transcription error |
| 222:10 | director or process | director of process | Transcription error |
| 227:4 | block a science | block a site | Transcription error |
| 233:1 | HTR API | HBr API | Transcription error |
| 233:10 | scaled Kinderbach scale | scaled to kilogram scale | Transcription error |

**TRIAL DAY 1 – January 15, 2021 Sealed Portion (pp. 242-300)**

| TRIAL DAY 1 – January 15, 2021 Sealed Portion (pp. 242-300) | | | |
|---|---|---|---|
| **Page:Line Number** | **Original** | **Corrected** | **Reason** |
| 252:13 | PDX-625 | PDX-6-25 | Transcription error |
| 252:14 | PDX-327 | PDX-237 | Transcription error |
| 253:8 | acylate it | acetylate it | Transcription error |
| 253:10 | acyl group | acetyl group | Transcription error |
| 253:20 | acylated version | acetylated version | Transcription error |
| 254:4 | added charge | added or charged | Transcription error |
| 254:5 | 102 bromobenzene | 1-iodo-2-bromobenzene | Transcription error |
| 254:6 | DRT-2 | VRT-2 | Transcription error |
| 255:2 | you'll sigh this | you'll see this | Transcription error |
| 255:11 | PDX-6-28 28 | PDX-6-28 | Transcription error |

| TRIAL DAY 1 – January 15, 2021 Sealed Portion (pp. 242-300) | | | |
|---|---|---|---|
| Page:Line Number | Original | Corrected | Reason |
| 255:20 | add two | add 1-iodo-2- | Transcription error |
| 255:23 | as the acylated | as the acetylated | Transcription error |
| 255:24 | thio and thiophenol | thiolate and thiol | Transcription error |
| 256:14 | the deacylated version | the deacetylated version | Transcription error |
| 256:20 | PDX-6-28 29 | PDX-6-29 | Transcription error |
| 256:24 | deacylated version of DRT-1 | deacetylated version of VRT-1 | Transcription error |
| 257:6 | monovalent line | monovalent ion | Transcription error |
| 257:7 | acyl group have to be claimed | acetyl group have to be cleaved | Transcription error |
| 257:10 | the acyl group | the acetyl group | Transcription error |
| 257:15 | the acyl group | the acetyl group | Transcription error |
| 257:20 | that acyl group | that acetyl group | Transcription error |
| 257:21 | the acetal | the acetyl | Transcription error |
| 258:2 | the moving process | Lupin process | Transcription error |
| 258:3 | acyl group | acetyl group | Transcription error |
| 259:11 | same acyl group | same acetyl group | Transcription error |
| 259:25 | acyl group on it. And that acyl | acetyl group on it. And that acetyl | Transcription error |
| 260:7 | deacylated material | deacetylated material | Transcription error |
| 261:9 | the methylphenol | the methylthiophenol | Transcription error |
| 262:14 | acyl group | acetyl group | Transcription error |
| 262:17 | the acetal group | the acetyl group | Transcription error |
| 263:18 | the acyl group | the acetyl group | Transcription error |
| 264:1 | the 2-Iodo-Bromobenzene | the 1-Iodo-2-Bromobenzene | Transcription error |
| 264:25 | thiol thiolate | thiol or thiolate | Transcription error |
| 265:24 | it | he | Transcription error |
| 266:18 | form VRT-1 | form VRT-2 | Transcription error |
| 267:25 | 2,4-dimethol | 2,4-dimethyl | Transcription error |
| 268:7 | form VRT-2 | VRT-3 | Transcription error |
| 270:14 | solvent based | solvent, base, | Transcription error |
| 272:9 | mask to 195 degrees Celsius | mix to 95-105 degrees Celsius | Transcription error |
| 272:14 | is the range | is in the range | Transcription error |
| 272:25 | on that infringe letter | under that infringement | Transcription error |
| 273:14 | the hydrobromide | the iodo-bromobenzene | Transcription error |
| 273:23 | thio or | thiol or | |
| 274:11 | PDX-723 | PDX-273 | Transcription error |
| 278:4 | PTX-41 | PTX-1441 | Transcription error |

| TRIAL DAY 1 – January 15, 2021 Sealed Portion (pp. 242-300) | | | |
|---|---|---|---|
| Page:Line Number | Original | Corrected | Reason |
| 280:14 | reactants, that's | reactions, that's | Transcription error |
| 280:23 | two-part | two-pot | Transcription error |
| 281:23 | you call the | you call it the | Transcription error |
| 282:11 | 1261 | 12 of 61 | Transcription error |
| 294:20 | straightforward this | straightforward this is | Transcription error |
| 295:24 | you cancel or hold | you cannot hold | Transcription error |

## TRIAL DAY 2 – January 19, 2021 Public Portion (pp. 301-513)

| TRIAL DAY 2 – January 19, 2021 Public Portion (pp. 301-513) | | | |
|---|---|---|---|
| Page:Line Number | Original | Corrected | Reason |
| 348:20 | intensively | extensively | Transcription error |
| 350:10 | intensively | extensively | Transcription error |
| 354:17 | would be a | will be | Transcription error |
| 357:16 | drug process | purpose | Transcription error |
| 357:19 | time pressure and relativity | temperature and relative humidity | Transcription error |
| 358:12 | process | purpose | Transcription error |
| 361:2 | Zydis | Zydus | Transcription error |
| 363:4 | did detect | detected | Transcription error |
| 364:24-25 | peak, list | peak list | Transcription error |
| 365:7-8 | observe as exactly peaks which I indicate here of crystalline material | observe many peaks which are indicative of crystalline materials | Transcription error |
| 365:18 | the drug activity | temperature and humidity | Transcription error |
| 365:23 | are the | have the | Transcription error |
| 366:10-11 | measured one | major ones | Transcription error |
| 366:18 | no match in degrees of intensity | no major increase in intensity | Transcription error |
| 368:9 | zero from one degree range | 0.1 degree range | Transcription error |
| 368:25 | reactivity | relative humidity | Transcription error |
| 369:5 | analogue | enlarged | Transcription error |
| 369:14 | it is indicated | it indicates | Transcription error |
| 369:18 | as you phrase | associated with | Transcription error |
| 375:11 | more Stole | Mr. Stole | Transcription error |
| 375:16 | Plaintiffs' Exhibit 59 | Plaintiffs' Exhibit 591 | Correction / Transcription error |
| 375:21 | Plaintiffs' Exhibit No. 59 | Plaintiffs' Exhibit No. 591 | Correction / Transcription error |

| TRIAL DAY 2 – January 19, 2021 Public Portion (pp. 301-513) | | | |
|---|---|---|---|
| Page:Line Number | Original | Corrected | Reason |
| 378:20 | Sigmapharm | Macleods | Correction / Transcription error |
| 379:22 | full | four | Transcription error |
| 379:24 | and tested | in the tested | Transcription error |
| 379:24-25 | I tested and referenced that from the alpha and the beta form | I tested a reference for the alpha and the beta form | Transcription error |
| 380:1 | with the sample that they tested | with the Sigmapharm samples that I tested | Correction / Transcription error |
| 380:9 | different of | diffractogram | Transcription error |
| 380:17 | I contributed data, is the beta form | I confirmed the data is the beta form | Correction / Transcription error |
| 382:11 | peaks' reach | peaks that | Transcription error |
| 390:2 | occurring | growing | Transcription error |
| 396:21-22 | treated as a specific structure as well as the support | treated at specific temperature as well as the humidity | Correction / Transcription error |
| 397:2 | open run degree | 0.1 degree | Transcription error |
| 438:3 | fired | hired | Transcription error |
| 438:19 | are | for or | Transcription error |
| 440:20 | percent more | percent or more | Transcription error |
| 447:21 | agroscopic | hygroscopic | Transcription error |
| 448:10 | agroscopic | hygroscopic | Transcription error |
| 448:18 | if you have to come with | if you consider | Transcription error |
| 448:19 | protein | coating | Transcription error |
| 448:19-20 | efficient. Again, every absorption | efficient against absorption | Clarification / Transcription error |
| 449:3 | agree with me | are telling me | Transcription error |
| 449:14 | agroscopic | hygroscopic | Transcription error |
| 450:14 | I did in these reports | I did what is in these reports | Transcription error |
| 450:21 | Was | Were | Transcription error |
| 457:2 | 15 percent | 50 percent | Transcription error |
| 457:6 | drugs | plus or | Transcription error |
| 457:20 | clarify | characterize | Transcription error |
| 459:6 | supports | samples | Transcription error |
| 464:15 | 48 | 40 | Transcription error |
| 469:7 | 578, 579 or 80 | 5.78, 5.79 or 5.80 | Transcription error |
| 475:4 | Alembic | alpha | Transcription error |
| 510:23 | 58 | 584 | Transcription error |
| 511:4 | 58 | 584 | Transcription error |

**TRIAL DAY 2 – January 19, 2021 Sealed Portion (pp. 514-591)**

| Page:Line Number | Original | Corrected | Reason |
|---|---|---|---|
| TRIAL DAY 2 – January 19, 2021 Sealed Portion (pp. 514-591) | | | |
| 521:2 | 12 | 812 | Transcription error |
| 521:24 | from that from | of | Transcription error |
| 522:6 | referenced | reference | Transcription error |
| 522:13 | can feel | confirm | Transcription error |
| 523:1 | A1702 | A17002 | Transcription error |
| 523:5 | much | many | Transcription error |
| 523:21 | valve | value | Transcription error |
| 531:11 | on | to | Transcription error |
| 531:18 | referenced to that | reference | Transcription error |
| 531:21 | shows | shown | Transcription error |
| 532:11 | for | four | Transcription error |
| 534:8 | relativity | relative humidity | Transcription error |
| 544:8-9 | One from 3 to 30 degrees and the other one from 30 to 20 degrees | One from 3 to 13 degrees and the other one from 13 to 20 degrees | Transcription error |
| 545:4 | did detect | detected | Transcription error |
| 547:5 | picture of the drug | peak list of the untreated drug | Transcription error |
| 547:7 | crystalline use | crystalline forms | Transcription error |
| 556:8-9 | between 40 degrees and 30 degrees | between 4 degrees and 13 degrees | Transcription error |
| 556:22-23 | but we see always all of the reflection which are representing of all referenced on that | but we also see other reflection which are present in the alpha reference standard | Transcription error |
| 556:24 | advise | emphasize | Transcription error |
| 568:14 | crystallization | crystalline | Transcription error |
| 568:17 | crystallization | crystalline | Transcription error |
| 571:25 | heavy | hemi | Transcription error |
| 572:1 | crystallization | crystalline | Transcription error |
| 574:20 | peaks | peak | Transcription error |
| 575:12 | 2-degree | degree | Transcription error |
| 575:20 | C | 2theta | Transcription error |
| 576:6-7 | Any of the alpha, beta, and gamma form is characteristic of the beta form. | Not the alpha and gamma form, its characteristic of the beta form. | Transcription error |
| 576:13 | interference | noninterference | Transcription error |

| TRIAL DAY 2 – January 19, 2021 Sealed Portion (pp. 514-591) | | | |
|---|---|---|---|
| Page:Line Number | Original | Corrected | Reason |
| 580:10 | when they | they | Transcription error |
| 585:4 | up to | the | Transcription error |
| 586:9 | how a | at | Transcription error |
| 588:13 | as a beta form | beta form | Transcription error |

## TRIAL DAY 3 – January 20, 2021 Public Portion (pp. 592-641)

| TRIAL DAY 3 – January 20, 2021 Public Portion (pp. 592-641) | | | |
|---|---|---|---|
| Page:Line Number | Original | Corrected | Reason |
| 613:22 | 59 | 759 | Transcription error |
| 626:18 | it's been | in | Transcription error |
| 632:19 | Morning's | Morin's | Transcription error |

## TRIAL DAY 3 – January 20, 2021 Sealed Portion (pp. 642-776)

| TRIAL DAY 3 – January 20, 2021 Sealed Portion (pp. 642-776) | | | |
|---|---|---|---|
| Page:Line Number | Original | Corrected | Reason |
| 695:14 | Morin | Stole | Transcription error |
| 656:6 | thumb | drug | Transcription error |
| 656:13 | BZU701A | BVU701A | Transcription error |
| 657:1 | crystal | crystalline | Transcription error |
| 663:7 | ageing | aging | Transcription error |
| 664:2 | converts | convert | Transcription error |
| 680:15 | has the | has opened the | Transcription error |
| 681:1 | balls | bottles | Transcription error |
| 716:24 | due to the clean | for | Transcription error |
| 717:12 | 217905 | 217, 905 | Transcription error |
| 719:10-11 | limited detection | limit of detection | Transcription error |
| 721:5 | 18.1111 | 18.11 | Transcription error |
| 743:24 | agent | aging | Transcription error |
| 750:25 | peek | peak | Transcription error |
| 751:4 | peek | peak | Transcription error |
| 751:9 | for to determine | to determine | Transcription error |
| 753:2 | all | all seen | Transcription error |
| 764:18 | look | look at | Transcription error |
| 764:19 | tablet variation | different variation | Transcription error |

## TRIAL DAY 4 – January 21, 2021 Public Portion (pp. 777-892)

| TRIAL DAY 4 – January 21, 2021 Public Portion (pp. 777-892) | | | |
|---|---|---|---|
| Page:Line Number | Original | Corrected | Reason |
| 783:22 | Zydis | Zydus | Transcription error |
| 796:27 | Zydis | Zydus | Transcription error |

| TRIAL DAY 4 – January 21, 2021 Public Portion (pp. 777-892) | | | |
|---|---|---|---|
| Page:Line Number | Original | Corrected | Reason |
| 796:20 | the | -- | Transcription error |
| 796:20 | if as | if | Transcription error |
| 814:24 | PTX-578 | PTX-4578 | Transcription error |
| 838:12 | neural lubes | neurologic symptoms | Transcription error |
| 840:21 | inaudible | MAOIs | Transcription error |
| 844:14 | gamma | JAMA | Spelling error |
| 860:5 | special | sexual | Transcription error |
| 860:9 | Castano | Cassano | Spelling Error |
| 860:20 | effects. You know, paramount | effects, you know, is paramount | Transcription error |
| 863:15-16 | I listened | they listened | Transcription error |
| 865:2 | SNRIS | SNRIs | Spelling error |
| 865:6 | add | added | Transcription error |
| 866:4 | She wants some of the animal models. | She runs some of the animal models. | Transcription error |

**TRIAL DAY 4 – January 21, 2021 Sealed Portion (pp. 893-1056)**

| TRIAL DAY 4 – January 21, 2021 Sealed Portion (pp. 893-1056) | | | |
|---|---|---|---|
| Page:Line Number | Original | Corrected | Reason |
| 945:2 | page | paragraph | Transcription error |
| 952:2 | Appendix D | Appendix G | Transcription error |
| 952:5 | Is that, in fact | Does that refresh | Transcription error |
| 955:11 | You think? | Correct? | Transcription error |
| 992:25 | process | parcel | Transcription error |

**TRIAL DAY 5 – January 22, 2021 (pp. 1057-1325)**

| TRIAL DAY 5 – January 22, 2021 (pp. 1057-1325) | | | |
|---|---|---|---|
| Page:Line Number | Original | Corrected | Reason |
| 1062:13 | Zekedi | Sacchetti | Spelling error |
| 1063:10 | Zekedi | Sacchetti | Spelling error |
| 1065:16 | Bionpharma's | blister pack's | Transcription error |
| 1065:19 | reason | arisen | Transcription error |
| 1083:5 | investigative | investigated | Transcription error |
| 1083:15 | Health and Control study | Healthy Control study | Transcription error |
| 1084:17 | who is part | both as part | Transcription error |
| 1086:11 | refractoric | refractory | Spelling error |
| 1086:19 | select- -- serotonin-norepinephrine | selective-serotonin-norepinephrine | Transcription error |
| 1086:20 | monamine | monoamine | Spelling error |

| TRIAL DAY 5 – January 22, 2021 (pp. 1057-1325) | | | |
|---|---|---|---|
| **Page:Line Number** | **Original** | **Corrected** | **Reason** |
| 1086:21 | norepinephrine uptake | norepinephrine reuptake | Transcription error |
| 1087:2 | antidepressant-sexual induced | antidepressant-induced sexual | Transcription error |
| 1088:15 | TPA | TCAs | Spelling error |
| 1089:18 | any SNRIs | and SNRIs | Transcription error |
| 1091:5–6 | SNRIs in venlafaxine | SNRI venlafaxine | Transcription error |
| 1092:9 | Phenylephrine | Phenelzine | Spelling error |
| 1092:9 | monamine | monoamine | Spelling error |
| 1092:12 | right | rate | Transcription error |
| 1100:12 | of | off | Transcription error |
| 1100:19–20 | You're taking up, you're titrating down of each of the antidepressants | You're titrating up, while you're titrating down the other antidepressant | Transcription error |
| 1102:1 | and it used | and if used | Transcription error |
| 1102:15 | form | forum | Transcription error |
| 1102:19 | form | forum | Transcription error |
| 1109:2 | incidents | incidence | Transcription error |
| 1110:10 | on TESD and its | on TESD in its | Transcription error |
| 1115:3 | ASEX-sensitivity | assay sensitivity | Transcription error |
| 1120:20–21 | defendants and ANDA | defendants' ANDA | Transcription error |
| 1122:6 | a patent | a patient | Transcription error |
| 1122:8 | mediation | medication | Transcription error |
| 1122:9 | decease | disease | Transcription error |
| 1122:22 | term using the claim | term used in the claim | Transcription error |
| 1123:3 | clinician | clinicians | Transcription error |
| 1125:21 | patents | patients | Transcription error |
| 1127:4 | described | prescribed | Transcription error |
| 1129:2 | patents | patients | Transcription error |
| 1130:10 | incidents | incidence | Transcription error |
| 1134:16 | at national meetings are | at are national meetings | Transcription error |
| 1135:19 | infringing | infringe | Transcription error |
| 1136:16 | cease | ceased | Transcription error |
| 1136:20 | they're | their | Spelling error |
| 1136:24 | do encourage | to encourage | Transcription error |
| 1137:18 | propose | proposed | Transcription error |
| 1137:22 | propose | proposed | Transcription error |
| 1139:15 | if proved | if approved | Transcription error |
| 1139:16 | offer to as sell | offer to sell | Transcription error |

| TRIAL DAY 5 – January 22, 2021 (pp. 1057-1325) | | | |
|---|---|---|---|
| Page:Line Number | Original | Corrected | Reason |
| 1139:22 | '069 | '096 | Transcription error |
| 1141:8 | assert the claims | asserted claims | Transcription error |
| 1142:6 | Section 6.1 and which | Section 6.1 which | Transcription error |
| 1144:5 | Trintellix on | Trintellix and | Transcription error |
| 1144:14–15 | frequently antidepressants | frequently prescribed antidepressants | Transcription error |
| 1146:3 | infringement that | infringement met | Transcription error |
| 1149:23 | prescribed evaluation | prescription evaluation | Transcription error |
| 1160:9 | Serotonin antidepressant | Serotonergic antidepressants | Transcription error |
| 1160:13 | regulator | regulatory | Transcription error |
| 1161:23–24 | and potential | for potential | Transcription error |
| 1163:13 | sexual function | sexual dysfunction | Transcription error |
| 1179:4 | spontaneous report | spontaneous reporting | Transcription error |
| 1183:21 | adjunction | adjunct | Transcription error |
| 1183:24 | adjunction | adjunct | Transcription error |
| 1184:3 | adjunction | adjunct | Transcription error |
| 1184:7 | adjunctions | adjuncts | Transcription error |
| 1185:13–14 | advice adding | advise against adding | Transcript error |
| 1187:9 | CNS | CMS | Transcription error |
| 1189:25 | have had cease | have had to cease | Transcription error |
| 1197:10 | seem proven | see improvement | Transcription error |
| 1200:3 | of facts | effects | Transcription error |
| 1217:14 | Guangxi (x2) | Guangzhou (x2) | Spelling error |
| 1219:11 | and biomedical | in biomedical | Transcription error |
| 1221:8 | focus | Focus | Formatting error |
| 1221:10 | focus | Focus | Formatting error |
| 1221:13 | focus | Focus | Formatting error |
| 1222:21–22 | this is really | this really | Transcription error |
| 1128:6 | events | evidence | Transcription error |
| 1229:1 | they're | their | Spelling error |
| 1231:7 | monamine | monoamine | Spelling error |
| 1232:20 | has | have | Transcription error |
| 1234:9 | placebo-controlled trials replicated that cognition is | placebo-controlled trials, replicated, that cognition is | Formatting error |
| 1236:1 | Simple | Symbol | Transcription error |
| 1236:12 | psychiatric | psychiatry | Transcription error |
| 1236:15 | It's, it's strength | Its, its strength | Spelling error |
| 1236:16 | it's | its | Spelling error |

| TRIAL DAY 5 – January 22, 2021 (pp. 1057-1325) | | | |
|---|---|---|---|
| Page:Line Number | Original | Corrected | Reason |
| 1237:4 | participating | implicated | Transcription error |
| 1238:8 | attempt | aim | Transcription error |
| 1239:12 | comparing | compare | Transcription error |
| 1241:4 | antidepressants | antidepressant | Transcription error |
| 1247:4 | offered order | offered | Transcription error |
| 1248:2 | of in | in the | Transcription error |
| 1251:8 | state | same | Transcription error |
| 1251:12 | with antidepressants, stood | with antidepressants, and stood | Transcription error |
| 1251:18–19 | who put together conferences | who put together, conferences | Formatting error |
| 1252:1 | order | disorder | Transcription error |
| 1252:7 | are not equivalent | are equivalent | Transcription error |
| 1253:24 | impairment patients | impairment in patients | Transcription error |
| 1254:6 | procognitive | cognitive | Transcription error |
| 1258:7 | delivery | delivers | Transcription error |
| 1258:11 | lecturers of the | lecturers on the | Transcription error |
| 1258:18 | in | treating | Transcription error |
| 1258:20 | infringed invalid | infringed or invalid | Transcription error |
| 1259:23 | lines | domains | Transcription error |
| 1263:11 | recent | reaching | Transcription error |
| 1264:17 | update | FDA | Transcription error |
| 1264:20 | through that | including the | Transcription error |
| 1265:20 | base | baseline | Transcription error |
| 1266:10 | antidepressives | antidepressants | Transcription error |
| 1266:18 | PDX-402 | PTX-402 | Transcription error |
| 1270:24 | treatments | symptoms | Transcription error |
| 1287:21 | complaints prescribed | complaints, prescribe | Transcription error |
| 1291:18 | viewers | reviewers | Transcription error |
| 1291:19 | Bone (phonetic) | Baune | Spelling error |
| 1293:19 | employee | employ | Transcription error |
| 1298:5 | outline | alright | Transcription error |
| 1302:14 | a | an opinion | Transcription error |
| 1305:23 | depression | depressive | Transcription error |
| 1306:21 | or | for | Transcription error |
| 1307:12 | PTX-68 | PTX-60 | Transcription error |
| 1308:4 | apply | imply | Transcription error |
| 1308:4 | or | for an | Transcription error |
| 1310:24 | you had | who had | Transcription error |
| 1312:10 | critical | clinical | Transcription error |
| 1312:23 | intended for | did not approve | Transcription error |
| 1314:16 | describing | described | Transcription error |

13

| TRIAL DAY 5 – January 22, 2021 (pp. 1057-1325) | | | |
|---|---|---|---|
| **Page:Line Number** | **Original** | **Corrected** | **Reason** |
| 1319:17 | Trintellix's | Trintellix | Transcription error |

**TRIAL DAY 6 – January 25, 2021 Public Portion (pp. 1326-1429)**

| TRIAL DAY 6 – January 25, 2021 Public Portion (pp. 1326-1429) | | | |
|---|---|---|---|
| **Page:Line Number** | **Original** | **Corrected** | **Reason** |
| 1397:13 | Are there new | Did you prepare | Transcription error |
| 1399:3 | crystalline | crystals | Transcription error |
| 1399:4 | have you provided | can you provide | Transcription error |
| 1399:7 | crystalline | crystals | Transcription error |
| 1400:9 | Have published | Have you published | Transcription error |
| 1400:20 | crystal | crystals | Transcription error |
| 1401:9 | from | for | Transcription error |
| 1401:20 | focused on a phase | focused on phase | Transcription error |
| 1401:21-22 | pharmaceutical compounds at the powder x-ray diffraction D1 | powder x-ray diffraction of pharmaceutical compounds | Transcription error |
| 1401:23-24 | Argonne National Labs for these advanced photon source | the Advanced Photon Source at Argonne National Labs | Transcription error |
| 1402:4 | analysis | analyze | Transcription error |
| 1402:9 | chemistry | chemistry, | Grammatical error |
| 1402:11 | compounds | compounds, | Grammatical error |
| 1402:11 | in | and | Transcription error |
| 1403:7 | '684 | '684 patent | Transcription error |
| 1404:4 | Dr. Myerson | Dr. Myerson's | Transcription error |
| 1404:15 | meaning of a | meaning a | Transcription error |
| 1404:23 | products | product | Transcription error |
| 1405:5-6 | go on. That these | go on that these | Transcription error |
| 1405:8 | That is | That is, | Grammatical error |
| 1405:18 | DTX-12929 | DTX-1292 | Transcription error |
| 1406:14 | immersed | dispersed | Transcription error |
| 1406:18 | mobility of -- because | mobility of the API because | Transcription error |
| 1406:22 | fusion | diffusion | Transcription error |
| 1407:4 | Acceptance | Excipients | Transcription error |
| 1407:12 | is a | are | Transcription error |
| 1407:12 | a PVP | PVP | Transcription error |
| 1407:25 | page the | page | Transcription error |
| 1408:7 | solution | solid | Transcription error |
| 1408:18 | of diagram | of a diagram | Transcription error |

| TRIAL DAY 6 – January 25, 2021 Public Portion (pp. 1326-1429) | | | |
|---|---|---|---|
| Page:Line Number | Original | Corrected | Reason |
| 1409:9 | rubbly | rubbery | Transcription error |
| 1409:15-16 | permanent and amicably | thermodynamically | Transcription error |
| 1410:4 | substantial | stable | Transcription error |
| 1410:22 | dispersion | dispersions | Transcription error |
| 1411:4 | in order to be | and can be readily | Transcription error |
| 1419:19 | med | medicinal | Transcription error |
| 1424:11 | peek | peak | Transcription error |

**TRIAL DAY 6 – January 25, 2021 Sealed Portion (pp. 1430-1528)**

| TRIAL DAY 6 – January 25, 2021 Sealed Portion (pp. 1430-1528) | | | |
|---|---|---|---|
| Page:Line Number | Original | Corrected | Reason |
| 1435:20-21 | at about 1550 through | at PTX-1552 | Transcription error |
| 1436:5 | PVC | PVP | Transcription error |
| 1436:11 | solid dispersion with, after blending | solid dispersion, after blending | Transcription error |
| 1436:12 | during the process, Sigmapharm | during the process Sigmapharm | Grammatical error |
| 1436:22 | to do moisture | to moisture | Transcription error |
| 1438:6 | about on the | about the | Transcription error |
| 1438:24 | 20 million gram | 20 milligram | Transcription error |
| 1439:19 | micro crystalline | microcrystalline | Transcription error |
| 1440:8 | the 20 milligram | the 10 and 20 milligram | Transcription error |
| 1440:9 | So some of the excipients in particular mannitol | So some of the excipients, in particular mannitol, | Grammatical error |
| 1441:1 | used a beam line | used beamline | Transcription error |
| 1441:3 | in the North America | in North America | Transcription error |
| 1441:6 | paragraph | photograph | Transcription error |
| 1441:9 | this line | beamline | Transcription error |
| 1442:6 | I'd just have | I have shown | Transcription error |
| 1442:16 | thousandths of angstrom | thousandths of a degree | Transcription error |
| 1444:14 | control | controlled | Transcription error |
| 1444:15 | control | controlled | Transcription error |
| 1446:21 | fitting | thing | Transcription error |
| 1448:4 | way that you analyze | ways that you analyzed | Transcription error |
| 1448:9 | the 20 milligram | the 10 and 20 milligram | Transcription error |
| 1448:11 | I collect | I collected | Transcription error |

| TRIAL DAY 6 – January 25, 2021 Sealed Portion (pp. 1430-1528) | | | |
|---|---|---|---|
| **Page:Line Number** | **Original** | **Corrected** | **Reason** |
| 1448:13-14 | Dr. Morin's x-ray patterns Synchrotron x-ray patterns | Dr. Morin's Synchrotron x-ray patterns | Transcription error |
| 1448:15 | crystallin | crystalline | Spelling error |
| 1448:16 | claim | claimed | Transcription error |
| 1448:18-19 | Dr. Morin's powder of the 10 and 20 tablets | Dr. Morin's diffractograms of the 20 milligram tablets | Transcription error |
| 1448:23 | powder x-ray diffraction, patterns | powder x-ray diffraction patterns | Grammatical error |
| 1449:25-1450:1 | as that shows up | as shown | Transcription error |
| 1450:7 | I just showed with | I just showed | Transcription error |
| 1450:22 | this covers other | this covers the other | Transcription error |
| 1451:13 | claimed in those claimed | claimed | Transcription error |
| 1452:4 | peaks | peak | Transcription error |
| 1454:9 | test | testing | Transcription error |
| 1458:20 | And are the | And do the | Transcription error |
| 1459:20 | MMCD238-J1 | MMCB238-J1 | Transcription error |
| 1462:9 | which either stressed | either stressed | Transcription error |
| 1463:14 | case | paste | Transcription error |
| 1463:21 | deprived | derived | Transcription error |
| 1464:3 | intermediates | intermediate | Transcription error |
| 1464:14 | deformity | uniformity | Transcription error |
| 1464:23 | 8-millimeter | 0.8-millimeter | Transcription error |
| 1466:20 | from your samples in | for your samples of | Transcription error |
| 1470:4 | the Sigmapharm's | Sigmapharm's | Transcription error |
| 1470:7 | excursions confirmed | excursions permitted | Transcription error |
| 1471:3 | meat | heat | Transcription error |
| 1471:12-13 | that the heat induction seals | that has heat induction seals | Transcription error |
| 1471:17 | DDX-9-S12 | PDX9-S-12 | Transcription error |
| 1472:14 | Sigmapharm ANDA product, the drug product intermediate | Sigmapharm ANDA product and the drug product intermediate | Transcription error |
| 1473:16 | that we have, that the Sigmapharm's | that we have, Sigmapharm's | Transcription error |
| 1480:8 | condition | conditions | Transcription error |
| 1482:23-24 | 1534 through 1570 | 1553 through 1570 | Transcription error |
| 1485:1 | afluoresce | effloresce | Transcription error |
| 1499:25 | PTX-8872 | PTX-872 | Transcription error |
| 1503:21 | PTX-7870 | PTX-870 | Transcription error |
| 1512:5 | 1919 | 1619 | Transcription error |

| TRIAL DAY 6 – January 25, 2021 Sealed Portion (pp. 1430-1528) | | | |
|---|---|---|---|
| Page:Line Number | Original | Corrected | Reason |
| 1521:5 | -- | were | Transcription error |

## TRIAL DAY 7 – January 26, 2021 Public Portion (pp. 1529-1758)

| TRIAL DAY 7 – January 26, 2021 Public Portion (pp. 1529-1758) | | | |
|---|---|---|---|
| Page:Line Number | Original | Corrected | Reason |
| 1548:10 | BTX-998 | DTX-998 | Transcription error |
| 1550:24 | Bristol | British | Transcription error |
| 1566:12 | DDX-2 | DDX-Lupin-3-2 | Correction |
| 1567:24 | DDX-3 | DDX-Lupin-3-3 | Correction |
| 1568:25 | DDX-4 | DDX-Lupin-3-4 | Correction |
| 1570:16 | DDX-5 | DDX-Lupin-3-5 | Correction |
| 1571:1 | DDX-6 | DDX-Lupin-3-6 | Correction |
| 1572:22 | DDX-9 | DDX-Lupin-3-9 | Correction |
| 1574:20 | DDX-8 | DDX-Lupin-3-8 | Correction |
| 1575:17 | DDX-8 | DDX-Lupin-3-8 | Correction |
| 1577:7 | DDX-9 | DDX-Lupin-3-9 | Correction |
| 1578:14 | DDX-9 | DDX-Lupin-3-9 | Correction |
| 1580:4-5 | DDX-11 | DDX-Lupin-3-11 | Correction |
| 1581:5 | DDX-12 | DDX-Lupin-3-12 | Correction |
| 1582:11 | DDX-13 | DDX-Lupin-3-13 | Correction |
| 1583:2 | 2-bromo-ido-benzine | 2-bromo-iodobenzene | Transcription error |
| 1583:6 | HOC piperidine | BOC piperazine | Transcription error |
| 1583:15-17 | DDX-14 | DDX-Lupin-3-14 | Correction |
| 1584:5 | 2-bromo-ido-benzine | 2-bromo-iodobenzene | Transcription error |
| 1584:15 | DDX-15 | DDX-Lupin-3-15 | Correction |
| 1585:1 | 1,2-dehalo benzine | 1,2,-dihalo-benzene | Transcription error |
| 1585:6 | DDX-17 | DDX-Lupin-3-17 | Correction |
| 1583:2 | 2-bromo-ido-benzine | 2-bromo-iodobenzene | Transcription error |
| 1583:6 | HOC piperidine | BOC piperazine | Transcription error |
| 1587:7 | Carol | Carolyn | Transcription error |
| 1587:9 | Paul | Mark | Transcription error |
| 1593:6 | has | is | Transcription error |
| 1603:9 | GNP | GMP | Transcription error |
| 1610:12 | prevented by doctor moring | presented by Dr. Morin | Transcription error |
| 1630:20 | 8E7001 | EE70021 | Transcription error |
| 1635:5 | is inconsistent | is not inconsistent | Transcription error |
| 1645:8 | DDX-3-29 | DDX-3-9 | Transcription error |
| 1648:24 | do | does | Transcription error |
| 1649:17 | has this | about | Transcription error |
| 1650:12 | embarrassment | embarrassed | Transcription error |
| 1661:24 | is | are | Transcription error |

| TRIAL DAY 7 – January 26, 2021 Public Portion (pp. 1529-1758) | | | |
|---|---|---|---|
| Page:Line Number | Original | Corrected | Reason |
| 1662:1 | so is | so that is | Transcription error |
| 1663:14 | situations occur | situations that occur | Transcription error |
| 1663:20 | is | are | Transcription error |
| 1668:4 | suffering | suffer | Transcription error |
| 1669:20 | patent ' [Apostrophe] | the WO '232 patent | Transcription error |
| 1669:21 | patent '005 | the '005 patent | Transcription error |
| 1669:24 | It | Each | Transcription error |
| 1679:15 | improved | approved | Transcription error |
| 1705:20 | Led | Had | Transcription error |
| 1706:7 | Paroxetine | Vortioxetine | Transcription error |
| 1706:8 | Citalopram | Escitalopram | Transcription error |
| 1712:5 | diethyl-phenylsulpany1)-piperazine | dimethylphenylsulfanyl)-phenyl]piperazine | Spelling error |
| 1712:20 | diethyl-phenylsulpany1)-piperazine | dimethylphenylsulfanyl)-phenyl]piperazine | Spelling error |
| 1713:13 | TDAs | TCAs | Spelling error |
| 1716:6 | antidepressant and sexual | antidepressant-induced sexual | Transcription error |
| 1724:15 | curve | label | Transcription error |
| 1724:22 | compare to placebos | compared to placebo | Transcription error |
| 1727:13 | dimethyl-phenylsulpanyl)-piperazine | dimethylphenylsulfanyl)-phenyl]piperazine | Spelling error |
| 1728:1 | given | give | Spelling error |
| 1731:17 | Bullet | But | Transcription error |

**TRIAL DAY 7 – January 26, 2021 Sealed Portion (pp. 1759-1866)**

| TRIAL DAY 7 – January 26, 2021 Sealed Portion (pp. 1759-1866) | | | |
|---|---|---|---|
| Page:Line Number | Original | Corrected | Reason |
| 1767:23 | lucky | lumpy | Transcription error |
| 1782:18 | brag | Bragg | Transcription error |
| 1783:5 | 34 | 24 | Transcription error |
| 1783:10 | 34 | 24 | Transcription error |
| 1783:16 | 34 | 24 | Transcription error |
| 1785:13 | peaked | peak | Transcription error |
| 1792:1 | action sell rated | accelerated | Transcription error |
| 1792:22 | brag packs | Bragg peaks | Transcription error |
| 1792:25 | harder peak | harder for the peak | Transcription error |
| 1793:1 | brag | Bragg | Spelling error |
| 1822:14 | that | there | Transcription error |

| TRIAL DAY 7 – January 26, 2021 Sealed Portion (pp. 1759-1866) | | | |
|---|---|---|---|
| **Page:Line** | **Original** | **Corrected** | **Reason** |
| 1824:21 | 120 | one 20 | Transcription error |
| 1828:22 | 4757 | 4575 | Transcription error |
| 1832:1-2 | cap pill Larry | capillary | Transcription error |
| 1832:10 | feeling of the API and | filling of the API in | Transcription error |
| 1832:17 | for | where | Transcription error |
| 1832:18 | where | of | Transcription error |
| 1837:6 | DDX-19 | DDX-Lupin-3-19 | Correction |
| 1838:5 | DDX-20 | DDX-Lupin-3-20 | Correction |
| 1838:8 | DDX-20 | DDX-Lupin-3-20 | Correction |
| 1839:10 | DDX-21 | DDX-Lupin-3-21 | Correction |
| 1840:8 | DDX-23 | DDX-Lupin-3-23 | Correction |
| 1841:4 | DDX-24 | DDX-Lupin-3-24 | Correction |
| 1842:15 | DDX-24 | DDX-Lupin-3-24 | Correction |
| 1845:8 | just owe the vortioxetine record | just so the record | Transcription error |
| 1845:13 | DDX-27 | DDX-Lupin-3-27 | Correction |
| 1846:10 | DDX-28 | DDX-Lupin-3-28 | Correction |
| 1847:25 | DTX-29 | DDX-Lupin-3-29 | Correction |
| 1849:18 | is deacylated | is deacetylated | Transcription error |
| 1850:2 | thiol or thiol | thiolate or thiol | Transcription error |
| 1850:20 | plasma at the | vessel at the | Transcription error |
| 1863:24 | to PDX-11 | to PDX-23-11 | Transcription error |
| 1865:22 | forms are | bonds are | Transcription error |

**TRIAL DAY 8 – January 27, 2021 Public Portion (pp. 1867-2078)**

| TRIAL DAY 8 – January 27, 2021 Public Portion (pp. 1867-2078) | | | |
|---|---|---|---|
| **Page:Line Number** | **Original** | **Corrected** | **Reason** |
| 1884:9 | methylamine | methylene | Transcription error |
| 1885:4 | methylamine | methylene | Transcription error |
| 1885:16 | methylamine | methylene | Transcription error |
| 1890:12 | special | structure | Transcription error |
| 1891:10 | abroad | a broad | Spelling error |
| 1893:8 | cipaprazine | sifaprazine | Transcription error |
| 1893:14 | cipaprazine | sifaprazine | Transcription error |
| 1893:20 | cipaprazine | sifaprazine | Transcription error |
| 1900:14 | graph ring synampsis zones. | rat brain synaptosomes | Transcription error |
| 1904:1 | low bonded low association | low bond dissociation | Transcription error |
| 1909:18 | DI nine '88 | DI 988 | Transcription error |
| 1914:24 | bridge | British | Transcription error |

| TRIAL DAY 8 – January 27, 2021 Public Portion (pp. 1867-2078) | | | |
|---|---|---|---|
| **Page:Line Number** | **Original** | **Corrected** | **Reason** |
| 1926:23 | pyrazine | piperazine | Transcription error |
| 1973:7 | satisfactorily | satisfactory | Transcription error |
| 1974:10 | followed by | qualified in | Transcription Error |
| 1974:19 | a second | secondary | Transcription error |
| 1974:20 | contribution | considerations | Transcription error |
| 1980:1 | moss | most | Spelling error |
| 1980:9 | sleek | sleep | Transcription Error |
| 1988:23 | gray | GRADE | Transcription error |
| 1989:3 | grayed | GRADE | Transcription error |
| 1990:1 | that long | alone | Transcription error |
| 1994:12 | more | for | Transcription error |
| 1999:5 | is | does | Transcription error |
| 2001:20 | avilance | preference | Transcription error |
| 2009:15 | 5 | slide | Transcription Error |
| 2033:8 | me answering | mianserin | Transcription error |
| 2034:3 | neance ring | piperazine | Transcription error |
| 2034:18 | set | fit | Transcription error |
| 2039:10 | one block cites | one blocks sites | Transcription error |
| 2045:11 | range | ring | Transcription error |
| 2046:20 | interest in | interesting | Transcription error |
| 2047:18 | PIP's | piperazines | Transcription error |
| 2047:21 | arylpiperazines | aralkyl piperazines | Transcription error |
| 2062:13 | uptake | obvious | Transcription error |
| 2065:4 | ECH2 | CH2 | Transcription error |

**TRIAL Day 9 – January 28, 2021 (pp. 2099-2224)**

| TRIAL DAY 9 – January 28, 2021 | | | |
|---|---|---|---|
| **Page:Line Number** | **Original** | **Corrected** | **Reason** |
| 2107:18 | in | and | Transcription error |

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Megan E. Dellinger*

Jack B. Blumenfeld (#1014)
Megan E. Dellinger (#5739)
1201 North Market Street
P.O. Box 1347
Wilmington, DE  19899
(302) 658-9200
jblumenfeld@morrisnichols.com
mdellinger@morrisnichols.com

*Attorneys for Plaintiffs*

PHILLIPS, MCLAUGHLIN & HALL, P.A.

*/s/ Megan C. Haney*

John C. Phillips, Jr. (#110)
David A. Bilson (#4986)
Megan C. Haney (#5016)
1200 North Broom Street
Wilmington, DE  19806-4204
(302) 655-4200
jcp@pmhdelaw.com
dab@pmhdelaw.com
mch@pmhdelaw.com

*Attorneys for Defendants Sigmapharm
Laboratories, LLC, Zydus Pharmaceuticals
(USA) Inc. and Cadila Healthcare Ltd.*

DEVLIN LAW FIRM LLC

*/s/ James M. Lennon*

James M. Lennon (#4570)
1526 Gilpin Avenue
Wilmington, DE  19806
(302) 449-9010
jlennon@devlinlawfirm.com

*Attorneys for Defendants Lupin Limited and
Lupin Pharmaceuticals, Inc.*

RICHARDS, LAYTON & FINGER, P.A.

*/s/ Renée Mosley Delcollo*

Kelly E. Farnan (#4395)
Renée Mosley Delcollo (#6442)
One Rodney Square
920 North King Street
Wilmington, DE  19801
(302) 651-7700
farnan@rlf.com
delcollo@rlf.com

*Attorneys for Defendants Macleods
Pharmaceuticals Ltd. and Macleods Pharma
USA, Inc.*

RICHARDS, LAYTON & FINGER, P.A.

*/s/ Nicole K. Pedi*

_____

Kelly E. Farnan (#4395)
Nicole K. Pedi (#6236)
One Rodney Square
920 North King Street
Wilmington, DE  19801
(302) 651-7700
farnan@rlf.com
pedi@rlf.com

*Attorneys for Defendants Alembic*
*Pharmaceuticals Limited, Alembic Global*
*Holding S/A and Alembic Pharmaceuticals,*
*Inc.*


March 31, 2021

HEYMAN ENERIO GATTUSO & HIRZEL LLP

*/s/ Dominick T. Gattuso*

_____

Dominick T. Gattuso (#3630)
300 Delaware Avenue, Suite 200
Wilmington, DE  19801
(302) 472-7311
dgattuso@hegh.law

*Attorneys for Defendants Sandoz Inc. and*
*Lek Pharmaceuticals d.d.*