# M<span style="font-variant:small-caps">orris</span>, N<span style="font-variant:small-caps">ichols</span>, A<span style="font-variant:small-caps">rsht</span> & T<span style="font-variant:small-caps">unnell</span> <span style="font-variant:small-caps">llp</span>

1201 N<span style="font-variant:small-caps">orth</span> M<span style="font-variant:small-caps">arket</span> S<span style="font-variant:small-caps">treet</span>
P.O. B<span style="font-variant:small-caps">ox</span> 1347
W<span style="font-variant:small-caps">ilmington</span>, D<span style="font-variant:small-caps">elaware</span>  19899-1347

(302) 658-9200
(302) 658-3989 FAX

**M<span style="font-variant:small-caps">egan</span> E. D<span style="font-variant:small-caps">ellinger</span>**
(302) 351-9366
mdellinger@morrisnichols.com

April 16, 2021

The Honorable Leonard P. Stark
United States District Court
  for the District of Delaware
844 North King Street
Wilmington, DE  19801

Re:   *H. Lundbeck A/S v. Lupin Limited et al.*, C.A. No. 18-88 (LPS) (consolidated)

Dear Chief Judge Stark:

Enclosed are two discs, each containing electronic versions of Plaintiffs' Corrected Opening Post Trial Brief on Infringement (D.I. 1057), Plaintiffs' Corrected Proposed Findings of Fact on Infringement (D.I. 1056), Plaintiffs' Corrected Proposed Findings of Fact on Validity (D.I. 1058), Plaintiffs' Corrected Post Trial Brief on Validity (D.I. 1059), and Plaintiffs' Reply Post Trial Brief on Infringement (D.I. 1054), with hyperlinks to the exhibits, transcripts, cases, and statutes cited therein.

Respectfully,

*/s/ Megan E. Dellinger*

Megan E. Dellinger (#5739)

MED/dss
cc:   All Counsel of Record (via electronic mail)