**PHILLIPS, McLAUGHLIN & HALL, P.A.**

ATTORNEYS AT LAW
PENNSYLVANIA AVE. AND BROOM ST.
1200 N. BROOM STREET
WILMINGTON, DELAWARE 19806

(302) 655-4200
(302) 655-4210 (F)
pgmhlaw.com

JOHN C. PHILLIPS, JR.
LISA C. McLAUGHLIN+
JAMES P. HALL
DAVID A. BILSON***
MEGAN C. HANEY
TODD L. GOODMAN
PAUL S. SEWARD***

ALSO MEMBER OF
*PENNSYLVANIA BAR
**NEW JERSEY BAR
+MARYLAND BAR

April 16, 2021

**VIA CM/ECF & HAND DELIVERY**
The Honorable Leonard P. Stark
United States District Court
844 North King Street, Unit 26
Wilmington, DE 19801

      RE:    *H. Lundbeck A/S v. Lupin Limited, et al.*, C.A. No. 18-088-LPS (Consolidated)

Dear Chief Judge Stark:

      Pursuant to the Court's Oral Order (D.I. 1006), enclosed please find hyperlinked versions of the following:

- Defendants' Proposed Findings of Fact on Invalidity [Corrected] (D.I. 1053);
- Defendants' Opening Post-Trial Brief on Invalidity (D.I. 1011);
- Defendants' Post-Trial Proposed Findings of Fact on Noninfringement of U.S. Patent Nos. 8,722,684, 9,125,626, 9,125,910, 9,278,096, and 9,861,630 (D.I. 1046);
- Defendants' Rebuttal Post-Trial Brief on Noninfringement of U.S. Patent Nos. 8,722,684, 9,125,626, 9,125,910, 9,278,096, and 9,861,630 (D.I. 1047); and
- Defendants' Reply Post-Trial Brief on Invalidity (D.I. 1052).

                                       Respectfully submitted,

                                       */s/ John C. Phillips, Jr.*

                                       John C. Phillips, Jr. (No. 110)

cc:  Counsel of Record (via CM/ECF and email)
      Clerk of the Court (via CM/ECF & hand delivery)