IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| H. LUNDBECK A/S, TAKEDA PHARMACEUTICAL COMPANY LTD., TAKEDA PHARMACEUTICALS U.S.A., INC., TAKEDA PHARMACEUTICALS INTERNATIONAL AG and TAKEDA PHARMACEUTICALS AMERICA, INC., | ) ) ) ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) ) | C.A. No. 18-88 (LPS) CONSOLIDATED |
| LUPIN LIMITED, et al., | ) ) | |
| Defendants. | ) | |

**PARTIES' JOINT LIST OF THE ADMITTED EXHIBITS**

MORRIS, NICHOLS, ARSHT & TUNNELL LLP
Jack B. Blumenfeld (#1014)
Megan E. Dellinger (#5739)
1201 North Market Street
P.O. Box 1347
Wilmington, DE  19899
(302) 658-9200
jblumenfeld@morrisnichols.com
mdellinger@morrisnichols.com

George F. Pappas
Einar Stole
Christopher N. Sipes
Brianne Bharkhda
Priscilla G. Dodson
Alaina Whitt
Han Park
COVINGTON & BURLING LLP
One CityCenter
850 Tenth Street NW
Washington, DC  20001-4956
(202) 662-6000

RICHARDS, LAYTON & FINGER, P.A.
Kelly E. Farnan (#4395)
Nicole K. Pedi (#6236)
One Rodney Square
920 North King Street
Wilmington, DE  19801
(302) 651-7700
farnan@rlf.com
pedi@rlf.com

Bradley C. Graveline
SHEPPARD MULLIN RICHTER & HAMPTON LLP
70 West Madison Street, 48th Floor
Chicago, IL 60602-4492

Jesse A. Salen
Evan T. Sumner
SHEPPARD MULLIN RICHTER & HAMPTON LLP
12275 El Camino Real, Suite 200
San Diego, CA 92130-2006
*Attorneys for Defendants Alembic Pharmaceuticals Limited, Alembic Global Holding S/A and Alembic Pharmaceuticals, Inc.*

Megan L. Hare
Jennifer D. Cieluch
COVINGTON & BURLING LLP
The New York Times Building
620 Eighth Avenue
New York, NY  10018
(212) 841-1000

Kurt G. Calia
Yiye Fu
COVINGTON & BURLING LLP
3000 El Camino Real
5 Palo Alto Square, 10th Floor
Palo Alto, CA  94306-2112
(650) 632-4700
*Attorneys for Plaintiffs*

DEVLIN LAW FIRM LLC
James M. Lennon (#4570)
1526 Gilpin Avenue
Wilmington, DE  19806
(302) 449-9010
jlennon@devlinlawfirm.com

Deepro R. Mukerjee
Lance Soderstrom
KATTEN MUCHIN ROSENMAN LLP
575 Madison Avenue
New York, NY 10022-2585
(212) 940-8800

Jitendra Malik, Ph.D
Joseph M. Janusz
Alissa Pacchioli
KATTEN MUCHIN ROSENMAN LLP
550 South Tryon Street, Suite 2900
Charlotte, NC 28202-4213
(704) 444-2000
*Attorneys for Defendants Lupin Limited and*
*Lupin Pharmaceuticals, Inc.*

RICHARDS, LAYTON & FINGER, P.A.
Kelly E. Farnan (#4395)
Renée Mosley Delcollo (#6442)
One Rodney Square
920 North King Street
Wilmington, DE  19801
(302) 651-7700
farnan@rlf.com
delcollo@rlf.com

B. Jefferson Boggs
MERCHANT & GOULD PC
1701 Duke Street, Suite 310
Alexandria, VA 22314
(703) 684-2500

Christopher J. Sorenson
MERCHANT & GOULD PC
3200 IDS Center
80 S. Eighth Street
Minneapolis, MN 55402
(612) 332-5300
*Attorneys for Defendants Macleods*
*Pharmaceuticals Ltd. and Macleods Pharma*
*USA, Inc.*

PHILLIPS GOLDMAN MCLAUGHLIN & HALL, P.A.
John C. Phillips, Jr. (#110)
David A. Bilson (#4986)
Megan C. Haney (#5016)
1200 North Broom Street
Wilmington, DE 19806-4204
(302) 655-4200
jcp@pmhdelaw.com
dab@pmhdelaw.com
mch@pmhdelaw.com

Michael J. Gaertner
David B. Abramowitz
Carolyn A. Blessing
Timothy F. Peterson
Jonathan B. Turpin
Christopher J. Cassella
August M. Melcher
LOCKE LORD LLP
111 South Wacker Drive

HEYMAN ENERIO GATTUSO & HIRZEL LLP
Dominick T. Gattuso (#3630)
300 Delaware Avenue, Suite 200
Wilmington, DE  19801
(302) 472-7311
dgattuso@hegh.law

Mark H. Remus
Laura A. Lydigsen
Jason Schigelone
Jieun Lee
BRINKS GILSON & LIONE
455 North Cityfront Plaza Drive, Suite 3600
Chicago, IL 60611-5599
(312) 321-4200
*Attorneys for Defendants Sandoz Inc.*
*and Lek Pharmaceuticals d.d.*

PHILLIPS, MCLAUGHLIN & HALL, P.A.
John C. Phillips, Jr. (#110)
David A. Bilson (#4986)
Megan C. Haney (#5016)
1200 North Broom Street
Wilmington, DE  19806-4204
(302) 655-4200
jcp@pmhdelaw.com
dab@pmhdelaw.com
mch@pmhdelaw.com

Marc R. Wezowski
Don J. Mizerk
Matthew M. Kamps
HUSCH BLACKWELL LLP
120 South Riverside Plaza, Suite 2200
Chicago, IL 60606
(312) 655-1500

Thomas P. Heneghan
HUSCH BLACKWELL LLP
33 East Main Street, Suite 300
P.O. Box 1379
Madison, WI 53701-1379
(608) 255-4440

Chicago, IL 60606
(312) 443-0700
*Attorneys for Defendants Zydus*
*Pharmaceuticals (USA) Inc. and Cadila*
*Healthcare Ltd.*

Stephen R. Howe
HUSCH BLACKWELL LLP
511 N. Broadway Suite 1100
Milwaukee, WI 53202
(414) 978-5393
*Attorneys for Defendants Sigmapharm*
*Laboratories, LLC*

Plaintiffs and Defendants hereby submit their joint list of the admitted exhibits. The parties would be happy to submit electronic or hard copy exhibits at the Court's request.

The parties dispute the admissibility of one exhibit, DTX01138. Their respective positions are set forth in the post-trial briefs, D.I. 1065, and D.I. 1068.

| Admitted Exhibits |
|---|
| PTX00008 |
| PTX00010 |
| PTX00011 |
| PTX00012 |
| PTX00015 |
| PTX00016 |
| PTX00017 |
| PTX00019 |
| PTX00021 |
| PTX00058 |
| PTX00060 |
| PTX00071 |
| PTX00072 |
| PTX00079 |
| PTX00080 |
| PTX00082 |
| PTX00085 |
| PTX00086 |
| PTX00087 |
| PTX00103 |
| PTX00117 |
| PTX00119 |
| PTX00123 |
| PTX00124 |
| PTX00125 |
| PTX00126 |
| PTX00127 |
| PTX00129 |
| PTX00131 |
| PTX00132 |
| PTX00134 |
| PTX00135 |

| Admitted Exhibits |
| --- |
| PTX00136 |
| PTX00144 |
| PTX00149 |
| PTX00165 |
| PTX00177 |
| PTX00183 |
| PTX00186 |
| PTX00188 |
| PTX00214 |
| PTX00215 |
| PTX00216 |
| PTX00217 |
| PTX00225 |
| PTX00237 |
| PTX00272 |
| PTX00273 |
| PTX00316 |
| PTX00321 |
| PTX00324 |
| PTX00358 |
| PTX00361 |
| PTX00373 |
| PTX00376 |
| PTX00382 |
| PTX00383 |
| PTX00384 |
| PTX00388 |
| PTX00392 |
| PTX00393 |
| PTX00402 |
| PTX00403 |
| PTX00413 |
| PTX00420 |
| PTX00421 |
| PTX00422 |
| PTX00428 |
| PTX00429 |
| PTX00440 |
| PTX00442 |
| PTX00445 |
| PTX00447 |

| Admitted Exhibits |
|---|
| PTX00457 |
| PTX00558 |
| PTX00559 |
| PTX00566 |
| PTX00567 |
| PTX00569 |
| PTX00584 |
| PTX00586 |
| PTX00591 |
| PTX00593 |
| PTX00594 |
| PTX00595 |
| PTX00596 |
| PTX00597 |
| PTX00703 |
| PTX00704 |
| PTX00729 |
| PTX00732 |
| PTX00739 |
| PTX00740 |
| PTX00741 |
| PTX00744 |
| PTX00745 |
| PTX00746 |
| PTX00748 |
| PTX00749 |
| PTX00750 |
| PTX00759 |
| PTX00760 |
| PTX00761 |
| PTX00762 |
| PTX00800 |
| PTX00801 |
| PTX00802 |
| PTX00804 |
| PTX00807 |
| PTX00808 |
| PTX00809 |
| PTX00811 |
| PTX00814 |
| PTX00817 |

| Admitted Exhibits |
|---|
| PTX00818 |
| PTX00819 |
| PTX00820 |
| PTX00821 |
| PTX00822 |
| PTX00843 |
| PTX00845 |
| PTX00846 |
| PTX00848 |
| PTX00850 |
| PTX00851 |
| PTX00853 |
| PTX00856 |
| PTX00859 |
| PTX00860 |
| PTX00863 |
| PTX00864 |
| PTX00870 |
| PTX00871 |
| PTX00872 |
| PTX00874 |
| PTX00875 |
| PTX00876 |
| PTX00903 |
| PTX00904 |
| PTX00906 |
| PTX00910 |
| PTX00916 |
| PTX00919 |
| PTX00924 |
| PTX00928 |
| PTX00929 |
| PTX00933 |
| PTX00935 |
| PTX00936 |
| PTX00937 |
| PTX00982 |
| PTX00983 |
| PTX01029 |
| PTX01031 |
| PTX01033 |

| Admitted Exhibits |
|---|
| PTX01046 |
| PTX01055 |
| PTX01111 |
| PTX01169 |
| PTX01170 |
| PTX01171 |
| PTX01172 |
| PTX01175 |
| PTX01193 |
| PTX01196 |
| PTX01208 |
| PTX01357 |
| PTX01369 |
| PTX01377 |
| PTX01399 |
| PTX01400 |
| PTX01401 |
| PTX01408 |
| PTX01410 |
| PTX01417 |
| PTX01418 |
| PTX01419 |
| PTX01432 |
| PTX01435 |
| PTX01436 |
| PTX01445 |
| PTX01446 |
| PTX01462 |
| PTX01463 |
| PTX01474 |
| PTX01497 |
| PTX01498 |
| PTX01503 |
| PTX01507 |
| PTX01520 |
| PTX01551 |
| PTX01552 |
| PTX01615 |
| PTX01704 |
| PTX01790 |
| PTX01991 |

| Admitted Exhibits |
|---|
| PTX02062 |
| PTX02063 |
| PTX02065 |
| PTX02072 |
| PTX02215 |
| PTX02252 |
| PTX02256 |
| PTX02259 |
| PTX02261 |
| PTX02861 |
| PTX02945 |
| PTX02950 |
| PTX02956 |
| PTX02957 |
| PTX02958 |
| PTX02979 |
| PTX02983 |
| PTX03103 |
| PTX03104 |
| PTX03105 |
| PTX03120 |
| PTX03128 |
| PTX03156 |
| PTX03200 |
| PTX03350 |
| PTX03402 |
| PTX03409 |
| PTX03814 |
| PTX03815 |
| PTX03816 |
| PTX03857 |
| PTX03864 |
| PTX04231 |
| PTX04363 |
| PTX04368 |
| PTX04387 |
| PTX04395 |
| PTX04397 |
| PTX04420 |
| PTX04475 |
| PTX04531 |

| Admitted Exhibits |
| --- |
| PTX04557 |
| PTX04559 |
| PTX04560 |
| PTX04562 |
| PTX04563 |
| PTX04565 |
| PTX04566 |
| PTX04567 |
| PTX04571 |
| PTX04572 |
| PTX04575 |
| PTX04578 |
| PTX04582 |
| PTX04583 |
| PTX04592 |
| PTX04593 |
| PTX04594 |
| PTX04596 |
| PTX04677 |
| PTX04678 |
| PTX04679 |
| PTX04680 |
| PTX04683 |
| PTX04689 |
| DTX00088 |
| DTX00239 |
| DTX00240 |
| DTX00241 |
| DTX00242 |
| DTX00246 |
| DTX00248 |
| DTX00252 |
| DTX00255 |
| DTX00256 |
| DTX00257 |
| DTX00258 |
| DTX00259 |
| DTX00261 |
| DTX00262 |
| DTX00266 |
| DTX00268 |

| Admitted Exhibits |
|:---:|
| DTX00269 |
| DTX00270 |
| DTX00285 |
| DTX00286 |
| DTX00288 |
| DTX00294 |
| DTX00317 |
| DTX00322 |
| DTX00325 |
| DTX00326 |
| DTX00349 |
| DTX00350 |
| DTX00363 |
| DTX00364 |
| DTX00365 |
| DTX00367 |
| DTX00371 |
| DTX00373 |
| DTX00378 |
| DTX00390 |
| DTX00393 |
| DTX00396 |
| DTX00397 |
| DTX00398 |
| DTX00402[1] |
| DTX00403 |
| DTX00404 |
| DTX00408 |
| DTX00411 |
| DTX00412 |
| DTX00417 |
| DTX00418 |
| DTX00470 |
| DTX00507 |
| DTX00508 |
| DTX00509 |
| DTX00514 |
| DTX00524 |
| DTX00526 |

[1] Plaintiffs withdraw their objection to the admission of DTX00402.

| Admitted Exhibits |
|---|
| DTX00527 |
| DTX00534 |
| DTX00535 |
| DTX00538 |
| DTX00541 |
| DTX00544 |
| DTX00564 |
| DTX00581 |
| DTX00601 |
| DTX00616 |
| DTX00696 |
| DTX00703 |
| DTX00705 |
| DTX00711 |
| DTX00712 |
| DTX00713 |
| DTX00910 |
| DTX00924 |
| DTX00925 |
| DTX00926 |
| DTX00927 |
| DTX00929 |
| DTX00930 |
| DTX00931 |
| DTX00932 |
| DTX00933 |
| DTX00934 |
| DTX00935 |
| DTX00936 |
| DTX00937 |
| DTX00947 |
| DTX00961 |
| DTX00991 |
| DTX00993 |
| DTX00998 |
| DTX01003 |
| DTX01020 |
| DTX01050 |
| DTX01068 |
| DTX01080 |
| DTX01085 |

| Admitted Exhibits |
| --- |
| DTX01107 |
| DTX01108 |
| DTX01110 |
| DTX01122 |
| DTX01126 |
| DTX01137 |
| DTX01138[2] |
| DTX01164 |
| DTX01169 |
| DTX01176 |
| DTX01192 |
| DTX01199 |
| DTX01218 |
| DTX01219 |
| DTX01224 |
| DTX01228 |
| DTX01234 |
| DTX01238 |
| DTX01240 |
| DTX01256 |
| DTX01257 |
| DTX01274 |
| DTX01292 |
| DTX01296 |
| DTX01315 |
| DTX01348 |
| DTX01417 |
| DTX01434 |
| DTX01435 |
| DTX01447 |
| DTX01450 |
| DTX01459 |
| DTX01498 |
| DTX01499 |
| DTX01518 |
| DTX01523 |
| DTX01524 |
| DTX01525 |
| DTX01526 |

---

[2] As stated above, the parties dispute the admissibility of DTX01138.

| Admitted Exhibits |
| --- |
| DTX01527 |
| DTX01528 |
| DTX01530 |
| DTX01532 |
| DTX01534 |
| DTX01537 |
| DTX01538 |
| DTX01539 |
| DTX01546 |
| DTX01547 |
| DTX01553 |
| DTX01554 |
| DTX01555 |
| DTX01556 |
| DTX01557 |
| DTX01558 |
| DTX01559 |
| DTX01560 |
| DTX01561 |
| DTX01562 |
| DTX01563 |
| DTX01564 |
| DTX01565 |
| DTX01566 |
| DTX01567 |
| DTX01568 |
| DTX01569 |
| DTX01570 |
| DTX01571 |
| DTX01574 |
| DTX01591 |
| DTX01848 |
| DTX01850 |
| DTX01851 |
| DTX01933 |
| DTX01934 |
| DTX01935 |
| DTX01938 |
| DTX01941 |