IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| H. LUNDBECK A/S, TAKEDA PHARMACEUTICAL COMPANY LTD., TAKEDA PHARMACEUTICALS U.S.A., INC., TAKEDA PHARMACEUTICALS INTERNATIONAL AG and TAKEDA PHARMACEUTICALS AMERICA, INC., Plaintiffs, | ) | |
| v. | ) | C.A. No. 18-88 (LPS) CONSOLIDATED |
| LUPIN LIMITED., et al., Defendants. | ) | |

**NOTICE OF CHANGE OF FIRM AFFILIATION**

PLEASE TAKE NOTICE that Laura A. Lydigsen, Mark H. Remus, Jason W. Schigelone and Jieun Lee, counsel for defendant Sandoz Inc. and Lek Pharmaceuticals D.D., and formally with the law firm BRINKS GILSON & LIONE, have changed firms. Effective immediately, Laura A. Lydigsen, Mark H. Remus, Jason W. Schigelone and Jieun Lee should be served at CROWELL & MORING, as indicated below:

Laura A. Lydigsen
Mark H. Remus
Jason W. Schigelone
CROWELL & MORING
455 North Cityfront Plaza Dr., Suite 3600
Chicago, Illinois 60611-5599
Tel: (312) 321-4200
llydigsen@crowell.com
mremus@crowell.com
jschigelone@crowell.com

Jieun Lee
CROWELL & MORING
1775 Pennsylvania Ave. NW
Washington, D.C. 20006
Tel: (202) 296-8700
jlee@crowell.com

HEYMAN ENERIO
GATTUSO & HIRZEL LLP

*/s/ Dominick T. Gattuso*
Dominick T. Gattuso (#3630)
300 Delaware Ave. Suite 200
Wilmington, DE 19801
Phone: (302) 472-7311
Fax: (302) 472-7320
dgattuso@hefh.law

*Attorneys for Defendants Sandoz Inc. and Lek Pharmaceuticals D.D.*

OF COUNSEL:

Laura A. Lydigsen
Mark H. Remus
Jason Schigelone
CROWELL & MORING
455 North Cityfront Plaza Dr.
Suite 3600
Chicago, Illinois 60611-5599
Tel: (312) 321-4200

Jieun Lee
CROWELL & MORING
1775 Pennsylvania Ave. NW
Washington, D.C. 20006
Tel: (202) 296-8700

Dated: July 2, 2021